**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pine Creek Medical Center, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Pine Creek Medical Center, LLP** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-2384536** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**9032 Harry Hines Boulevard**
**Dallas, TX 75235**
Number, Street, City, State & ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **pinecreekmedicalcenter.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Pine Creek Medical Center, LLC** _____      Case number *(if known)* _____

Name

---

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     **6221**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **Pine Creek Medical Center, LLC**            Case number (*if known*) _____
       Name

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

   ■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Pine Creek Medical Center, LLC**

Name

Case number (*if known*)

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 13, 2019**

   MM / DD / YYYY

**X** **/s/ Mark D. Shapiro**         **Mark D. Shapiro**

Signature of authorized representative of debtor        Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Buffey E. Klein**        Date  **September 13, 2019**

Signature of attorney for debtor              MM / DD / YYYY

**Buffey E. Klein 24032515**

Printed name

**Husch Blackwell LLP**

Firm name

**1900 N. Pearl Street, Suite 1800**
**Dallas, TX 75201-2467**

Number, Street, City, State & ZIP Code

Contact phone  **214-999-6152**     Email address  **buffey.klein@huschblackwell.com**

**24032515 TX**

Bar number and State

---

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Pine Creek Medical Center, LLC** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | ☐ Check if this is an |
| Case number (if known): | | amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ARTHREX INC. PO BOX 403511 ATLANTA, GA 30384-3511 | | Merchandise/Services Purchased | | | | $241,800.49 |
| BOSTON SCIENTIFIC CORPORATION PO BOX 951653 DALLAS, TX 75395-1653 | | Merchandise/Services Purchased | | | | $355,465.81 |
| CARDINAL 851 HENERIETTA CREEK RD REANOKE, TX 76262 | | Merchandise/Services Purchased | | | | $519,126.63 |
| CPM Medical Consultants, LLC c/o William McLaughlin 1565 N. Central Expwy., Suite 200 Richardson, TX 75080 | | Consumer Debt lawsuit (DC-19-05856) | Contingent Unliquidated Disputed | | | $266,520.30 |
| CPM MEDICAL CONSULTANTS, LLC 3004 NOTTINGHAM DRIVE MCKINNEY, TX 75070 | | Merchandise/Services Purchased | | | | $251,568.30 |
| DALLAS COUNTY HOSITAL DISTRICT LPPF GOVERNMENT REIMBURSEMENT 8435 N. STEMMON DALLAS, TX 75247 | | Government Reimbursement | | | | $869,616.79 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Pine Creek Medical Center, LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| DALLAS MEDICAL CENTER 7 MEDICAL PARKWAY FRAMERS BRANCH, TX 75381-9094 | | Merchandise/Services Purchased | | | | $205,859.06 |
| DEPUY SYNTHES SALES, INC. PO BOX 8538-662 PHILADELPHIA, PA 19171-0662 | | Merchandise/Services Purchased | | | | $393,634.17 |
| GLOBUS MEDICAL PO BOX 203329 DALLAS, TX 75320-3329 | | Merchandise/Services Purchased | | | | $367,914.77 |
| MEDICAL MANAGEMENT SOLUTION, LLC PO BOX 25232 DALLAS, TX 75225 | | Merchandise/Services Purchased | | | | $555,942.65 |
| Medical Management Solutions, LLC 408 Black Castle Drive The Colony, TX 75056 | | Consumer Debt lawsuit (DC-19-06452) | Contingent Unliquidated Disputed | | | $800,000.00 |
| MEDTRONIC USA INC (PAIN & PACEMKR) PO BOX 848086 DALLAS, TX 75284-8086 | | Merchandise/Services Purchased | | | | $332,377.77 |
| NOBILIS HEALTH 8080 PARK LANE SUITE 400 DALLAS, TX 75231 | | Merchandise/Services Purchased | | | | $1,111,345.17 |
| PARTNERS SURGICAL OF PINE CREEK 220 POST OAK BLVD SUITE 1525 HOUSTON, TX 77056 | | Merchandise/Services Purchased | | | | $3,969,346.91 |
| PSG-PINE CREEK MANAGEMENT, LLC BBVA Compass Plaza 2200 Post Oak Blvd, S Houston, TX 77056 | | Merchandise/Services Purchased | | | | $1,096,659.45 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Pine Creek Medical Center, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SPINE STAR, LLC 908 AUDELLIA RD STE 200 PMB 338 RICHARDSON, TX 75081** | | **Merchandise/Services Purchased** | | | | $576,155.50 |
| **Spirit Master Funding II, LLC 2727 N. Harwood Street, Suite 300 Dallas, TX 75201** | | **Property Lease for 9032** | | | | $2,248,394.56 |
| **STRYKER ORTHOPAEDICS PO BOX 93213 CHICAGO, IL 60673-3213** | | **Merchandise/Services Purchased** | | | | $406,308.30 |
| **SYNERGY SURGICAL 701 E PLANO PKWY STE 506 PLANO, TX 75074** | | **Merchandise/Services Purchased** | | | | $311,867.15 |
| **ZIMMER BIOMET PO BOX 840166 DALLAS, TX 75284-0166** | | **Merchandise/Services Purchased** | | | | $237,865.16 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

4-WEB, INC.
PO BOX 671718
DALLAS, TX 75267-1718


4060 SPINE INC.
5706 E. MOCKINGBIIRD LANE SUITE 115-181
DALLAS, TX 75206


7 SPINE GROUP
125 S MAIN STREET
FORT WORTH, TX 76104


A.M. SURGICAL, INC
222 MIDDLE COUNTRY RD STE 202
SMITHTOWN, NY 11787


AAF INTERNATIONAL
24828 NETWORK PLACE
CHICAGO, IL 60673-1248


ABBOTT LABORATORIES
PO BOX 100997
ATLANTA, GA 03038-4099


ABBOTT LABORATORIES INC
1380 SOUTH LOOP ROAD
ALAMEDA, CA 94502


ABILITY NETWORK INC
PO BOX 856015
MINNEAPLOIS, MN 55485-6015


ACADIAN AMBULANCE
6505 WEST PARK BLVD #306-362
PLANO, TX 75093

ACCENT INSURANCE RECOVERY SOLUTIONS
PO BOX 952366
ST. LOUIS, MO 63195-2366


ACCESS PHYSICIANS
PO BOX 670347
DALLAS, TX 75267-0347


ACCLARENT, INC
16888 COLLECTION CENTER DR
CHICAGO, IL 60693-0168


ACIST MEDICAL SYSTEM INC.
7905 FULLER RDAD
EDEN PRAIRE, MN 55344


ACUMED LLC
7995 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


ADAM HILL
6216 COPERHILL DRIVER
DALLAS, TX 75248


ADMINISTRATIVE CONSULTANT SVC, LLC
PO BOX 3368
SHAWNEE, OK 74802


ADVANCE MEDICAL DESIGNS
1241 ATLANTA INDUSTRIAL DR
MARIETTA, GA 30066


ADVANCED MEDICAL TRAINING
2126 BLOSSOM LANE
RICHARDSON, TX 75081

ADVANCED ORTHO SOLUTIONS
3203 KASHIWA ST
TORRANCE, CA 90505


AESCULAP
PO BOX 780426
PHILADELPHIA, PA 19178-0426


AETNA, INC.
PO BOX 14079
LEXINGTON, KY 40512-4079


AGILITI HEALTH, INC.
PO BOX 851313
MINNEAPOLIS, MN 55485-1313


AIRGAS USA, LLC
PO BOX 676015
DALLAS, TX 75267-6015


ALEJANDRO SINGER MD
3611 SWISS AVE
DALLAS, TX 75204


ALIMED,INC.
PO BOX 206417
DALLAS, TX 75320


ALLEN FINES
137 GYPSUM VALLEY DRIVE
IDABEL, OK 74745


ALLEN MEDICAL SYSTEMS
100 DISCOVERY WAY
ACTON, MA 01720

ALLERGAN USA, INC.
12975 COLLECTION CENTER DR
CHICAGO, IL 60693


ALLIANT STAFFING SERVICES
3 BETHESDA METRO CENTER STE 460
BETHESDA, MD 20814


AMELIA RAMIREZ
433 NW 20 STREET
GRAND PRAIRIE, TX 75050


AMERICAN MEDICAL ASSOCIATION
330 N. WABASH ABE STE 39300
CHICAGO, IL 60611-5885


AMERICARE INFUSION CENTERS,LLC
2790 LAKE VISTA DRIVE
LEWISVILLE, TX 75067


Americorp Financial, LLC
c/o Kristiana A. Ickes, VP Operations
877 South Adams Road
Birmingham, MI 48009


AMERICORP FINANCIAL, LLC
PO BOX 633559
CINCINNATI, OH 45263-3559


Americorp Financial, LLC
c/o Kristiana A. Ickes, VP Operations
877 South Adams Road
Birmingham, MI 48009


ANA MCDANIEL
PO BOX 1207
GRAPEVINE, TX 76099

Andrew P. Price
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Andrew P. Price
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

ANESTHESIA ALLIANCE OF DALLAS
700 HIGHLANDER BLVD SUITE 415
ARLINGTON, TX 76015

ANESTHESIA ALLIANCE OF DALLAS,P.A
700 HIGHLANDER BLVD SUITE 415
ARLINGTON, TX 76015

ANESTHESIA ALLIANCE OF DALLAS,PA
700 HIGHLANDER BLVD SUITE 415
ARLINGTON, TX 76015

ANTHONY BERRY
420 PERSIMMON DR
GRAND PRAIRIE, TX 75052

ANTHONY BURCH
3000 MOOUNT CREEK PARKWAY
DALLAS, TX 75211

APRIL EATON
391 E LAS COLINAS BLVD #396
IRVING, TX 75039

APWU
PO BOX 1358
GLEN BURNIE, MD 21060

ARMSTRONG MEDICAL INDUSTRIES, INC.
575 KNIGHSBRIDE PKWY
LINCOLNSHIRE, IL 60069-0700


Arnold Shokouhi
McCathern, PLLC
3710 Rawlins Street, Suite 1600
Dallas, TX 75219


ARTHREX INC.
PO BOX 403511
ATLANTA, GA 30384-3511


ASCISTUS, LLC
3507 SCARSDALE ROAD
NASHVILLE, TN 37215


ASHLEIGH ABBOTT
1836 W DAVIS STREET
DALLAS, TX 75208


ASTURA MEDICAL
3186 LIONSHED AVE SUITE 100
CARLSBAD, CA 92010


ATMOS ENERGY
PO BOX 78108
PHOENIX, AZ 85062-8108


ATT
PO BOX 5001
CARL STREAM, IL 60197-5001


ATT
PO BOX 277019
ATLANTA, GA 30384-7019

ATT
PO BOX 5019
CARL STREAM, IL 60197-5019


ATT MOBILITY
PO BOX 650553
DALLAS, TX 75265-0553


AUTOLOGOUS BLOOD TECHNOLOGY, LLC
906 W. MCDERMOTT DR SUITE 116-173
ALLEN, TX 75013-6510


AXOGEN, INC.
13859 PROGERESS BLVD SUITE 100
ALACHUA, FL 32615


BALA GIRI, M.D.
2704 WELBORN UNIT G
DALLAS, TX 75219


BARD ACCESS SYSTEM, INC.
PO BOX 75767
CHARLOTTE, NC 28275


BASS SURGICAL, LLC
16206 MILL POINT
HOUTSON, TX 77059


BAXTER CLEANCARE
114 E NIBLICK STREET
LONGVIEW, TX 75604


BAXTER HEALTHCARE
ONE BAXTER PARKWAY
DEERFIELD, IL 60015

BAXTER HEALTHCARE CORP
ONE BAXTER PARKWAY DF3-2E
DEERFIELD, IL 60015


BAYER HEALTHCARE
1 BAYER DRIVE
INDIANOLA, PA 15051


BEACON HILL STAFFING GROUP, LLC
PO BOX 846193
BOSTON, MA 02284-6193


BEACONMEDAES LLC
1059 PARAGON WAY
ROCK HILL, SC 29730


BEATTY
9345 151ST AVE NW
REDMOND, WA 98052


BEAVER-VISITEC INTERNATIONAL,INC.
411 WEAVERLEY OAKS ROAD
WALTHAM, MA 02452


BECKMAN COULTER, INC.
DEPT CH 10164
PALATINE, IL 60055-0164


BEEKLEY CORPORATION
ONE PRESTIGE LANE
BRISTOL, CT 06010


BENITO DOMINGUEZ
3050 SERVER AVENUE
DALLAS, TX 75216

BETSY ROSS FLAG GIRLS, INC.
11005 GARLAND RD
DALLAS, TX 75218


Bill Liebbe
The Liebbe Firm
805 S. Broadway
Tyler, TX 75701


BIO-RAD LABORATORIES INC
PO BOX 849740
LOS ANGELAS, CA 90084-9740


BIOMET MICROFIXATION
75 REMITTANCE DRIVE SUTIE 3071
CHICAGO, IL 60675-3071


BIOTISSUE
8305 NW 27 STREET SUTIE 101
DORAL, FL 33122


BONE FOAM, INC
20175 COUNTRY ROAD 50
CORNCORAN, MN 55340


BONNIE HAYES
227 W LOUISIANA AVE
DALLAS, TX 75224


BOSS INSTUMENTS LTD
104 SOMMERFIELD DRIVE
GORDONSVILLE, VA 22942


BOSTON SCIENTIC NEUROMODULATION
PO BOX 952195
DALLAS, TX 75395-2195

BOSTON SCIENTIFIC CORPORATION
PO BOX 951653
DALLAS, TX 75395-1653


BRANDY FORD
701 PARTRIDGE LANE
WHITEHOUSE, TX 75791


Brant S. Miller
Law Office of Brant S. Miller
17503 La Cantera Pkwy., Suite 104-610
San Antonio, TX 78257


BRIAN STRAUS MD
400 W LBJ FREEWAY STE 330
IRVING, TX 75063


BRUCE I PRAGER MD
1713 MESQUITE RD
SOUTHLAKE, TX 76092


BURKS MEDICAL CONSULTING
2364 HWY287 N SUITE 119
MANSFIELD, TX 76063


BUSINESS INTERIRORS
1111 VALLEY VIEW LANE
DALLAS, TX 75061


C M R Partners, Ltd.
c/o Echo Ridge, LLC
9080 Harry Hines Blvd., Suite 110
Dallas, TX 75235


C M R Partners, Ltd.
9080 Harry Hines Blvd., Suite 110
Dallas, TX 75235

C.R. BARD INC.
PO BOX 75767
CHARLOTTE, NC 28275


CALL MD
PO BOX 2487
HALLANDALE, FL 33008


CANNEFAX CONSULTING
1066 OAK HOLLOW LANE
COMBINE, TX 75159


CANTEEN REFRESHMENT SERVICES
PO BOX 417632
BOSTON, MA 02241-7932


CARDINAL
851 HENERIETTA CREEK RD
REANOKE, TX 76262


Cardinal Health
7000 Cardinal Place
Dublin, OH 43017


CARDINAL HEALTH
3080 W-I20
GRAND PRAIRIE, TX 75052


CARDINAL HEALTH
3080 W-I20
GRAND PRAIRIE, TX 75052


CARDINAL HEALTH 108, INC
PO BOX 857384
DALLAS, TX 75284-7384

CAREFUSION 2200, INC.
25146 NETWORK PLACE
CHICAGO, IL 60673-1250

CARESTREAM HEALTH INC
DEPT CH 19286
PALATINE, IL 60055-9286

CARL ZEISS MEDITEC,INC.
PO BOX 100372
PASADENA, CA 91189-0372

CARTER BLOODCARE
PO BOX 916068
FORT WORTH, TX 76191-6068

CARTER BRYANT
600 ALABASTER PLACE
CEDAR HILL, TX 75104

CASSANDRA LEWIS
153 BUSHEL LANE
DALLAS, TX 75241

CDW GOVERNMENT LLC
230 N MILWAUKEE AVE
VERNON HILLS, IL 60061

CEDRIC MAYS
7036 BETHLEHEM DRIVE
GRAND PRAIRIE, TX 75054

CELIA GONZALEZ
7355 STONE PINE LN
HOUSTON, TX 75041

CETERIX ORTHOPAEDICS
6500 KAISER DRIVER SUITE 120
FERMONT, CA 94555


CHATONYA TATUM
6850 S COCKERELL HILL RD APT 1615
DALLAS, TX 75236


CHEFWORKS
12325 KERRAN STREET
POWAY, CA 92064


CHRIS GALLAGHER MD
5600 W. LOVERS LANE SUITE 116-289
DALLAS, TX 75209


CHRIS MCNEIR
1209 VINCENT ST #306
FT WORTH, TX 76120


CHRISTI HEARON
7290 ASH STREET
FRISCO, TX 75034


CHRISTINA BARRYER
1306 PRESIDO AVE
DALLAS, TX 75216


CHRISTOPHER WEBER
1313 GLENWOOD DR
AZLE, TX 76020


CITY CAFE
5757 W Lovers Ln
Dallas, TX 75209

CITY OF DALLAS
PO BOX 180819
DALLAS, TX 75218


CITY OF DALLAS
CITY HALL 2D SOUTH
DALLAS, TX 75277


CLEAVER BROOKS SALES & SERVICE
PO BOX 226865
DALLAS, TX 75222-6865


CLIA LABORATORY PROGRAM
11578 SORRENTO VALLEY RD
SAN DIEGO, CA 92121


CLIA WAVIED,INC.
11578 SORRENTO VALLEY RD
SAN DIEGO, CA 92121


CLIMATEC, LLC
PO BOX 51689
LOS ANGELAS, CA 90051-5989


COKER GROUP HOLDINGS, LLC
2400 LAKEVIEW PARKWAY SUITE 400
ALPHARETTA, GA 03009


Compass Bank
132 Austin Avenue
Weatherford, TX 76086


COMPTROLLER OF PUBLIC ACCTS
PO BOX 149355
AUSTIN, TX 78714-9355

CONFORMIS
PO BOX 392311
PITSSBURGH, PA 15251-9311

CONMED LINVATEC
PO BOX 301231
DALLAS, TX 75303-1221

COOK MEDICAL, LLC
22988 NETWORK PLACE
CHICAGO, IL 60673-1229

COOK, INC.
22988 NETWORK PLACE
CHICAGO, IL 60673

COOPER SURGICAL
PO BOX 712280
CINCINNATI, OH 45271-2280

CORA FRENCH
337 VALLEY PARK DR
GARLAND, TX 75043

CORAZON RAMIREZ
1935 MEDICAL DISTRICT DRIVE
DALLAS, TX 75235

CORIN USA LIMITED
12750 CITRUS PARK LANE SUITE 120
TEMPA, FL 33625

Corporation Service Company
as Representative
PO Box 2576
UCCSPREP@CSCINFO.COM
Springfield, IL 62708

COVIDIEN
15 HAMPSHIRE STREET
MANSFIELD, MA 02048


COWBOY CAB COMPANY INC
PO BOX 150125
DALLAS, TX 75215


CPM Medical Consultants, LLC
c/o William McLaughlin
1565 N. Central Expwy., Suite 200
Richardson, TX 75080


CPM MEDICAL CONSULTANTS, LLC
3004 NOTTINGHAM DRIVE
MCKINNEY, TX 75070


CrossFirst Bank
2021 McKinney Avenue, Suite 800
Dallas, TX 75201


CROWE HEALTHCARE RISK CONSULTING
PO BOX 74750
CHICAGO, IL 60694-4750


CSA MEDICAL
91 HARTWELL AVENUE
LEXINGTON, MA 02413


CUSTOM GREENSCAPING INC
1780 HURD DR
IRVING, TX 75038


CYNTHIA THOMPSON
502 LONG RIDGE WAY
MURPHY, TX 75094

DALLAS COUNTY HOSITAL DISTRICT LPPF
GOVERNMENT REIMBURSEMENT 8435 N. STEMMON
DALLAS, TX 75247

Dallas County Tax Assessor-Collector
Attn:  John R. Ames
1201 Elm Street, Suite 2600
Dallas, TX 75270

DALLAS MEDICAL CENTER
7 MEDICAL PARKWAY
FRAMERS BRANCH, TX 75381-9094

DAMIEN MALLAT MD
11311 CONCEPT BLVD
LARGO, FL 33773

DANIELLE HALL
1802 RIDGEVIEW STREET
MESQUITE, TX 75149

David C. McCue
McCue-Pauley & Associates, P.C.
15150 Preston Road, Suite 200
Dallas, TX 75248

De Lage Landen Financial Services Inc.
1111 Old Eagle School Road
Wayne, PA 19087

DEBBIE AUSTIN
2006 CASSIDY LANE
CORINTH, TX 76210

DENA A PUCKETT
1908 SHADOW TRAIL
PLANO, TX 75075

DENTON REGIONAL MEDICAL CENTER
PO BOX 99400
LOUSIVILLE, KY 40269


DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICES CENTER
CINCINNATI, OH 45999-0009


DEPUY MITEK
5972 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


DEPUY SPINE SALES, L.P
5972 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


DEPUY SYNTHES JOINT RECON, INC.
5972 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


DEPUY SYNTHES SALES, INC
PO BOX 8538-662
PHILADELPHIA, PA 19171-0662


DEPUY SYNTHES SALES, INC.
PO BOX 8538-662
PHILADELPHIA, PA 19171-0662


DERIC GENTRY
4717 FLORIST
WICHITA FALLS, TX 76302


DEROYAL INDUSTRIES
MSC 30316 PO BOX 415000
NASHVILLE, TN 37241-0316

DESIGNS FOR VISION
4000 VETERANS MEMEORIAL HWY
BOHENIA, NY 11716


DIGITAL AIR CONTROL, INC
11251 NORTHWEST FREEWAY SUITE 200
HOUSTON, TX 77092


DIRK RODRIGUEZ MD
7515 GREENVILE AVE SUITE 1030
DALLAS, TX 75231


Dirk Rodriguez, M.D., P.A.
c/o Dirk Rodriguez
7515 Greenveille Avenue, Suite 1030
TX 75213


DJO SURGICAL
9800 METRIC BLVD
AUSTIN, TX 78758


DORIS BENNETT
200 JELLISON BLVD # 705
DUNCANVILLE, TX 75116


DR SHIVANI PATEL
5323 Harry Hines Blvd
Dallas, TX 75390


DR. OLAYINKO OGUNRO
7989 W. VIRGINIA DR
DALLAS, TX 75237


DR. RICHARD ALEXANDER
306 E. RANDOL MILL ROAD #136
ARLINGTON, TX 76011

DSS DATA SHREDDING SERVICES
615 W 8TH STREET
HOUSTON, TX 77018


DUTCH OPTHALMIC USA
10 CONTINENTAL DR BUILD 1
EXETER, NH 03833


ECOLAB
PO BOX 32027
NEW YORK, NY 10087-2027


ED McANALLEY M.D.
700 HIGHLANDER BLVD SUITE 415
ARLINGTON, TX 76015


ELITE DOCUMENT TECHNOLOGY
400 N PAUL ST 13TH FLOOR SUITE 1340
DALLAS, TX 75201


Elizabeth M. Fraley
The Fraley Firm
901 Main Street, Suite 6300
Dallas, TX 75202


EMMA GRIGGS
210 MCMURRY AVE
DUNCANVILLE, TX 75116


ENDO CHOICE INC
PO BOX 200109
PITTSBURGH, PA 15251-0109


ENTELLUS MEDICAL
3600 HOLLY LANE NORTH SUITE 40
PLYMOUTH, MN 55447

EPIMED INTERNATIONAL, INC
141 SAL LANDRIO DR CROSSROAD BUSINESS PA
JOHNSTON, NY 12095


EQUITABLE LIFE AND CASUALTY
PO BOX 2460
SALT LAKE CITY, UT 84110


ERBE USA, INCORPORATED
2225 NORTHWEST PARKWAY
MARIETTA, GA 30067


ERNEST FORSYTHE
7716 ROYAL LANE
DALLAS, TX 75230


ERNST AND YOUNG
3712 SOLUTIONS CENTER
CHICAGO, IL 60677-3007


ESUTURES.COM
9645 WEST WILLOW LN
MOKENA, IL 60448


Everbank Commercial Finance, Inc.
10 Waterview Blvd., 2nd Floor
Parsippany, NJ 07054


Everbank Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054


EXACTECH
2320 NW 66TH COURT
GAINSVILLE, FL 32653

EXCLUSION SCREENING, LLC
2121 WISCONSIN AVE NW SUITE C2E
WAHSINGTON, DC 20007


EXTREMITY MEDICAL, LLC
300 INTERPACE PARKWAY SUITE 410
PARSIPPANY, NJ 07054


FEDERAL INSURANCE COMPANY
ATTN: LITIGATION MANAGEMENT UNIT CRUBB &
SIMSBURY, CT 06070


FEDEX
500 ROSS STREET LOCK BOX 360353 ROOM 154
PITTSBURGH, PA 15262


FIRST CALL YOUR STAFFING SOURCE
PO BOX 819 LOCK BOX # 1
SPERRY, OK 74073


First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5519


FOLSOM METAL PRODUCTS, INC.
153 CAHABA VAKLEY PKWY
PELHAM, AL 35124


FORESIGHT MEDICAL MANAGEMENT INC.
PO BOX 79
KITTERY  PT, ME 03905


FORMFAST LLC
13421 MANCHESTER RD SUITE 208
ST LOUIS, MO 63131

FORWARD ADVANTAGE
7255 N FIRST STREET SUITE 106
FRESNO, CA 93720


FRANK FEIGENBAUM MD
9080 HARRY HINES BLVD SUITE 220
DALLAS, TX 75235


FX SHOULDER USA
13465 MIDWAY ROAD SUITE 310
DALLAS, TX 75244


GARRATT CALLAHAN
50 INGLOLD ROAD
BURLINGAME, CA 94010


GE HEALTHCARE
PO BOX 641936
PITTSBURGH, PA 15264-1936


General Electric Capital Corporation
83 Wooster Heights Road
Danbury, CT 06810


GENERAL HOSPITAL SUPPLY
2844 GRAY FOX ROAD
MONROE, NC 28110


GERALDINE CHARLEBOIS
1721 E. BELTINE RD # 1323
COPPELL, TX 75019


GI SUPPLY
PO BOX 45730
BALTIMORE, MS 21297-5730

GINNIE PRUITT
4809 HAYWOOD PKWY
DALLAS, TX 75232


GlassRatner Advisory & Capital Group LLC
c/o Mark Shapiro
3500 Maple Avenue, Suite 350
Dallas, TX 75219


GLENN FRANK
312 RILEY CREEK PLACE
FORTH WORTH, TX 76115


GLENNA BGOSCHERT
4526 CRANST ST
GRAND PRAIRIE, TX 75052


GLOBUS MEDICAL
PO BOX 203329
DALLAS, TX 75320-3329


GODAT EQUITY LTD
10427 Lennox Lane
Dallas, TX 75229


GOLDMAN, EVANS & TRAMELL LLC
10323 CROSS CREEK BLVD F
TEMPA, FL 33647


GRAINGER
DEPT 865762843 PO BOX 419267
KANSAS CITY, MO 64141-6267


GRAY, REED & MCGRAW
1300 POST OAK BLVD SUITE 2000
HOUSTON, TX 77056

GROUP ONE SERVICES
250 DECKER DRIVE
IRVING, TX 75062


GULRUKH HOZRI
956 DUNKIRK LANE
ARLINGTON, TX 76017


HALYARD SALES,LLC
PO BOX 732583
DALLAS, TX 75373-2583


HANNAH MARSHALL
104 NW 6TH STREET
HUBBARD, TX 76648


HEAD & SPINE INSTITUTE OF TEXAS, LL
PO BOX 731767
DALLAS, TX 75373


HEALTHMARK GROUP
325 N SAINT PAUL STE 1650
DALLAS, TX 75201


HEATHER SWIMM
2606 CEDAR ELM LANE
GARLAND, TX 75043


HEMOSTATIX MEDICAL
8400 WOLF LAKE DRIVE #109
BARTLETT, TN 38133


HIRED HANDS INC
PO BOX 55275
HUST, TX 76054

HOLOGIC INC
24506 NETWORK PLACE
CHICAGO, IL 60673-1245


HUDSON ENERGY SERVICES LLC
PO BOX 142109
IRVING, TX 75014


HUMANA MILITARY
PO BOX 7397
MADISON, WI 53707-7937


HYDROCISION
267 BOSTON ROAD STE 28
NORTH BILLERICA, MA 01862


I.T.S. USA
1778 PARK AVENUE, NORTH SUITE 200
MAITLAND, FL 32751


ICU MEDICAL SALES
PO BOX 848908
LOS ANGELAS, CA 90084-8908


IMP INNOVATIVE MEDICAL PRODUCTS,
87 SPRING LANE PO BOX 8028
PLAINVILLE, CT 06062


IMPLANTCAST AMERICA LLC
13465 MIDWAY ROAD SUITE 310
DALLAS, TX 75244


IN2BONES USA
6000 POPILAR AVE SUITE 115
MEMPHIS, TN 38119

INDEMAND INTERPRETING
555 ANDOVER PARK W SUITE 201
TUKWILA, WA 98188


INHUNG SONG
1501 RAHLING ROAD
LITTLE ROCK, AR 72223


INNOVATION NEUROMONITORING
5000 ELDORADO PKWY STE 150-327
FRISCO, TX 75033


INSIGHT INVESTMENTS LLC
260 N. CHARLES LINBERGH DR ATTN: INSIGHT
SALT LAKE CITY, UT 84116


Insight Investments, LLC
c/o Christopher M. Czaja, Exec. VP
611 Anton Boulevard, Suite 700
Costa Mesa, CA 92626


Insight Investments, LLC
c/o Christopher M. Czaja, Exec. VP
611 Anton Boulevard, Suite 700
Costa Mesa, CA 92626


INSPERITY EMPLOYMENT SCREENING, LLC
PO BOX 841585
DALLAS, TX 75284-1585


INTEGRA LIFE SCIENCES CORP
PO BOX 404129
ATLANTA, GA 30384-4129


INTEGRA LIFE SCIENCES CORP.
PO BOX 404129
ATLANTA, GA 30384-4129

INTEGRATED ULTRASOUND CONSULTANTS,
PO BOX 34811
FORTH WORTH, TX 76162


INTERFACE PEOPLE LP
2274 ROCKBROOK DR
LEWISVILLE, TX 75067


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326


INTERSECT ENT
1555 ADAM DRIVE
MENLO PARK, CA 94025


INVUITY, INC
DEPT CH 19705
PALATINE, IL 60055-9705


IPS ADVISORS
10000 N CENTRAL EXPWY STE 1100
DALLAS, TX 75231-2313


IRMA MUNOZ
1829 AVENUE E
GRAND PRAIRIE, TX 75051


IRMA PEREZ
5383 SOUTHERN BLVD APT 237
DALLAS, TX 75240


JAMES WILSON
3402 UNIVERSITY DR
ROWLETT, TX 75088

JAMIE JENNINGS
340 PARK BROOK DRIVE
DALLAS, TX 75218


JANEY BOSWOOD
10951 STONE CANYON
DALLAS, TX 75230


JANI KING
4535 SUNBELT DRIVE
ADDISON, TX 75001


Jeffrey W. Ryan
Chamblee Ryan, P.C.
2777 Stemmons Frwy., Suite 1157
Dallas, TX 75207


JILL STOLL
1409 S LAMAR ST #956
DALLAS, TX 75125


JODY BLAYLOCK
6204 GETTYSBURG DR
ARLINGTON, TX 76002


John Alexander, M.D.
11970 North Central Expwy., Suite 600
Dallas, TX 75243


JOHN SANDERS
515 AVENUE G
DALLAS, TX 75203


John T. Cox III
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201

John T. Cox III
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201


JOHNSON & JOHNSON HEALTHCARE
5972 COLLECTINS SIR
CHICAGO, IL 60693


JOHNSON & ROUNDTREE
PO BOX 2625
DEL MAR, CA 92014-2625


JOHNSON & ROUNDTREE
PO BOX 301599
DALLAS, TX 75303


JOHNSON & ROUNTREE
LBOX #1007 PO BOX 4829
HOUSTON, TX 77210


JOIMAX,INC
14 GOODYEAR SUITE 145
IRVING, CA 92618-3759


JOINT RESTORATION FOUNDATION
JFR ORTHO 6746 S REVERE PKW STE B-125
CENTENNIAL, CO 80112


JORDAN MOORE
2707 COLE AVE #210
DALLAS, TX 75201


JOSE DUQUE
3104 W NORTHGATE DRIVE #1030
IRVING, TX 75062

JOSEPH VIROSLAV, MD
10100 N CENTRAL EXPWY SUITE 560
DALLAS, TX 75321


JUAN CARRASCO-OROZCO
1628 ROSSON ROAD
LITTLE ELM, TX 75068


JUSTIN PERRY
6467 MELODY LN APT 2059
DALLAS, TX 75231


K2 Capital Group LLC
6500 City West Parkway, Suite 401
Eden Prairie, MN 55344


KARL STORZ ENDOSCOPY-AMERICA, INC.
2151 E GRAND AVE
EL SEGUNDO, CA 90245


KCI USA Inc.
PO BOX 301557
DALLAS, TX 75303-1557


Key Equipment Finance,
a Division of Keybank National Assoc.
1000 S. McCaslin Blvd.
Louisville, CO 80027


KEY SURGICAL
PO BOX 74809
CHICAGO, IL 60694-4809


KIMBERLY BENGTSON
2502 LIVE OAK ST #327
DALLAS, TX 75204

KRISTI TROPP
1510 WINTERBROOK CT
ALLEN, TX 75002


KRISTY HENDRICKS
227 COLD DRIVE
WAXAHACHIE, TX 75165


LABCORP
PO BOX 12140
BURLINGTON, NC 27216


LANAIR GROUP LLC
620 N BRAND BLVD 6TH FLOOW
GLENDALE, CA 91203


LARRY MACY
134 OAK BRANCH TRAIL
WAXAHACHIE, TX 75167


LARRY ONEAL
502 FREEMAN ST
MESQUITE, TX 75149


LCA Bank Corporation
1375 Deer Valley Drive, Suite 218
Park City, UT 84060


LEBANON HOLDINGS LLC
6988 LEBANON ROAD STE 102
FRISCO, TX 75034


LIFE NET HEALTH
PO BOX 79636
BALTIMORE, MD 21279-0636

LILLIAN OCHS
4111 BROOKPORT DRIVE
GRAND PRAIRIE, TX 75229


LIMA, USA, INC.
2001 NORTH GREEN OAKS BLVD SUITE 100
ARLINGTON, TX 76006


LINDA FENNELL
1320 COLUMBINE CT
ARLINGTON, TX 76013


LIQUIDAGENTS HEALTHCARE, LLC
PO BOX 206831
DALLAS, TX 75320-6831


LONDON HOOKER
650 LEORA LN APT 1717
THE COLONY, TX 75056


LONE STAR COMMUNICATIONS, INC
1414 POST&PADDOCK SUITE 200
GRAND PRARIE, TX 75050


LUMIN MEDICAL
9809 S. FRANKLIN DR SUITE 301
FRANKLIN, WI 53132


LUZ GONZALEZ
409 GRAYWOOD CT
COPPELL, TX 75109


LYNNE ARMSTRONG
501 W SHORE DR
RICHARDSON, TX 75080

MABLE JONES
1022 SUFFOLK LANE
CEDAR HILL, TX 75104


MAINE STANDARDS
221 US ROUTE 1
CUMBERLAND FORESIDE, ME 04110


MARILYN SALVADOR
1602 JOHN SMITH DRIVE
FORTH WORTH, TX 76114


MARJORIE MARTIN
1432 GRAND TETON DR
DALLAS, TX 75115


Mark A. Haney
Puls Haney, PLLC
301 Commerce Street, Suite 2900
Fort Worth, TX 76102


Mark E. Torian
Bradley Arant Boult Cummings LLP
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270


MARK HAWKINS
806 W MAIN ST
MARLOW, OK 73055


MARK MURPHY
3033 BARDIN ROAD #201
GRAND PRAIRIE, TX 75052


MARK YEATTS
1308 CATES STREET
BRIDGPORT, TX 76426

MARKETLAB, INC
DEPT 2506 PO BOX 11407
BIRINGHAM, AL 35246-2506

MARTHA MADRIGAL
5032 BRITTON RIDGE LANE
FORTH WORTH, TX 76179

MARY CARROL
1206 GLENWICK LANE
IRVING, TX 75060

MCCONNELL ORTHOPEDIC MFG.
PO BOX 8306
GREENVILLE, TX 75404

McKesson MEDICAL SURGICAL
PO BOX 933027
ATLANTA, GA 31193-3027

Med One Capital Funding - Texas L.P.
10712 S. 1300 East
Sandy, UT 84094

Med One Capital Funding, LLC
10712 S. 1300 East
Sandy, UT 84094

MED SHOP TOTAL CARE PHARMACY INC.
470 E LOOP 281
LONGVIEW, TX 75605

MEDACTA USA
PO BOX 848515
LOS ANGELAS, CA 90084-8515

MEDADVANTAGE- ADVANTUM HEALTH
500 WEST JEFFERSON STREET SUITE 2310
LOUISVILLE, KY 40202

MEDICAL DISCS
4775 MOUNT DURBAN DRIVE
SAN DIEGO, CA 92117

MEDICAL MANAGEMENT SOLUTION, LLC
PO BOX 25232
DALLAS, TX 75225

Medical Management Solutions, LLC
408 Black Castle Drive
The Colony, TX 75056

MEDICAL PRODUCTS RESOURCE
917 LONE OAK ROAD SUITE 1000
EAGAN, MN 55121-2266

MEDISOLV
10440 LITTLE PATUXENT PARKWAY SUTE 1000
COLUMBIA, MD 21044

MEDLINE INDUSTRIES, INC
DEPT 1080 PO BOX 121080
DALLAS, TX 75312-1080

MEDSTAR HOLDINGS, LLC
2300 W MCDERMOTT STE 200-199
PLANO, TX 75025

MEDTRONIC
PO BOX 848086
DALLAS, TX 75284-8086

MEDTRONIC (AQUAMANTIS)
PO BOX 848086
DALLAS, TX 75284-8086


MEDTRONIC CARDIO-VASCULAR SERVICE
7611 NORTHLAND DRIVE NORT
BROOKLYN PARK, MN 55428


MEDTRONIC SPINE
PO BOX 848086
DALLAS, TX 75284-8086


MEDTRONIC USA
PO BOX 848086
DALLAS, TX 75284-8086


MEDTRONIC USA INC (PAIN & PACEMKR)
PO BOX 848086
DALLAS, TX 75284-8086


MEDUSA GROUP
DOMINON PLAZA 17304 PRESTON ROAD SUITE 8
DALLAS, TX 75252


MedUSA Group, LLC
c/o William McLaughlin
1565 N. Central Expwy., Suite 200
Richardson, TX 75080


MENTOR WORLDWIDE LLC
15600 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


MERGE HEALTHCARE
PO BOX 205824
DALLAS, TX 75320-5824

MERRY X-RAY CORPORATION
4909 MURPHY CANYON RD SUITE 120
SAN DIEGO, CA 92123


MICHAEL BARBER
PO BOX 2424
DESOTO, TX 75123


Michelle Bland
6837 Roberts Lane
Fort Worth, TX 76140


MICROAIRE SURGICAL INSTRUMENTS, LLC
LOCKBOX 9656
CHICAGO, IL 60693


MICROPORT ORTHOPEDICS
PO BOX 842005
DALLAS, TX 75248-2005


MIDAMERICAN ENERGY SERVICES,
PO BOX 8019
DANVENPORT, IA 52808-8019


MIKE PAUP
624 BROWING DR
ARLINGTON, TX 76010


MIRION TECHNOLOGIES (GDS) INC
PO BOX 101301
PASADENA, CA 91189-0005


MIZUHO OSI
DEPT CH 16977
PALATINE, IL 60055-6977

MOBILE MINI I, INC.
PO BOX 650882
DALLAS, TX 75265-0882


MOBILE SURGICAL TECHNOLOGIES
17817 DAVENPORT STE 315
DALLAS, TX 75252-5871


MODERN BIOMEDICAL SERVICES, INC.
PO BOX 676165
DALLAS, TX 75267-6165


MONTEREY ROCHESTER
6825 LARMANDA ST 135
DALLAS, TX 75231


MORRISON HEALTHCARE
PO BOX 102289
ATLANTA, GA 30368-2289


MRS ORTHO LLC
6367 MCCOMMAS BLVD
DALLAS, TX 75214


MUSCULOSKELETAL TRANSPLANT FOUDATN
125 MAY STREET
EDISON, NJ 08837


MUTUAL OF OMAHA
14131 MIDWAY RD STE 1010
ADDISON, TX 75001


MYRNA GODIER
1106 DEER RIDGE
DUNCANVILLE, TX 75137

MYRON DARBEY
113 WHITEWATER TRAIL
DESOTO, TX 75115


Nathan Cox
Thiebaud Remington Thornton Bailey LLP
Two Energy Square
4849 Greenville Avenue, Suite 1150
Dallas, TX 75206


NATIONAL BILLING PARTNERS
PO BOX 202530
AUSTIN, TX 78720-2530


National Billing Partners, LLC
c/o Nancy Moore
4515 Seton Center Parkway, Suite 240
Austin, TX 78759


National Billing Partners, LLC
c/o Nancy Moore
4515 Seton Center Parkway, Suite 240
Austin, TX 78759


NATIONAL NEUROMONITORING-DFW
1141 N LOOP 1604 E #105-612
SAN ANTONIO, TX 78232


NATUS MEDICAL, INC.
PO BOX 3604
CARL STREAM, IL 60132-3604


NAVIN, HAFFTY & ASSOCIATES
1900 WEST PARK DR SUITE 180
WESTBROUGH, MA 01581


NEUROPHYSIOLOGY ASSOCIATES, LLC
PO BOX 6766
ATHENS, GA 30604-6766

NEVRO CORP.
1800 BRIDGE PKWY
REDWOOD CITY, CA 94065


NEW PIG CORPORATION
ONE PORK AVE
TIPTON, PA 16684


NOBILIS HEALTH
8080 PARK LANE SUITE 400
DALLAS, TX 75231


NUVASIVE CLINICAL SERVICES
PO BOX 50678
LOS ANGELAS, CA 90074-0678


NUVECTRA CORPORATION
PO BOX 123565
DALLAS, TX 75312


OFFICE OF THE SECRETARY OF STATE
PO BOX 13697
AUSTIN, TX 78711-3697


OLYMPUS AMERICA INC
DEPT 0600 PO BOX 120600
DALLAS, TX 75312-0600


Olympus America Inc.
c/o John D. Parson, Vice President FS
3500 Corporate Parkway
Center Valley, PA 18034


Olympus America Inc.
c/o John D. Parson, Vice President FS
3500 Corporate Parkway
Center Valley, PA 18034

OMNICELL INC
PO BOX 204650
DALLAS, TX 75320-4650


ONX USA LLC
5900 LANDBROOK DR SUITE 100
MAYFIELD HEIGHTS, OH 44124


Optumhealth Bank, Inc.
2525 Lake Park Blvd.
Salt Lake City, UT 84120


ORASURE TECHNOLOGIES, INC.
PO BOX 780518
PHILADELPHIA, PA 19178-0518


ORTHALIGN, INC.
120 COLUMBIA SUITE 500
ALISO VIEJO, CA 92679


OSTEOMED CORP
2241 COLLECTION CENTER DR
CHICAGO, IL 60693


PALM HARBOR MEDICAL, INC.
3015 RIDGELINE BLVD BUILDING A
TRAPON SPRINGS, FL 34688


PARADIGM BIO DEVICES
PO BOX 518
NORWALL, MA 02061


PARAGON28
4B INVERNESS COURT EAST SUITE 280
ENGLEWOOD, CA 80112

PARK AVENUE CAPITAL LLC
220 FLETCHER AVE STE 506
FORT LEE, NJ 07024-5063


PARTNERS SURGICAL OF PINE CREEK
220 POST OAK BLVD SUITE 1525
HOUSTON, TX 77056


PARTS SOURCE, INC.
PO BOX 645186
CINCINNATI, OH 45264-5186


PATIENTCO HOLDINGS, INC.
3333 PIEDMOND RD NE SUITE 600
ATLANTA, GA 30305


PATSY TIMBS
3104 WALNUT HILL
DALLAS, TX 75229


PAULINE TAMEZ
1909 SURREY CIRCLE
GRAND PRAIRIE, TX 75050


Peak, LLC, as Representative
170 West Shirley Avenue, Suite 207
Warrenton, VA 20186


PEOPLE 2.0 GLOBAL LP
PO BOX 536853
ATLANTA, GA 30353-6853


PHILIPS HEALTHCARE
PO BOX 100355
ATLANTA, GA 30384-0355

PHYSICIAN SYNERGY GROUP, LLC
5605 N MacArthur Blvd, Suite 310
Irving, TX 75038

Physician Synergy Group, LLC
5605 North Macarthur Blvd.
Irving, TX 75038

Physician Synergy Group, LLC
5605 North Macarthur Blvd.
Irving, TX 75038

Physician Synergy Group, LLC
5605 North Macarthur Blvd.
Irving, TX 75038

PINE CREEK SPV, LLC
9032 Harry Hines Blvd
Dallas, TX

PINNACLE MEDICAL SUPPLY
6303 N WICKHAM RD STE 130-388
MELBOURNE, FL 32940

PITNEY BOWES GLOBAL FINANCIAL
PO BOX 371877
PITTSBURGH, PA 15250-7887

PMT CORPORATION
PO BOX 371887
PITTSBURGH, PA 15250-7887

PNC EQUIPMENT FINANCE LLC
PO BOX 51657
LOS ANGELAS, CA 90051-5957

PRECISION DYNAMICS CORPORATION,
PO BOX 71549
CHICAGO, IL 60694-1995


PRESTONWOOD ANESTHESIA
2501 HERBRON PARKWAY SUITE 100C
CARROLLTON, TX 75010


Prime Alliance Bank
1868 South 500 West
Woods Cross, UT 84087


PROPATH Lab SERVICES, LLP
DEPT 41074 PO BOX 660811
DALLAS, TX 75266-0811


PROVIDENCE MEDICAL TECHNOLOGY,INC.
PO BOX 74008711
CHICAGO, IL 60674-7400


PSG Mid-Cities Medical Center, LLC
5605 North Macarthur Blvd.
Irving, TX 75038


PSG Mid-Cities Medical Center, LLC
5605 North Macarthur Blvd.
Irving, TX 75038


PSG Mid-Cities Medical Center, LLC
5605 North Macarthur Blvd.
Irving, TX 75038


PSG-PINE CREEK MANAGEMENT, LLC
BBVA Compass Plaza 2200 Post Oak Blvd, S
Houston, TX 77056

QUEST DIAGNOSTICS
PO BOX 841725
DALLAS, TX 75284-1725


R&D SYSTEMS
614 MCKINLEY PLACE NE
MINNEAPOLIS, MN 55413


RACKSPACE
PO BOX 730759
DALLAS, TX 75373-0759


RADIOLOGY ASSOCIATES OF
816 W CANNON STREET
FORTH WORTH, TX 76104


RADNTX C/O
816 W CANNON STREET
FORTH WORTH, TX 76104


RAJANIKANTH ERRABELLY
1024 SAN JACINTO DR #1627
IRVING, TX 75063


RAMON LOPEZ
5505 JANET LANE
COLLEYVILLE, TX 76034


RAPID ORTHOPEDIC
3810 MELCER DR STE 103
ROWLETT, TX 75088


REGINA NELSON
4791 W LEBETTER DR #1902
DALLAS, TX 75236

RELAY HEALTH, INC.
PO BOX 98347
CHICAGO, IL 60693-8347

RICHARD ALEXANDER, MD
306 E. RANDOL MILL ROAD #136
ARLINGTON, TX 76011

Ricoh USA, Inc.
70 Valley Stream Parkway
Malvern, PA 19355

RICOH USA, INC.
PO BOX 660342
DALLAS, TX 75266-0342

Ricoh USA, Inc.
70 Valley Stream Parkway
Malvern, PA 19355

ROBERT HALF TECHNOLOGY
PO BOX 743295
LOS ANGELAS, CA 90074-3295

ROCHE DIAGNOSTICS CORPORATION
PO BOX 660367
DALLAS, TX 75266-0367

ROGER HAMILTON
2025 LAKEPOINTE DRIVE #3F
LEWISVILLE, TX 75057

Roland Witherspoon
The Witherspoon Law Group, PLLC
7290 Crosswater Drive
Tyler, TX 75703

RONALD PATTERSON
316 FOREST GROVE DRIVE
RICHARDSON, TX 75083


ROSA GOBEA
3315 NW 31ST STREET
FORTH WORTH, TX 76106


Ryan A. Starnes
Libby Sparks Willis Starnes PLLC
5950 Berkshire Lane, Suite 200
Dallas, TX 75225


SAINT CAMILLUS MEDICAL CENTER
1612 HURST TOWN CENTER DRIVE
HUST, TX 76054


Saint Camillus Medical Center
5605 North Macarthur Blvd.
Irving, TX 75038


Saint Camillus Medical Center
5605 North Macarthur Blvd.
Irving, TX 75038


Saint Camillus Medical Center
5605 North Macarthur Blvd.
Irving, TX 75038


SAMANTHA C GARRISON
103 W. WHITEWRIGHT ROAD
SAVOY, TX 75479


SAMANTHA SCAMARDO
6421 NIMTZ
FORTH WORTH, TX 76114

SANGEA LOWE
11345 NEWKIRK STREET #1084
DALLAS, TX 75229


SBS ADMINISTRATIVE SERVICES
8502 HUEBNER STE 300
SAN ANTONIO, TX 78268


SCULPT MARKETING
7312 LOUETTA RD B118 #218
SPRING, TX 77379


SEAN HARRIS
4062 N BELTLINE ROAD # 201
IRVING, TX 75038


SEASPINE SALES LLC
PO BOX 207146
DALLAS, TX 75320-7146


SENTINAL PLAN LIFE INS.
PO BOX 981710
EL PASO, TX 79998


SHAHINA BEGUM
8257 RANCH VIEW DR #3109
IRVING, TX 75063


SHERWIN WILLIAMS
3412 OAK LAWN AVENUE
DALLAS, TX 75219


SIEMENS FINANCIAL SERVICES
PO BOX 2083
CARL STREAM, IL 60132-2083

SIEMENS MEDICAL SOLUTIONS USA, INC.
PO BOX 120001-DEPT 0733
DALLAS, TX 75312-0733


SIGNATURE GARMENT CARE
4830 LAKAWANA STREET
DALLAS, TX 75247


SILVERLEAF SURGICAL LLC
1514 CARNATION STREET
PROSPER, TX 75078


SKELETAL DYNAMICS LLC
LOCKBOX 9492 PO BOX 70280
PHILADELPHIA, PA 19176-0280


SLR MEDICAL CONSULTING
4100 HARRY HINES SUITE 300
DALLAS, TX 75219


SMART CARE EQUIPMENT SOLUTIONS
PO BOX 74008980
CHICAGO, IL 60674-8980


Smartsurg Medical Supply LLC
14665 Midway Road, Suite 140
Addison, TX 75001


SMARTSURG MEDICAL SUPPLY LLC
14665 MIDWAY RD SUITE 140
ADDISON, TX 75001


Smith & Nephew Capital
c/o Stephen V. Alpeter, COO
6500 City West Parkway, Suite 401
Eden Prairie, MN 55344

SMITH & NEPHEW CAPITAL
6500 CITY PARKWAY STE 401
EDEN PRARIE, MN 55344


SMITH AND NEPHEW INC.
5600 CLEARFORK MAIN STREET SUITE 600
FORTH WORTH, TX 76109


SMITH AND NEPHEW ORTHOPAEDICS
PO BOX 205651
DALLAS, TX 75320-5651


SMITH AND NEPHEW, INC
PO BOX 951605
DALLAS, TX 75395-1605


SMITH MEDICAL ASD INC.
PO BOX 7247-7784
PHILADELPHIA, PA 19170-7784


Softchoice Corporation
314 W. Superior, Suite 301
Chicago, IL 60654


Softchoice Corporation
314 W. Superior, Suite 301
Chicago, IL 60654


SPINAL  ELEMENTS
DEPT 3885 PO BOX 123885
DALLAS, TX 75312-3885


SPINAL ELEMENT (AMENDIA)
DEPT 3885 PO BOX 123885
DALLAS, TX 75312-3885

SPINE FRONTIER
350 MAIN STREET 3RD FLOOR
MALDEN, MA 02148


SPINE STAR, LLC
908 AUDELLIA RD STE 200 PMB 338
RICHARDSON, TX 75081


SPINE WAVE, INC
PO BOX 347418
PITTSBURGH, PA 15251-4418


SPINEART USA INC
8583 IRVINE CENRTER DRIVE #205
IRVING, CA 92618


Spirit Master Funding II, LLC
2727 N. Harwood Street, Suite 300
Dallas, TX 75201


Spirit Master Funding II, LLC
c/o Sarah A. Kubiak, Esq.
16767 North Perimeter Drive, Suite 210
Scottsdale, AZ 85260-1042


STACY SYSTEMS INC
501 POST OAK DR
NEWARK, TX 76071


STAR DELIVERY
PO BOX 3613
HOUSTON, TX 77253


STATE FARM MUTUAL AUTOMOBILE
PO BOX 339403
GREENLEY, CO 80633

STELKAST
PO BOX 640773
PITTSBURGH, PA 15264-0773


STEPHEN SEXTON
104 PALMINO ST
CRANDALL, TX 75114


STERICYCLE
PO BOX 6575
CAROL STREAM, IL 60197-6575


STERIS INSTRUMENT MANAGEMENT
PO BOX 531809
ATLANTA, GA 30353-1809


STERIS Instrument Management Svcs.
PO BOX 531809
ATLANTA, GA 30353-1809


STEVE ALLEN
3118 OVERLOOK CIRCLE
LEWISVILLE, TX 75077


STRYKER COMMUNICATIONS
22491 NETWORK PLACE
CHICAGO, IL 60673


STRYKER COMMUNICATIONS
22491 NETWORK PLACE
CHICAGO, IL 60673


STRYKER ENDOSCOPY
PO BOX 93276
CHICAGO, IL 60673-3276

STRYKER FLEX FINANCIAL
25652 NETOWRK PLACE
CHICAGO, IL 60673-1256


STRYKER INSTRUMENTS
PO BOX 70119
CHICAGO, IL 60673-0119


STRYKER ORTHOPAEDICS
PO BOX 93213
CHICAGO, IL 60673-3213


Stryker Sales Corporation
c/o Lucas Wilson
1901 Romence Road Parkway
Portage, MI 49002


STRYKER SALES CORPORATION
PO BOX 93276
CHICAGO, IL 60673-3276


Stryker Sales Corporation
c/o Devon Ivy
1901 Romence Road Parkway
Portage, MI 49002


STRYKER SPINE
21912 NETWORK PLACE
CHICAGO, IL 60673-1912


SUPERIOR VISION INSURANCE, INC.
PO BOX 201389
DALLAS, TX 75320-1839


SURGENTEC, LLC
7601 N. FEDERAL HIGHWAY SUITE 150A
BOCA RATON, FL 33487

SURGICAL NOTES, MDP, LP
3100 MONTICELLO AVE SUITE 450
DALLAS, TX 75205


SYNERGY SURGICAL
701 E PLANO PKWY STE 506
PLANO, TX 75074


SYNTER RESOURCE
5935 Rivers Ave, Ste 102
Charleston, SC 29406


Tatum
PO BOX 847872
DALLAS, TX 75284-7872


TECH PLAN INC.
717 TAYLOR DRIVE
PLANO, TX 75074


Teresa West
c/o Bill  Liebbe
The Liebbe Firm
805 S. Broadway
Tyler, TX 75701


Texas Comptroller of Public Accounts
Revenue Acctg Div - Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528


TEXAS TECH UNIVERSITY HEALTH
SCIENCE CENTER 3601 4TH STREET MS 7755
LUBBOX, TX 79430


Texas Workforce Commission
Tax-Collections
101 E. 15th Street
Austin, TX 78778-0001

THE DRS NO 1 FLP
5903 TWINS COVES
DALLAS, TX 75248


THE STAYWELL COMPANY,LLC
PO BOX 90477
CHICAGO, IL 60696-0477


Theia Capital II, LLC
951 Yamato Road, Suite 160
Boca Raton, FL 33431


THYSSENKRUPP ELEVATOR CORP
PO BOX 933004
ATLANTA, GA 31193-3004


TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074


TIMOTHY THOMASON MD
4008 MARQUETTE STREET
DALLAS, TX 75225


TITAN ORTHOPAEDIC SALE
16175 ADDISON ROAD
ADDISON, TX 75001


TITAN SPINE, INC.
6140 W. EXECUTIVE DRIVE SUITE A
MEQUON, WI 53092


TITAN TECH, INC.
PO BIOX 822184
NORTH RICHLAND HILLS, TX 76182

TONYA MOORE
919 VEDRAL
CEDAR HILL, TX 75104


TORNIER INC
PO BOX 4631
HOUSTON, TX 77210-4631


TRACY BARKER
6517 FALCON STREET
ROWLETT, TX 75089


TRACY HARRIS
415 THRUSH AVE
DUNCANVILLE, TX 75116


TRANSITION MEDICAL EQUIPMENT
15 MIRROR RIDGE DRIVE
THE WOODLANDS, TX 77382


TRANSPLANT SERVICES CENTER
5323 HARRY HINES BLVD
DALLAS, TX 75390-2609


TRICE MEDICAL
PO BOX 392743
PITTSBURGH, PA 15251-9747


TRIMED
PO BOX 55189
VELENCIA, CA 91385-0189


TRITIN MEDICAL DISTRIBUTION
112 N 8TH STREET SUITE A
MIDLOTHIAN, TX 75234

TYPENEX MEDICAL, LLC
303 E WACKER DRIVE SUITE 1030
CHICAGO, IL 60601


U.S. Bank Equipment Finance
a Division of U.S. Bank National Assoc.
1310 Madrid Street
Marshall, MN 56258


U.S. Infusion Inc.
4904 WILLIAMS RD
BENBROOK, TX 76116


ULRICH MEDICAL USA
18221 EDISON AVE
CHESTERFIELD, MO 63005


UNI FORMS AND SERVICES
816 RIDGEFIELD DR
PLANO, TX 75075-8717


UNITED LABORATORIES
PO BOX 410
ST CHARLES, IL 60174-0410


UNUM LIFE INSURANCE COMPANY
PO BOX 409548
ATLANTA, GA 30384-9548


UPS FREIGHT
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


VALERA MOON
1722 SANTA CRUZ
GRAND PRAIRIE, TX 75051

VALLEY SURGICAL, INC
633 S ANDREWS AVE SUITE 400
FORT LAUDERDALE, FL 33301


Varilease Finance, Inc.
6340 South 3000 East, Suite 400
Salt Lake City, UT 84121


VAXSERVE, INC
12566 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


VERATHON MEDICAL
PO BOX 935117
ATLANTA, GA 31193-5117


VERSACOR
PO BOX 93809
SOUTHLKAKE, TX 76092


VERTIV SERVICES, INC
PO BOX 70474
CHICAGO, IL 60673


VICTORIA GREGG-IRVING
7434 SANDHURST LAND
NORTH RICHLAND HILLS, TX 76182


VILEX, INC.
111 MOFFITT STREET
MCMINNVILLE, TN 37110


Vonetta Carter
7290 Crosswater Drive
Tyler, TX 75703

VYAIRE MEDICAL, INC
26125 NORTH RIVERWOODS BLVD
METTAWA, IL 60045


WALLACE BEAVERS
130 GREER RD
POLLOCK, LA 71467


WASTE CONNECTIONS OF TEXAS
PO BOX 742692
CINCINNATI, OH 45274-2695


Wendy H. Hermes
Thiebaud Remington Thornton Bailey LLP
4849 Greenville Avenue, Suite 1150
Dallas, TX 75202


WERFEN USA, LLC
PO BOX 347934
PITTSBURGH, PA 15251-4934


WHITNEY SAWYER
627 WESTWOOD DRIVE
RICHARDSON, TX 75080


William M. Carter II, MD
7246 Beranger Drive
Irving, TX 75063


Winthrop Resources Corporation
c/o David Laschenski, VP Workouts
TCF Capital Solutions
11100 Wayzata Boulevard, Suite 801
Hopkins, MN 55305


WINTHROP RESOURCES CORPORATION
11110 WAYZATA BOULVARD SUITE 800
MINETONKA, MN 55305

Winthrop Resources Corporation
c/o David Laschenski, VP Workouts
TCF Capital Solutions
11100 Wayzata Boulevard, Suite 801
Hopkins, MN 55305


WOLTERS KLUWER HEALTH INC
62526 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0625


WRIGHT MEDICAL
PO BOX 503482
ST. LOUIS, MO 63150-3482


XO COMMUNICATIONS -VERIZON
PO BOX 15043
ALBANY, NY 12212-5043


XTANT MEDICAL
BACTERIN INTERNATIONAL,INC DEPT CH 16872
PALATINE, IL 60055-6872


YAO YAO KONG
600 ALABASTER PLACE
CEDAR HILL, TX 75104


YONG LEE
3405 TIMBERWOOD CIRCLE #2121
ARLINGTON, TX 76015


YOSIEF ZEGGAI
3427 HIGH VISTA DR
DALLAS, TX 75234


ZIMMER BIOMET
PO BOX 840166
DALLAS, TX 75284-0166

ZIMMER BIOMET (ETEX)
675 MASSACHUSETTS AVE 12 FIR.
CAMBRIDGE, MA 02139


ZIMMER BIOMET SPINE
75 REMITTANCE DRIVE STE 6931
CHICAGO, IL 60675-6931


ZIMMER KNEE CREATIONS INC.
841 SPRINGDALE DRIVE
EXTON, PA 19241

# United States Bankruptcy Court
## Northern District of Texas

In re   **Pine Creek Medical Center, LLC**

                    Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Pine Creek Medical Center, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 13, 2019**

Date

**/s/ Buffey E. Klein**

**Buffey E. Klein 24032515**

Signature of Attorney or Litigant

Counsel for  **Pine Creek Medical Center, LLC**

**Husch Blackwell LLP**

**1900 N. Pearl Street, Suite 1800**
**Dallas, TX 75201-2467**
**214-999-6152 Fax:214-999-6100**
**buffey.klein@huschblackwell.com**