**Fill in this information to identify the case:**

Debtor name    **Pine Creek Medical Center, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    19-33079-11

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ **5,392,170.85**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $ **5,392,170.85**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **342,482.70**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ **20,480,925.26**

4.  **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b    $ **20,823,407.96**

**Fill in this information to identify the case:**

Debtor name **Pine Creek Medical Center, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) 19-33079-11

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BBVA | Checking | 7576 | $371,739.92 |
| 3.2. | BBVA | Checking | 1124 | $17.70 |
| 3.3. | CrossFirst Bank | Checking | 8604 | $2,202.10 |
| 3.4. | PNC Bank | Checking | 3158 | $12,287.00 |
| 3.5. | First National Bak | Checking | 940 | $98,250.13 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$484,496.85

**Part 2:          Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Pine Creek Medical Center, LLC**            Case number *(If known)*    19-33079-11
<br>Name

☑ No. Go to Part 3.
<br>☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
<br>☑ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **67,287.00** | - | **0.00** | = .... | **$67,287.00** |
| 11a. 90 days old or less: | **2,100,000.00** | - | **0.00** | = .... | **$2,100,000.00** |
| 11b. Over 90 days old: | **2,682,387.00** | - | **0.00** | =.... | **$2,682,387.00** |

12.    **Total of Part 3.**
<br>Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$4,849,674.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
<br>☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
<br>☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
<br>☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
<br>☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Pine Creek Medical Center, LLC** | Case number *(If known)* | 19-33079-11 |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

---

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **9032 Harry Hines Boulevard,  Dallas, TX**<br>**and**<br>**9080 Harry Hines Boulevard, Dallas, TX** | Tenant | Unknown | N/A | Unknown |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

---

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

---

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 3

Debtor    **Pine Creek Medical Center, LLC**                                    Case number *(If known)*    19-33079-11
          Name

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Potential causes of action against prior management**                              **Unknown**

    **Nature of claim**

    **Amount requested**                    **$0.00**

---

    **Don Buford, Jr., MD**
    **1015 N. Carroll Avenue, Suite 2000**
    **Dallas, TX 75204**                                                                  **$50,000.00**

    **Nature of claim**              **Theft of Hospital Property**
                                    **(Linvatec Shoulder Set)**

    **Amount requested**             **$50,000.00**

---

    **Richard Buch, MD**
    **4001 W. 15th Street, Suite 290**
    **Plano, TX 75093**                                                                   **$8,000.00**

    **Nature of claim**              **Theft of Hospital Property**
                                    **(Moreland Retractor and Misc.**
                                    **Medical Instruments)**

    **Amount requested**             **$8,000.00**

---

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                    **$58,000.00**

    Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Debtor    **Pine Creek Medical Center, LLC**                    Case number *(If known)*    19-33079-11
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $484,496.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,849,674.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $58,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,392,170.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,392,170.85 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Pine Creek Medical Center, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) 19-33079-11

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **CrossFirst Bank** | Describe debtor's property that is subject to a lien | $342,482.70 | $342,482.70 |
|---|---|---|---|---|
| | Creditor's Name | **Commercial Loan Agreement dated June 14, 2018** | | |
| | **2021 McKinney Avenue, Suite 800 Dallas, TX 75201** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | | **Is anyone else liable on this claim?** ☑ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred 6/22/2018** | | | |
| | **Last 4 digits of account number 0003** | | | |
| | **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $342,482.70

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Pine Creek Medical Center, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) 19-33079-11

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
|  | **Dallas County Tax Assessor-Collector Attn: John R. Ames 1201 Elm Street, Suite 2600 Dallas, TX 75270** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
|  | **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**2.3** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**
**Revenue Acctg Div - Bankruptcy Section**
**P.O. Box 13528**
**Austin, TX 78711-3528**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown   Unknown

---

**2.4** Priority creditor's name and mailing address

**Texas Workforce Commission**
**Tax-Collections**
**101 E. 15th Street**
**Austin, TX 78778-0001**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown   Unknown

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1** Nonpriority creditor's name and mailing address

**4-WEB, INC.**
**PO BOX 671718**
**DALLAS, TX 75267-1718**

Date(s) debt was incurred _
Last 4 digits of account number  **2493**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$13,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**4060 SPINE INC.**
**5706 E. MOCKINGBIIRD LANE SUITE 115-181**
**DALLAS, TX 75206**

Date(s) debt was incurred _
Last 4 digits of account number  **2536**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$1,695.00**

---

**3.3** Nonpriority creditor's name and mailing address

**7 SPINE GROUP**
**125 S MAIN STREET**
**FORT WORTH, TX 76104**

Date(s) debt was incurred _
Last 4 digits of account number  **2533**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$20,630.00**

---

| Debtor | **Pine Creek Medical Center, LLC** | | Case number (if known) | 19-33079-11 |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,800.00** |
|---|---|---|---|
| | **A.M. SURGICAL, INC**<br>**222 MIDDLE COUNTRY RD STE 202**<br>**SMITHTOWN, NY 11787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Merchandise/Services Purchased  | |
| | Last 4 digits of account number  2578 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,428.00** |
|---|---|---|---|
| | **AAF INTERNATIONAL**<br>**24828 NETWORK PLACE**<br>**CHICAGO, IL 60673-1248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Merchandise/Services Purchased  | |
| | Last 4 digits of account number  385 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,606.09** |
|---|---|---|---|
| | **ABBOTT LABORATORIES**<br>**PO BOX 100997**<br>**ATLANTA, GA 03038-4099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Merchandise/Services Purchased  | |
| | Last 4 digits of account number  3 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,026.50** |
|---|---|---|---|
| | **ABBOTT LABORATORIES INC**<br>**1380 SOUTH LOOP ROAD**<br>**ALAMEDA, CA 94502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Merchandise/Services Purchased  | |
| | Last 4 digits of account number  7 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,365.98** |
|---|---|---|---|
| | **ABILITY NETWORK INC**<br>**PO BOX 856015**<br>**MINNEAPLOIS, MN 55485-6015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Merchandise/Services Purchased  | |
| | Last 4 digits of account number  3477 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,957.12** |
|---|---|---|---|
| | **ACADIAN AMBULANCE**<br>**6505 WEST PARK BLVD #306-362**<br>**PLANO, TX 75093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Merchandise/Services Purchased  | |
| | Last 4 digits of account number  4005 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,117.02** |
|---|---|---|---|
| | **ACCENT INSURANCE RECOVERY**<br>**SOLUTIONS**<br>**PO BOX 952366**<br>**ST. LOUIS, MO 63195-2366** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Merchandise/Services Purchased  | |
| | Last 4 digits of account number  916 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pine Creek Medical Center, LLC** | | Case number (if known) | 19-33079-11 |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,921.21 |
|---|---|---|---|

**ACCESS PHYSICIANS**
PO BOX 670347
DALLAS, TX 75267-0347

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2752__

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,325.37 |
|---|---|---|---|

**ACCLARENT, INC**
16888 COLLECTION CENTER DR
CHICAGO, IL 60693-0168

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2115__

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,569.63 |
|---|---|---|---|

**ACIST MEDICAL SYSTEM INC.**
7905 FULLER RDAD
EDEN PRAIRE, MN 55344

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3471__

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,539.51 |
|---|---|---|---|

**ACUMED LLC**
7995 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __432__

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.64 |
|---|---|---|---|

**ADAM HILL**
6216 COPERHILL DRIVER
DALLAS, TX 75248

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3638__

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,182.87 |
|---|---|---|---|

**ADMINISTRATIVE CONSULTANT SVC, LLC**
PO BOX 3368
SHAWNEE, OK 74802

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5223__

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,953.17 |
|---|---|---|---|

**ADVANCE MEDICAL DESIGNS**
1241 ATLANTA INDUSTRIAL DR
MARIETTA, GA 30066

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4375__

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |
|---|---|---|---|

**ADVANCED MEDICAL TRAINING**
**2126 BLOSSOM LANE**
**RICHARDSON, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **4007**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,682.60 |
|---|---|---|---|

**ADVANCED ORTHO SOLUTIONS**
**3203 KASHIWA ST**
**TORRANCE, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **4752**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,696.96 |
|---|---|---|---|

**AESCULAP**
**PO BOX 780426**
**PHILADELPHIA, PA 19178-0426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **8**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.82 |
|---|---|---|---|

**AETNA, INC.**
**PO BOX 14079**
**LEXINGTON, KY 40512-4079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **5025**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,372.70 |
|---|---|---|---|

**AGILITI HEALTH, INC.**
**PO BOX 851313**
**MINNEAPOLIS, MN 55485-1313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **5165**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,225.12 |
|---|---|---|---|

**AIRGAS USA, LLC**
**PO BOX 676015**
**DALLAS, TX 75267-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **10**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**ALEJANDRO SINGER MD**
**3611 SWISS AVE**
**DALLAS, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **569**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pine Creek Medical Center, LLC**                    Case number (if known)  19-33079-11
_____
        Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.22 |
|---|---|---|---|

**ALIMED,INC.**
**PO BOX 206417**
**DALLAS, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number **486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.88 |
|---|---|---|---|

**ALLEN FINES**
**137 GYPSUM VALLEY DRIVE**
**IDABEL, OK 74745**

Date(s) debt was incurred _

Last 4 digits of account number **3986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,830.96 |
|---|---|---|---|

**ALLEN MEDICAL SYSTEMS**
**100 DISCOVERY WAY**
**ACTON, MA 01720**

Date(s) debt was incurred _

Last 4 digits of account number **211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,179.50 |
|---|---|---|---|

**ALLERGAN USA, INC.**
**12975 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number **376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,592.37 |
|---|---|---|---|

**ALLIANT STAFFING SERVICES**
**3 BETHESDA METRO CENTER STE 460**
**BETHESDA, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number **2500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |
|---|---|---|---|

**AMELIA RAMIREZ**
**433 NW 20 STREET**
**GRAND PRAIRIE, TX 75050**

Date(s) debt was incurred _

Last 4 digits of account number **3235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,083.97 |
|---|---|---|---|

**AMERICAN MEDICAL ASSOCIATION**
**330 N. WABASH ABE STE 39300**
**CHICAGO, IL 60611-5885**

Date(s) debt was incurred _

Last 4 digits of account number **4867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.32**

Nonpriority creditor's name and mailing address

**AMERICARE INFUSION CENTERS,LLC**
**2790 LAKE VISTA DRIVE**
**LEWISVILLE, TX 75067**

Date(s) debt was incurred __

Last 4 digits of account number  **5003**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$156.70**

---

**3.33**

Nonpriority creditor's name and mailing address

**Americorp Financial, LLC**
**c/o Kristiana A. Ickes, VP Operations**
**877 South Adams Road**
**Birmingham, MI 48009**

Date(s) debt was incurred  **07/05/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease #1853102**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.34**

Nonpriority creditor's name and mailing address

**AMERICORP FINANCIAL, LLC**
**PO BOX 633559**
**CINCINNATI, OH 45263-3559**

Date(s) debt was incurred __

Last 4 digits of account number  **2144**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,720.15**

---

**3.35**

Nonpriority creditor's name and mailing address

**ANA MCDANIEL**
**PO BOX 1207**
**GRAPEVINE, TX 76099**

Date(s) debt was incurred __

Last 4 digits of account number  **4126**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,770.84**

---

**3.36**

Nonpriority creditor's name and mailing address

**ANESTHESIA ALLIANCE OF DALLAS**
**700 HIGHLANDER BLVD SUITE 415**
**ARLINGTON, TX 76015**

Date(s) debt was incurred __

Last 4 digits of account number  **2255**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$890.00**

---

**3.37**

Nonpriority creditor's name and mailing address

**ANESTHESIA ALLIANCE OF DALLAS,P.A**
**700 HIGHLANDER BLVD SUITE 415**
**ARLINGTON, TX 76015**

Date(s) debt was incurred __

Last 4 digits of account number  **1914**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$890.00**

---

**3.38**

Nonpriority creditor's name and mailing address

**ANESTHESIA ALLIANCE OF DALLAS,PA**
**700 HIGHLANDER BLVD SUITE 415**
**ARLINGTON, TX 76015**

Date(s) debt was incurred __

Last 4 digits of account number  **1916**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,450.00**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**ANTHONY BERRY**
**420 PERSIMMON DR**
**GRAND PRAIRIE, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **1357**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**ANTHONY BURCH**
**3000 MOOUNT CREEK PARKWAY**
**DALLAS, TX 75211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **3057**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61.44** |
|---|---|---|---|

**APRIL EATON**
**391 E LAS COLINAS BLVD #396**
**IRVING, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **3176**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.59** |
|---|---|---|---|

**APWU**
**PO BOX 1358**
**GLEN BURNIE, MD 21060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **4140**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$876.64** |
|---|---|---|---|

**ARMSTRONG MEDICAL INDUSTRIES, INC.**
**575 KNIGHSBRIDE PKWY**
**LINCOLNSHIRE, IL 60069-0700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **27**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$241,800.49** |
|---|---|---|---|

**ARTHREX INC.**
**PO BOX 403511**
**ATLANTA, GA 30384-3511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **28**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |
|---|---|---|---|

**ASCISTUS, LLC**
**3507 SCARSDALE ROAD**
**NASHVILLE, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **5012**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$230.64** |
|---|---|---|---|

**ASHLEIGH ABBOTT**
**1836 W DAVIS STREET**
**DALLAS, TX 75208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Merchandise/Services Purchased**

Last 4 digits of account number **3703**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,830.00** |
|---|---|---|---|

**ASTURA MEDICAL**
**3186 LIONSHED AVE SUITE 100**
**CARLSBAD, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Merchandise/Services Purchased**

Last 4 digits of account number **5005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,850.02** |
|---|---|---|---|

**ATMOS ENERGY**
**PO BOX 78108**
**PHOENIX, AZ 85062-8108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Merchandise/Services Purchased**

Last 4 digits of account number **272**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,012.31** |
|---|---|---|---|

**ATT**
**PO BOX 5001**
**CARL STREAM, IL 60197-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Merchandise/Services Purchased**

Last 4 digits of account number **903**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,012.31** |
|---|---|---|---|

**ATT**
**PO BOX 277019**
**ATLANTA, GA 30384-7019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Merchandise/Services Purchased**

Last 4 digits of account number **323**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,012.31** |
|---|---|---|---|

**ATT**
**PO BOX 5019**
**CARL STREAM, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Merchandise/Services Purchased**

Last 4 digits of account number **2225**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$577.40** |
|---|---|---|---|

**ATT MOBILITY**
**PO BOX 650553**
**DALLAS, TX 75265-0553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Merchandise/Services Purchased**

Last 4 digits of account number **4473**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Pine Creek Medical Center, LLC** | | Case number (if known) | 19-33079-11 |
|---|---|---|---|---|
| | Name | | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,000.00** |
|---|---|---|---|
| | **AUTOLOGOUS BLOOD TECHNOLOGY, LLC** | ☐ Contingent | |
| | **906 W. MCDERMOTT DR SUITE 116-173** | ☐ Unliquidated | |
| | **ALLEN, TX 75013-6510** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **782** | Basis for the claim: **Merchandise/Services Purchased** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,240.00** |
|---|---|---|---|
| | **AXOGEN, INC.** | ☐ Contingent | |
| | **13859 PROGERESS BLVD SUITE 100** | ☐ Unliquidated | |
| | **ALACHUA, FL 32615** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2492** | Basis for the claim: **Merchandise/Services Purchased** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,341.88** |
|---|---|---|---|
| | **BALA GIRI, M.D.** | ☐ Contingent | |
| | **2704 WELBORN UNIT G** | ☐ Unliquidated | |
| | **DALLAS, TX 75219** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1416** | Basis for the claim: **Merchandise/Services Purchased** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$223.25** |
|---|---|---|---|
| | **BARD ACCESS SYSTEM, INC.** | ☐ Contingent | |
| | **PO BOX 75767** | ☐ Unliquidated | |
| | **CHARLOTTE, NC 28275** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2228** | Basis for the claim: **Merchandise/Services Purchased** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81,103.00** |
|---|---|---|---|
| | **BASS SURGICAL, LLC** | ☐ Contingent | |
| | **16206 MILL POINT** | ☐ Unliquidated | |
| | **HOUTSON, TX 77059** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1574** | Basis for the claim: **Merchandise/Services Purchased** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$440.69** |
|---|---|---|---|
| | **BAXTER CLEANCARE** | ☐ Contingent | |
| | **114 E NIBLICK STREET** | ☐ Unliquidated | |
| | **LONGVIEW, TX 75604** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **221** | Basis for the claim: **Merchandise/Services Purchased** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,825.77** |
|---|---|---|---|
| | **BAXTER HEALTHCARE** | ☐ Contingent | |
| | **ONE BAXTER PARKWAY** | ☐ Unliquidated | |
| | **DEERFIELD, IL 60015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2097** | Basis for the claim: **Merchandise/Services Purchased** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,749.49** |
|---|---|---|---|
| | **BAXTER HEALTHCARE CORP** | ☐ Contingent | |
| | **ONE BAXTER PARKWAY DF3-2E** | ☐ Unliquidated | |
| | **DEERFIELD, IL 60015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number __45__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,838.32** |
|---|---|---|---|
| | **BAYER HEALTHCARE** | ☐ Contingent | |
| | **1 BAYER DRIVE** | ☐ Unliquidated | |
| | **INDIANOLA, PA 15051** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number __3472__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,918.10** |
|---|---|---|---|
| | **BEACON HILL STAFFING GROUP, LLC** | ☐ Contingent | |
| | **PO BOX 846193** | ☐ Unliquidated | |
| | **BOSTON, MA 02284-6193** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number __5065__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,798.35** |
|---|---|---|---|
| | **BEACONMEDAES LLC** | ☐ Contingent | |
| | **1059 PARAGON WAY** | ☐ Unliquidated | |
| | **ROCK HILL, SC 29730** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number __273__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,090.00** |
|---|---|---|---|
| | **BEATTY** | ☐ Contingent | |
| | **9345 151ST AVE NW** | ☐ Unliquidated | |
| | **REDMOND, WA 98052** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number __4840__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,717.53** |
|---|---|---|---|
| | **BEAVER-VISITEC INTERNATIONAL,INC.** | ☐ Contingent | |
| | **411 WEAVERLEY OAKS ROAD** | ☐ Unliquidated | |
| | **WALTHAM, MA 02452** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number __1777__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,004.11** |
|---|---|---|---|
| | **BECKMAN COULTER, INC.** | ☐ Contingent | |
| | **DEPT CH 10164** | ☐ Unliquidated | |
| | **PALATINE, IL 60055-0164** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number __2232__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.95 |
|---|---|---|---|

**BEEKLEY CORPORATION**
**ONE PRESTIGE LANE**
**BRISTOL, CT 06010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **502**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.59 |
|---|---|---|---|

**BENITO DOMINGUEZ**
**3050 SERVER AVENUE**
**DALLAS, TX 75216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3628**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.65 |
|---|---|---|---|

**BETSY ROSS FLAG GIRLS, INC.**
**11005 GARLAND RD**
**DALLAS, TX 75218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2445**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $568.12 |
|---|---|---|---|

**BIO-RAD LABORATORIES INC**
**PO BOX 849740**
**LOS ANGELAS, CA 90084-9740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **50**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $548.95 |
|---|---|---|---|

**BIOMET MICROFIXATION**
**75 REMITTANCE DRIVE SUTIE 3071**
**CHICAGO, IL 60675-3071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1825**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,024.00 |
|---|---|---|---|

**BIOTISSUE**
**8305 NW 27 STREET SUTIE 101**
**DORAL, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2438**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,303.78 |
|---|---|---|---|

**BONE FOAM, INC**
**20175 COUNTRY ROAD 50**
**CORNCORAN, MN 55340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2147**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.96 |
|---|---|---|---|

**BONNIE HAYES**
**227 W LOUISIANA AVE**
**DALLAS, TX 75224**

Date(s) debt was incurred _
Last 4 digits of account number  **3606**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,191.24 |
|---|---|---|---|

**BOSS INSTUMENTS LTD**
**104 SOMMERFIELD DRIVE**
**GORDONSVILLE, VA 22942**

Date(s) debt was incurred _
Last 4 digits of account number  **368**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,416.26 |
|---|---|---|---|

**BOSTON SCIENTIC NEUROMODULATION**
**PO BOX 952195**
**DALLAS, TX 75395-2195**

Date(s) debt was incurred _
Last 4 digits of account number  **429**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355,465.81 |
|---|---|---|---|

**BOSTON SCIENTIFIC CORPORATION**
**PO BOX 951653**
**DALLAS, TX 75395-1653**

Date(s) debt was incurred _
Last 4 digits of account number  **51**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**BRANDY FORD**
**701 PARTRIDGE LANE**
**WHITEHOUSE, TX 75791**

Date(s) debt was incurred _
Last 4 digits of account number  **3845**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,756.00 |
|---|---|---|---|

**BRIAN STRAUS MD**
**400 W LBJ FREEWAY STE 330**
**IRVING, TX 75063**

Date(s) debt was incurred _
Last 4 digits of account number  **1414**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**BRUCE I PRAGER MD**
**1713 MESQUITE RD**
**SOUTHLAKE, TX 76092**

Date(s) debt was incurred _
Last 4 digits of account number  **562**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|

Name

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,630.35**

**BURKS MEDICAL CONSULTING**
**2364 HWY287 N SUITE 119**
**MANSFIELD, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **5164**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,956.46**

**BUSINESS INTERIRORS**
**1111 VALLEY VIEW LANE**
**DALLAS, TX 75061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **1716**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**C M R Partners, Ltd.**
**c/o Echo Ridge, LLC**
**9080 Harry Hines Blvd., Suite 110**
**Dallas, TX 75235**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **01/09/2019**

Basis for the claim:  **Consumer Debt lawsuit (DC-19-00429)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**C M R Partners, Ltd.**
**9080 Harry Hines Blvd., Suite 110**
**Dallas, TX 75235**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/9/2019**

Basis for the claim:  **Civil  lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,988.25**

**C.R. BARD INC.**
**PO BOX 75767**
**CHARLOTTE, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **948**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.97**

**CALL MD**
**PO BOX 2487**
**HALLANDALE, FL 33008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **2172**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$945.00**

**CANNEFAX CONSULTING**
**1066 OAK HOLLOW LANE**
**COMBINE, TX 75159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **1186**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.03 |
|---|---|---|---|

**CANTEEN REFRESHMENT SERVICES**
PO BOX 417632
BOSTON, MA 02241-7932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1159__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $519,126.63 |
|---|---|---|---|

**CARDINAL**
851 HENERIETTA CREEK RD
REANOKE, TX 76262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __59__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cardinal Health**
7000 Cardinal Place
Dublin, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/14/2016__

Last 4 digits of account number __

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,328.32 |
|---|---|---|---|

**CARDINAL HEALTH**
3080 W-I20
GRAND PRAIRIE, TX 75052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __428__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,328.32 |
|---|---|---|---|

**CARDINAL HEALTH**
3080 W-I20
GRAND PRAIRIE, TX 75052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4161__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,643.26 |
|---|---|---|---|

**CARDINAL HEALTH 108, INC**
PO BOX 857384
DALLAS, TX 75284-7384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __761__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,504.63 |
|---|---|---|---|

**CAREFUSION 2200, INC.**
25146 NETWORK PLACE
CHICAGO, IL 60673-1250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1863__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,518.70**

**CARESTREAM HEALTH INC**
**DEPT CH 19286**
**PALATINE, IL 60055-9286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **1294**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,575.35**

**CARL ZEISS MEDITEC,INC.**
**PO BOX 100372**
**PASADENA, CA 91189-0372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **2273**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,788.00**

**CARTER BLOODCARE**
**PO BOX 916068**
**FORT WORTH, TX 76191-6068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **285**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$378.13**

**CARTER BRYANT**
**600 ALABASTER PLACE**
**CEDAR HILL, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **4058**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**CASSANDRA LEWIS**
**153 BUSHEL LANE**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **3631**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,173.71**

**CDW GOVERNMENT LLC**
**230 N MILWAUKEE AVE**
**VERNON HILLS, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **955**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$215.80**

**CEDRIC MAYS**
**7036 BETHLEHEM DRIVE**
**GRAND PRAIRIE, TX 75054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **3700**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**CELIA GONZALEZ**
**7355 STONE PINE LN**
**HOUSTON, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4875__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,391.81** |
|---|---|---|---|

**CETERIX ORTHOPAEDICS**
**6500 KAISER DRIVER SUITE 120**
**FERMONT, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4672__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**CHATONYA TATUM**
**6850 S COCKERELL HILL RD APT 1615**
**DALLAS, TX 75236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3246__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.16** |
|---|---|---|---|

**CHEFWORKS**
**12325 KERRAN STREET**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4898__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**CHRIS GALLAGHER MD**
**5600 W. LOVERS LANE SUITE 116-289**
**DALLAS, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4207__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81.25** |
|---|---|---|---|

**CHRIS MCNEIR**
**1209 VINCENT ST #306**
**FT WORTH, TX 76120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3563__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.26** |
|---|---|---|---|

**CHRISTI HEARON**
**7290 ASH STREET**
**FRISCO, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3852__

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Pine Creek Medical Center, LLC**                         Case number (if known)   19-33079-11
         Name

| | |
|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** |
| | **CHRISTINA BARRYER** |
| | **1306 PRESIDO AVE** |
| | **DALLAS, TX 75216** |

Date(s) debt was incurred _

Last 4 digits of account number  **4765**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☐ No  ☐ Yes

**$18.64**

---

| | |
|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** |
| | **CHRISTOPHER WEBER** |
| | **1313 GLENWOOD DR** |
| | **AZLE, TX 76020** |

Date(s) debt was incurred _

Last 4 digits of account number  **3286**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☐ No  ☐ Yes

**$514.25**

---

| | |
|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** |
| | **CITY CAFE** |
| | **5757 W Lovers Ln** |
| | **Dallas, TX 75209** |

Date(s) debt was incurred _

Last 4 digits of account number  **4834**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☐ No  ☐ Yes

**$249.34**

---

| | |
|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** |
| | **CITY OF DALLAS** |
| | **PO BOX 180819** |
| | **DALLAS, TX 75218** |

Date(s) debt was incurred _

Last 4 digits of account number  **284**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☐ No  ☐ Yes

**$450.00**

---

| | |
|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** |
| | **CITY OF DALLAS** |
| | **CITY HALL 2D SOUTH** |
| | **DALLAS, TX 75277** |

Date(s) debt was incurred _

Last 4 digits of account number  **1653**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☐ No  ☐ Yes

**$450.00**

---

| | |
|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** |
| | **CLEAVER BROOKS SALES & SERVICE** |
| | **PO BOX 226865** |
| | **DALLAS, TX 75222-6865** |

Date(s) debt was incurred _

Last 4 digits of account number  **1510**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☐ No  ☐ Yes

**$924.73**

---

| | |
|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** |
| | **CLIA LABORATORY PROGRAM** |
| | **11578 SORRENTO VALLEY RD** |
| | **SAN DIEGO, CA 92121** |

Date(s) debt was incurred _

Last 4 digits of account number  **779**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,459.00**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.94 |
|---|---|---|---|

**CLIA WAVIED,INC.**
**11578 SORRENTO VALLEY RD**
**SAN DIEGO, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number **2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,096.05 |
|---|---|---|---|

**CLIMATEC, LLC**
**PO BOX 51689**
**LOS ANGELAS, CA 90051-5989**

Date(s) debt was incurred _

Last 4 digits of account number **448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,605.16 |
|---|---|---|---|

**COKER GROUP HOLDINGS, LLC**
**2400 LAKEVIEW PARKWAY SUITE 400**
**ALPHARETTA, GA 03009**

Date(s) debt was incurred _

Last 4 digits of account number **5006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Compass Bank**
**132 Austin Avenue**
**Weatherford, TX 76086**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment leases**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,241.35 |
|---|---|---|---|

**COMPTROLLER OF PUBLIC ACCTS**
**PO BOX 149355**
**AUSTIN, TX 78714-9355**

Date(s) debt was incurred _

Last 4 digits of account number **3141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,200.00 |
|---|---|---|---|

**CONFORMIS**
**PO BOX 392311**
**PITSSBURGH, PA 15251-9311**

Date(s) debt was incurred _

Last 4 digits of account number **1620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,553.24 |
|---|---|---|---|

**CONMED LINVATEC**
**PO BOX 301231**
**DALLAS, TX 75303-1221**

Date(s) debt was incurred _

Last 4 digits of account number **117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.123** | Nonpriority creditor's name and mailing address
**COOK MEDICAL, LLC**
**22988 NETWORK PLACE**
**CHICAGO, IL 60673-1229**

Date(s) debt was incurred __
Last 4 digits of account number **1884**

As of the petition filing date, the claim is: *Check all that apply.* $1,076.35
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address
**COOK, INC.**
**22988 NETWORK PLACE**
**CHICAGO, IL 60673**

Date(s) debt was incurred __
Last 4 digits of account number **69**

As of the petition filing date, the claim is: *Check all that apply.* $21,032.15
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address
**COOPER SURGICAL**
**PO BOX 712280**
**CINCINNATI, OH 45271-2280**

Date(s) debt was incurred __
Last 4 digits of account number **70**

As of the petition filing date, the claim is: *Check all that apply.* $365.84
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address
**CORA FRENCH**
**337 VALLEY PARK DR**
**GARLAND, TX 75043**

Date(s) debt was incurred __
Last 4 digits of account number **4188**

As of the petition filing date, the claim is: *Check all that apply.* $213.95
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address
**CORAZON RAMIREZ**
**1935 MEDICAL DISTRICT DRIVE**
**DALLAS, TX 75235**

Date(s) debt was incurred __
Last 4 digits of account number **1010**

As of the petition filing date, the claim is: *Check all that apply.* $20,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address
**CORIN USA LIMITED**
**12750 CITRUS PARK LANE SUITE 120**
**TEMPA, FL 33625**

Date(s) debt was incurred __
Last 4 digits of account number **1748**

As of the petition filing date, the claim is: *Check all that apply.* $10,386.60
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address
**Corporation Service Company**
**as Representative**
**PO Box 2576**
**UCCSPREP@CSCINFO.COM**
**Springfield, IL 62708**

Date(s) debt was incurred **01/14/2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.130** | Nonpriority creditor's name and mailing address
**COVIDIEN**
**15 HAMPSHIRE STREET**
**MANSFIELD, MA 02048**

Date(s) debt was incurred __
Last 4 digits of account number **952**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,112.76**

---

**3.131** | Nonpriority creditor's name and mailing address
**COWBOY CAB COMPANY INC**
**PO BOX 150125**
**DALLAS, TX 75215**

Date(s) debt was incurred __
Last 4 digits of account number **793**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

**$70.20**

---

**3.132** | Nonpriority creditor's name and mailing address
**CPM Medical Consultants, LLC**
**c/o William McLaughlin**
**1565 N. Central Expwy., Suite 200**
**Richardson, TX 75080**

Date(s) debt was incurred **04/24/2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Consumer Debt lawsuit (DC-19-05856)**

Is the claim subject to offset? ☑ No ☐ Yes

**$266,520.30**

---

**3.133** | Nonpriority creditor's name and mailing address
**CPM MEDICAL CONSULTANTS, LLC**
**3004 NOTTINGHAM DRIVE**
**MCKINNEY, TX 75070**

Date(s) debt was incurred __
Last 4 digits of account number **1079**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

**$251,568.30**

---

**3.134** | Nonpriority creditor's name and mailing address
**CROWE HEALTHCARE RISK CONSULTING**
**PO BOX 74750**
**CHICAGO, IL 60694-4750**

Date(s) debt was incurred __
Last 4 digits of account number **3987**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,312.50**

---

**3.135** | Nonpriority creditor's name and mailing address
**CSA MEDICAL**
**91 HARTWELL AVENUE**
**LEXINGTON, MA 02413**

Date(s) debt was incurred __
Last 4 digits of account number **4235**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

**$48,905.00**

---

**3.136** | Nonpriority creditor's name and mailing address
**CUSTOM GREENSCAPING INC**
**1780 HURD DR**
**IRVING, TX 75038**

Date(s) debt was incurred __
Last 4 digits of account number **3772**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,621.65**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address

**CYNTHIA THOMPSON**
**502 LONG RIDGE WAY**
**MURPHY, TX 75094**

Date(s) debt was incurred _

Last 4 digits of account number  **3248**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$620.59**

---

**3.138** | Nonpriority creditor's name and mailing address

**DALLAS COUNTY HOSITAL DISTRICT LPPF**
**GOVERNMENT REIMBURSEMENT 8435 N.**
**STEMMON**
**DALLAS, TX 75247**

Date(s) debt was incurred _

Last 4 digits of account number  **5235**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Government Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$869,616.79**

---

**3.139** | Nonpriority creditor's name and mailing address

**DALLAS MEDICAL CENTER**
**7 MEDICAL PARKWAY**
**FRAMERS BRANCH, TX 75381-9094**

Date(s) debt was incurred _

Last 4 digits of account number  **1812**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$205,859.06**

---

**3.140** | Nonpriority creditor's name and mailing address

**DAMIEN MALLAT MD**
**11311 CONCEPT BLVD**
**LARGO, FL 33773**

Date(s) debt was incurred _

Last 4 digits of account number  **2217**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,610.00**

---

**3.141** | Nonpriority creditor's name and mailing address

**DANIELLE HALL**
**1802 RIDGEVIEW STREET**
**MESQUITE, TX 75149**

Date(s) debt was incurred _

Last 4 digits of account number  **3669**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.142** | Nonpriority creditor's name and mailing address

**De Lage Landen Financial Services Inc.**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

Date(s) debt was incurred  **03/01/2010**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.143** | Nonpriority creditor's name and mailing address

**DEBBIE AUSTIN**
**2006 CASSIDY LANE**
**CORINTH, TX 76210**

Date(s) debt was incurred _

Last 4 digits of account number  **4212**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$813.33**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**DENA A PUCKETT**
**1908 SHADOW TRAIL**
**PLANO, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3926**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,340.32**

**DENTON REGIONAL MEDICAL CENTER**
**PO BOX 99400**
**LOUSIVILLE, KY 40269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4338**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.52**

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICES CENTER**
**CINCINNATI, OH 45999-0009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2489**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,333.28**

**DEPUY MITEK**
**5972 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **225**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,548.00**

**DEPUY SPINE SALES, L.P**
**5972 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **229**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,670.75**

**DEPUY SYNTHES JOINT RECON, INC.**
**5972 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **78**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,562.85**

**DEPUY SYNTHES SALES, INC**
**PO BOX 8538-662**
**PHILADELPHIA, PA 19171-0662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3922**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$393,634.17** |
|---|---|---|---|

**DEPUY SYNTHES SALES, INC.**
**PO BOX 8538-662**
**PHILADELPHIA, PA 19171-0662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **187**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**DERIC GENTRY**
**4717 FLORIST**
**WICHITA FALLS, TX 76302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3846**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$829.06** |
|---|---|---|---|

**DEROYAL INDUSTRIES**
**MSC 30316 PO BOX 415000**
**NASHVILLE, TN 37241-0316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **310**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,460.00** |
|---|---|---|---|

**DESIGNS FOR VISION**
**4000 VETERANS MEMEORIAL HWY**
**BOHENIA, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1491**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$444.68** |
|---|---|---|---|

**DIGITAL AIR CONTROL, INC**
**11251 NORTHWEST FREEWAY SUITE 200**
**HOUSTON, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4900**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**DIRK RODRIGUEZ MD**
**7515 GREENVILE AVE SUITE 1030**
**DALLAS, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1358**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,263.00** |
|---|---|---|---|

**DJO SURGICAL**
**9800 METRIC BLVD**
**AUSTIN, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **625**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.64**

**DORIS BENNETT**
**200 JELLISON BLVD # 705**
**DUNCANVILLE, TX 75116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number **3647**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00**

**DR SHIVANI PATEL**
**5323 Harry Hines Blvd**
**Dallas, TX 75390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number **1303**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

**DR. OLAYINKO OGUNRO**
**7989 W. VIRGINIA DR**
**DALLAS, TX 75237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number **1238**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$935.00**

**DR. RICHARD ALEXANDER**
**306 E. RANDOL MILL ROAD #136**
**ARLINGTON, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number **3957**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,764.50**

**DSS DATA SHREDDING SERVICES**
**615 W 8TH STREET**
**HOUSTON, TX 77018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number **895**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,417.93**

**DUTCH OPTHALMIC USA**
**10 CONTINENTAL DR BUILD 1**
**EXETER, NH 03833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number **1650**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,160.03**

**ECOLAB**
**PO BOX 32027**
**NEW YORK, NY 10087-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number **4936**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,890.00 |
|---|---|---|---|

**ED McANALLEY M.D.**
**700 HIGHLANDER BLVD SUITE 415**
**ARLINGTON, TX 76015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1110**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,173.15 |
|---|---|---|---|

**ELITE DOCUMENT TECHNOLOGY**
**400 N PAUL ST 13TH FLOOR SUITE 1340**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4321**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.19 |
|---|---|---|---|

**EMMA GRIGGS**
**210 MCMURRY AVE**
**DUNCANVILLE, TX 75116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4142**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.24 |
|---|---|---|---|

**ENDO CHOICE INC**
**PO BOX 200109**
**PITTSBURGH, PA 15251-0109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2348**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,935.74 |
|---|---|---|---|

**ENTELLUS MEDICAL**
**3600 HOLLY LANE NORTH SUITE 40**
**PLYMOUTH, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4337**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.57 |
|---|---|---|---|

**EPIMED INTERNATIONAL, INC**
**141 SAL LANDRIO DR CROSSROAD**
**BUSINESS PA**
**JOHNSTON, NY 12095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **82**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,325.90 |
|---|---|---|---|

**EQUITABLE LIFE AND CASUALTY**
**PO BOX 2460**
**SALT LAKE CITY, UT 84110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4597**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,019.95**

**ERBE USA, INCORPORATED**
**2225 NORTHWEST PARKWAY**
**MARIETTA, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2245**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**ERNEST FORSYTHE**
**7716 ROYAL LANE**
**DALLAS, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3051**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67,642.07**

**ERNST AND YOUNG**
**3712 SOLUTIONS CENTER**
**CHICAGO, IL 60677-3007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5188**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,960.91**

**ESUTURES.COM**
**9645 WEST WILLOW LN**
**MOKENA, IL 60448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4400**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Everbank Commercial Finance, Inc.**
**10 Waterview Blvd., 2nd Floor**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/21/2014**

Last 4 digits of account number _

Basis for the claim: **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Everbank Commercial Finance, Inc.**
**10 Waterview Blvd.**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/05/2016**

Last 4 digits of account number _

Basis for the claim: **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,191.10**

**EXACTECH**
**2320 NW 66TH COURT**
**GAINSVILLE, FL 32653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **594**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address**
**EXCLUSION SCREENING, LLC**
**2121 WISCONSIN AVE NW SUITE C2E**
**WAHSINGTON, DC 20007**

Date(s) debt was incurred ___
Last 4 digits of account number **4881**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$1,223.20**

---

**3.180** | **Nonpriority creditor's name and mailing address**
**EXTREMITY MEDICAL, LLC**
**300 INTERPACE PARKWAY SUITE 410**
**PARSIPPANY, NJ 07054**

Date(s) debt was incurred ___
Last 4 digits of account number **1979**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$23,001.00**

---

**3.181** | **Nonpriority creditor's name and mailing address**
**FEDERAL INSURANCE COMPANY**
**ATTN: LITIGATION MANAGEMENT UNIT**
**CRUBB &**
**SIMSBURY, CT 06070**

Date(s) debt was incurred ___
Last 4 digits of account number **2859**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$3,160.50**

---

**3.182** | **Nonpriority creditor's name and mailing address**
**FEDEX**
**500 ROSS STREET LOCK BOX 360353**
**ROOM 154**
**PITTSBURGH, PA 15262**

Date(s) debt was incurred ___
Last 4 digits of account number **4905**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$2,326.77**

---

**3.183** | **Nonpriority creditor's name and mailing address**
**FIRST CALL YOUR STAFFING SOURCE**
**PO BOX 819 LOCK BOX # 1**
**SPERRY, OK 74073**

Date(s) debt was incurred ___
Last 4 digits of account number **4862**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.16**

---

**3.184** | **Nonpriority creditor's name and mailing address**
**First Premier Bank**
**P.O. Box 5519**
**Sioux Falls, SD 57117-5519**

Date(s) debt was incurred  **03/15/2016**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185** | **Nonpriority creditor's name and mailing address**
**FOLSOM METAL PRODUCTS, INC.**
**153 CAHABA VAKLEY PKWY**
**PELHAM, AL 35124**

Date(s) debt was incurred ___
Last 4 digits of account number **1078**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$2,775.00**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,840.00**

**FORESIGHT MEDICAL MANAGEMENT INC.**
**PO BOX 79**
**KITTERY  PT, ME 03905**

Date(s) debt was incurred _
Last 4 digits of account number  **1497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,150.00**

**FORMFAST LLC**
**13421 MANCHESTER RD SUITE 208**
**ST LOUIS, MO 63131**

Date(s) debt was incurred _
Last 4 digits of account number  **4858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,172.00**

**FORWARD ADVANTAGE**
**7255 N FIRST STREET SUITE 106**
**FRESNO, CA 93720**

Date(s) debt was incurred _
Last 4 digits of account number  **265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$280.00**

**FRANK FEIGENBAUM MD**
**9080 HARRY HINES BLVD SUITE 220**
**DALLAS, TX 75235**

Date(s) debt was incurred _
Last 4 digits of account number  **2345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00**

**FX SHOULDER USA**
**13465 MIDWAY ROAD SUITE 310**
**DALLAS, TX 75244**

Date(s) debt was incurred _
Last 4 digits of account number  **4906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,405.80**

**GARRATT CALLAHAN**
**50 INGLOLD ROAD**
**BURLINGAME, CA 94010**

Date(s) debt was incurred _
Last 4 digits of account number  **2467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$124,658.12**

**GE HEALTHCARE**
**PO BOX 641936**
**PITTSBURGH, PA 15264-1936**

Date(s) debt was incurred _
Last 4 digits of account number  **4799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pine Creek Medical Center, LLC**     Case number (if known)   19-33079-11

Name

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**General Electric Capital Corporation**
**83 Wooster Heights Road**
**Danbury, CT 06810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Equipment leases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.00 |
|---|---|---|---|

**GENERAL HOSPITAL SUPPLY**
**2844 GRAY FOX ROAD**
**MONROE, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **4202**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,033.00 |
|---|---|---|---|

**GERALDINE CHARLEBOIS**
**1721 E. BELTINE RD # 1323**
**COPPELL, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **3854**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.49 |
|---|---|---|---|

**GI SUPPLY**
**PO BOX 45730**
**BALTIMORE, MS 21297-5730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **1402**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**GINNIE PRUITT**
**4809 HAYWOOD PKWY**
**DALLAS, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **3538**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**GLENN FRANK**
**312 RILEY CREEK PLACE**
**FORTH WORTH, TX 76115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **3758**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.35 |
|---|---|---|---|

**GLENNA BGOSCHERT**
**4526 CRANST ST**
**GRAND PRAIRIE, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **4144**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pine Creek Medical Center, LLC** | | Case number (if known) | 19-33079-11 |
|---|---|---|---|---|
| | Name | | | |

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$367,914.77** |
|---|---|---|---|
| | **GLOBUS MEDICAL**<br>**PO BOX 203329**<br>**DALLAS, TX 75320-3329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number **667** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,061.84** |
|---|---|---|---|
| | **GODAT EQUITY LTD**<br>**10427 Lennox Lane**<br>**Dallas, TX 75229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number **1729** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,390.75** |
|---|---|---|---|
| | **GOLDMAN, EVANS & TRAMELL LLC**<br>**10323 CROSS CREEK BLVD F**<br>**TEMPA, FL 33647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number **5168** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,775.60** |
|---|---|---|---|
| | **GRAINGER**<br>**DEPT 865762843 PO BOX 419267**<br>**KANSAS CITY, MO 64141-6267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number **290** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,393.53** |
|---|---|---|---|
| | **GRAY, REED & MCGRAW**<br>**1300 POST OAK BLVD SUITE 2000**<br>**HOUSTON, TX 77056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number **345** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,466.90** |
|---|---|---|---|
| | **GROUP ONE SERVICES**<br>**250 DECKER DRIVE**<br>**IRVING, TX 75062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number **1097** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$133.91** |
|---|---|---|---|
| | **GULRUKH HOZRI**<br>**956 DUNKIRK LANE**<br>**ARLINGTON, TX 76017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Merchandise/Services Purchased__ | |
| | Last 4 digits of account number **3807** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.18 |
|---|---|---|---|

**HALYARD SALES,LLC**
**PO BOX 732583**
**DALLAS, TX 75373-2583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **835**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.21 |
|---|---|---|---|

**HANNAH MARSHALL**
**104 NW 6TH STREET**
**HUBBARD, TX 76648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3896**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|

**HEAD & SPINE INSTITUTE OF TEXAS, LL**
**PO BOX 731767**
**DALLAS, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2543**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.48 |
|---|---|---|---|

**HEALTHMARK GROUP**
**325 N SAINT PAUL STE 1650**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5187**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.69 |
|---|---|---|---|

**HEATHER SWIMM**
**2606 CEDAR ELM LANE**
**GARLAND, TX 75043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4290**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.14 |
|---|---|---|---|

**HEMOSTATIX MEDICAL**
**8400 WOLF LAKE DRIVE #109**
**BARTLETT, TN 38133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1619**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,784.50 |
|---|---|---|---|

**HIRED HANDS INC**
**PO BOX 55275**
**HUST, TX 76054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4609**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,784.79** |
|---|---|---|---|

**HOLOGIC INC**
**24506 NETWORK PLACE**
**CHICAGO, IL 60673-1245**

Date(s) debt was incurred _

Last 4 digits of account number __382__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,951.96** |
|---|---|---|---|

**HUDSON ENERGY SERVICES LLC**
**PO BOX 142109**
**IRVING, TX 75014**

Date(s) debt was incurred _

Last 4 digits of account number __5199__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,330.25** |
|---|---|---|---|

**HUMANA MILITARY**
**PO BOX 7397**
**MADISON, WI 53707-7937**

Date(s) debt was incurred _

Last 4 digits of account number __5027__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,290.00** |
|---|---|---|---|

**HYDROCISION**
**267 BOSTON ROAD STE 28**
**NORTH BILLERICA, MA 01862**

Date(s) debt was incurred _

Last 4 digits of account number __823__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,970.00** |
|---|---|---|---|

**I.T.S. USA**
**1778 PARK AVENUE, NORTH SUITE 200**
**MAITLAND, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number __870__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,365.58** |
|---|---|---|---|

**ICU MEDICAL SALES**
**PO BOX 848908**
**LOS ANGELAS, CA 90084-8908**

Date(s) debt was incurred _

Last 4 digits of account number __209__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.00** |
|---|---|---|---|

**IMP INNOVATIVE MEDICAL PRODUCTS,**
**87 SPRING LANE PO BOX 8028**
**PLAINVILLE, CT 06062**

Date(s) debt was incurred _

Last 4 digits of account number __1199__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,500.00** |
|---|---|---|---|

**IMPLANTCAST AMERICA LLC**
**13465 MIDWAY ROAD SUITE 310**
**DALLAS, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Merchandise/Services Purchased__

Last 4 digits of account number __4907__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,595.00** |
|---|---|---|---|

**IN2BONES USA**
**6000 POPILAR AVE SUITE 115**
**MEMPHIS, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Merchandise/Services Purchased__

Last 4 digits of account number __3501__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,998.02** |
|---|---|---|---|

**INDEMAND INTERPRETING**
**555 ANDOVER PARK W SUITE 201**
**TUKWILA, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Merchandise/Services Purchased__

Last 4 digits of account number __5189__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**INHUNG SONG**
**1501 RAHLING ROAD**
**LITTLE ROCK, AR 72223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Merchandise/Services Purchased__

Last 4 digits of account number __3905__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|

**INNOVATION NEUROMONITORING**
**5000 ELDORADO PKWY STE 150-327**
**FRISCO, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Merchandise/Services Purchased__

Last 4 digits of account number __4903__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,600.27** |
|---|---|---|---|

**INSIGHT INVESTMENTS LLC**
**260 N. CHARLES LINBERGH DR ATTN:**
**INSIGHT**
**SALT LAKE CITY, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Merchandise/Services Purchased__

Last 4 digits of account number __4884__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Insight Investments, LLC**
**c/o Christopher M. Czaja, Exec. VP**
**611 Anton Boulevard, Suite 700**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/11/2015__

Basis for the claim: __Master Lease Agreement No. 9052__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$507.36**

**INSPERITY EMPLOYMENT SCREENING, LLC**
PO BOX 841585
DALLAS, TX 75284-1585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **1906**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,528.43**

**INTEGRA LIFE SCIENCES CORP**
PO BOX 404129
ATLANTA, GA 30384-4129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **2474**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,521.36**

**INTEGRA LIFE SCIENCES CORP.**
PO BOX 404129
ATLANTA, GA 30384-4129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **876**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,775.00**

**INTEGRATED ULTRASOUND
CONSULTANTS,**
PO BOX 34811
FORTH WORTH, TX 76162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **4817**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,288.33**

**INTERFACE PEOPLE LP**
2274 ROCKBROOK DR
LEWISVILLE, TX 75067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **3773**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,450.00**

**INTERSECT ENT**
1555 ADAM DRIVE
MENLO PARK, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **2211**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,396.05**

**INVUITY, INC**
DEPT CH 19705
PALATINE, IL 60055-9705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **3929**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,500.00** |
|---|---|---|---|

**IPS ADVISORS**
**10000 N CENTRAL EXPWY STE 1100**
**DALLAS, TX 75231-2313**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Merchandise/Services Purchased__

Last 4 digits of account number  **2587**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47.35** |
|---|---|---|---|

**IRMA MUNOZ**
**1829 AVENUE E**
**GRAND PRAIRIE, TX 75051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Merchandise/Services Purchased__

Last 4 digits of account number  **3796**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118.54** |
|---|---|---|---|

**IRMA PEREZ**
**5383 SOUTHERN BLVD APT 237**
**DALLAS, TX 75240**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Merchandise/Services Purchased__

Last 4 digits of account number  **4079**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,105.25** |
|---|---|---|---|

**JAMES WILSON**
**3402 UNIVERSITY DR**
**ROWLETT, TX 75088**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Merchandise/Services Purchased__

Last 4 digits of account number  **5208**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69.63** |
|---|---|---|---|

**JAMIE JENNINGS**
**340 PARK BROOK DRIVE**
**DALLAS, TX 75218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Merchandise/Services Purchased__

Last 4 digits of account number  **3605**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$298.86** |
|---|---|---|---|

**JANEY BOSWOOD**
**10951 STONE CANYON**
**DALLAS, TX 75230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Merchandise/Services Purchased__

Last 4 digits of account number  **3625**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,986.29** |
|---|---|---|---|

**JANI KING**
**4535 SUNBELT DRIVE**
**ADDISON, TX 75001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Merchandise/Services Purchased__

Last 4 digits of account number  **299**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63.79**

**JILL STOLL**
**1409 S LAMAR ST #956**
**DALLAS, TX 75125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3560**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$903.56**

**JODY BLAYLOCK**
**6204 GETTYSBURG DR**
**ARLINGTON, TX 76002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3445**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**JOHN SANDERS**
**515 AVENUE G**
**DALLAS, TX 75203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3850**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,315.16**

**JOHNSON & JOHNSON HEALTHCARE**
**5972 COLLECTINS SIR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **108**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259.89**

**JOHNSON & ROUNDTREE**
**PO BOX 2625**
**DEL MAR, CA 92014-2625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4878**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259.89**

**JOHNSON & ROUNDTREE**
**PO BOX 301599**
**DALLAS, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3155**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$492.53**

**JOHNSON & ROUNTREE**
**LBOX #1007 PO BOX 4829**
**HOUSTON, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1407**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $716.10 |
|---|---|---|---|

**JOIMAX,INC**
**14 GOODYEAR SUITE 145**
**IRVING, CA 92618-3759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **1598**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,846.00 |
|---|---|---|---|

**JOINT RESTORATION FOUNDATION**
**JFR ORTHO 6746 S REVERE PKW STE**
**B-125**
**CENTENNIAL, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **2975**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $121.90 |
|---|---|---|---|

**JORDAN MOORE**
**2707 COLE AVE #210**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **3301**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $202.18 |
|---|---|---|---|

**JOSE DUQUE**
**3104 W NORTHGATE DRIVE #1030**
**IRVING, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **3684**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**JOSEPH VIROSLAV, MD**
**10100 N CENTRAL EXPWY SUITE 560**
**DALLAS, TX 75321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **364**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.58 |
|---|---|---|---|

**JUAN CARRASCO-OROZCO**
**1628 ROSSON ROAD**
**LITTLE ELM, TX 75068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **3549**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $857.00 |
|---|---|---|---|

**JUSTIN PERRY**
**6467 MELODY LN APT 2059**
**DALLAS, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **3428**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K2 Capital Group LLC**
**6500 City West Parkway, Suite 401**
**Eden Prairie, MN 55344**

Date(s) debt was incurred  03/15/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,359.90 |
|---|---|---|---|

**KARL STORZ ENDOSCOPY-AMERICA, INC.**
**2151 E GRAND AVE**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred __

Last 4 digits of account number  538

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,270.17 |
|---|---|---|---|

**KCI USA Inc.**
**PO BOX 301557**
**DALLAS, TX 75303-1557**

Date(s) debt was incurred __

Last 4 digits of account number  389

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Key Equipment Finance,**
**a Division of Keybank National Assoc.**
**1000 S. McCaslin Blvd.**
**Louisville, CO 80027**

Date(s) debt was incurred  01/14/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $256.09 |
|---|---|---|---|

**KEY SURGICAL**
**PO BOX 74809**
**CHICAGO, IL 60694-4809**

Date(s) debt was incurred __

Last 4 digits of account number  112

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $249.76 |
|---|---|---|---|

**KIMBERLY BENGTSON**
**2502 LIVE OAK ST #327**
**DALLAS, TX 75204**

Date(s) debt was incurred __

Last 4 digits of account number  3449

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $220.51 |
|---|---|---|---|

**KRISTI TROPP**
**1510 WINTERBROOK CT**
**ALLEN, TX 75002**

Date(s) debt was incurred __

Last 4 digits of account number  3332

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
| --- | --- | --- | --- |

**KRISTY HENDRICKS**
**227 COLD DRIVE**
**WAXAHACHIE, TX 75165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **3626**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,994.35 |
| --- | --- | --- | --- |

**LABCORP**
**PO BOX 12140**
**BURLINGTON, NC 27216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **304**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,921.97 |
| --- | --- | --- | --- |

**LANAIR GROUP LLC**
**620 N BRAND BLVD 6TH FLOOW**
**GLENDALE, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **4608**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
| --- | --- | --- | --- |

**LARRY MACY**
**134 OAK BRANCH TRAIL**
**WAXAHACHIE, TX 75167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **4071**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.00 |
| --- | --- | --- | --- |

**LARRY ONEAL**
**502 FREEMAN ST**
**MESQUITE, TX 75149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **2825**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**LCA Bank Corporation**
**1375 Deer Valley Drive, Suite 218**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/02/2015**

Basis for the claim:  **Equipment lease**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,782.25 |
| --- | --- | --- | --- |

**LEBANON HOLDINGS LLC**
**6988 LEBANON ROAD STE 102**
**FRISCO, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **1460**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pine Creek Medical Center, LLC | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.270** Nonpriority creditor's name and mailing address
**LIFE NET HEALTH**
**PO BOX 79636**
**BALTIMORE, MD 21279-0636**

Date(s) debt was incurred _

Last 4 digits of account number **2475**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$34,535.00**

---

**3.271** Nonpriority creditor's name and mailing address
**LILLIAN OCHS**
**4111 BROOKPORT DRIVE**
**GRAND PRAIRIE, TX 75229**

Date(s) debt was incurred _

Last 4 digits of account number **2632**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$35.11**

---

**3.272** Nonpriority creditor's name and mailing address
**LIMA, USA, INC.**
**2001 NORTH GREEN OAKS BLVD SUITE 100**
**ARLINGTON, TX 76006**

Date(s) debt was incurred _

Last 4 digits of account number **2128**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.273** Nonpriority creditor's name and mailing address
**LINDA FENNELL**
**1320 COLUMBINE CT**
**ARLINGTON, TX 76013**

Date(s) debt was incurred _

Last 4 digits of account number **4764**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$18.64**

---

**3.274** Nonpriority creditor's name and mailing address
**LIQUIDAGENTS HEALTHCARE, LLC**
**PO BOX 206831**
**DALLAS, TX 75320-6831**

Date(s) debt was incurred _

Last 4 digits of account number **1945**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$11,413.25**

---

**3.275** Nonpriority creditor's name and mailing address
**LONDON HOOKER**
**650 LEORA LN APT 1717**
**THE COLONY, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number **4261**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$38.39**

---

**3.276** Nonpriority creditor's name and mailing address
**LONE STAR COMMUNICATIONS, INC**
**1414 POST&PADDOCK SUITE 200**
**GRAND PRARIE, TX 75050**

Date(s) debt was incurred _

Last 4 digits of account number **235**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$824.81**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,050.00**

LUMIN MEDICAL
9809 S. FRANKLIN DR SUITE 301
FRANKLIN, WI 53132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number  **3352**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178.13**

LUZ GONZALEZ
409 GRAYWOOD CT
COPPELL, TX 75109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number  **4152**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92.45**

LYNNE ARMSTRONG
501 W SHORE DR
RICHARDSON, TX 75080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number  **3443**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57.74**

MABLE JONES
1022 SUFFOLK LANE
CEDAR HILL, TX 75104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number  **4584**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,044.00**

MAINE STANDARDS
221 US ROUTE 1
CUMBERLAND FORESIDE, ME 04110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number  **4222**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.23**

MARILYN SALVADOR
1602 JOHN SMITH DRIVE
FORTH WORTH, TX 76114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number  **3875**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

MARJORIE MARTIN
1432 GRAND TETON DR
DALLAS, TX 75115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Merchandise/Services Purchased**

Last 4 digits of account number  **4050**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**MARK HAWKINS**
**806 W MAIN ST**
**MARLOW, OK 73055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3413**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$738.14** |
|---|---|---|---|

**MARK MURPHY**
**3033 BARDIN ROAD #201**
**GRAND PRAIRIE, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3857**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178.53** |
|---|---|---|---|

**MARK YEATTS**
**1308 CATES STREET**
**BRIDGPORT, TX 76426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3867**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,321.36** |
|---|---|---|---|

**MARKETLAB, INC**
**DEPT 2506 PO BOX 11407**
**BIRINGHAM, AL 35246-2506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1141**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$312.80** |
|---|---|---|---|

**MARTHA MADRIGAL**
**5032 BRITTON RIDGE LANE**
**FORTH WORTH, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3338**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$280.00** |
|---|---|---|---|

**MARY CARROL**
**1206 GLENWICK LANE**
**IRVING, TX 75060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3843**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,337.38** |
|---|---|---|---|

**MCCONNELL ORTHOPEDIC MFG.**
**PO BOX 8306**
**GREENVILLE, TX 75404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **718**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,889.05**

**McKesson MEDICAL SURGICAL**
**PO BOX 933027**
**ATLANTA, GA 31193-3027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1501**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Med One Capital Funding - Texas L.P.**
**10712 S. 1300 East**
**Sandy, UT 84094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim:  **Equipment leases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Med One Capital Funding, LLC**
**10712 S. 1300 East**
**Sandy, UT 84094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim:  **Equipment leases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,560.00**

**MED SHOP TOTAL CARE PHARMACY INC.**
**470 E LOOP 281**
**LONGVIEW, TX 75605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **418**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00**

**MEDACTA USA**
**PO BOX 848515**
**LOS ANGALAS, CA 90084-8515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2678**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,022.00**

**MEDADVANTAGE- ADVANTUM HEALTH**
**500 WEST JEFFERSON STREET SUITE 2310**
**LOUISVILLE, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1708**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132.73**

**MEDICAL DISCS**
**4775 MOUNT DURBAN DRIVE**
**SAN DIEGO, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3261**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.298**

**Nonpriority creditor's name and mailing address**
**MEDICAL MANAGEMENT SOLUTION, LLC**
**PO BOX 25232**
**DALLAS, TX 75225**

Date(s) debt was incurred __

Last 4 digits of account number  **3497**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$555,942.65**

---

**3.299**

**Nonpriority creditor's name and mailing address**
**Medical Management Solutions, LLC**
**408 Black Castle Drive**
**The Colony, TX 75056**

Date(s) debt was incurred  **05/06/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Consumer Debt lawsuit (DC-19-06452)**

Is the claim subject to offset? ☐ No  ☐ Yes

**$800,000.00**

---

**3.300**

**Nonpriority creditor's name and mailing address**
**MEDICAL PRODUCTS RESOURCE**
**917 LONE OAK ROAD SUITE 1000**
**EAGAN, MN 55121-2266**

Date(s) debt was incurred __

Last 4 digits of account number  **1375**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,405.00**

---

**3.301**

**Nonpriority creditor's name and mailing address**
**MEDISOLV**
**10440 LITTLE PATUXENT PARKWAY SUTE 1000**
**COLUMBIA, MD 21044**

Date(s) debt was incurred __

Last 4 digits of account number  **2742**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,882.25**

---

**3.302**

**Nonpriority creditor's name and mailing address**
**MEDLINE INDUSTRIES, INC**
**DEPT 1080 PO BOX 121080**
**DALLAS, TX 75312-1080**

Date(s) debt was incurred __

Last 4 digits of account number  **238**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,192.54**

---

**3.303**

**Nonpriority creditor's name and mailing address**
**MEDSTAR HOLDINGS, LLC**
**2300 W MCDERMOTT STE 200-199**
**PLANO, TX 75025**

Date(s) debt was incurred __

Last 4 digits of account number  **1009**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$531.00**

---

**3.304**

**Nonpriority creditor's name and mailing address**
**MEDTRONIC**
**PO BOX 848086**
**DALLAS, TX 75284-8086**

Date(s) debt was incurred __

Last 4 digits of account number  **722**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$541.25**

---

| Debtor | Pine Creek Medical Center, LLC | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.305** | Nonpriority creditor's name and mailing address
MEDTRONIC (AQUAMANTIS)
PO BOX 848086
DALLAS, TX 75284-8086

Date(s) debt was incurred __
Last 4 digits of account number  **780**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,038.65**

---

**3.306** | Nonpriority creditor's name and mailing address
MEDTRONIC CARDIO-VASCULAR SERVICE
7611 NORTHLAND DRIVE NORT
BROOKLYN PARK, MN 55428

Date(s) debt was incurred __
Last 4 digits of account number  **2591**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,095.31**

---

**3.307** | Nonpriority creditor's name and mailing address
MEDTRONIC SPINE
PO BOX 848086
DALLAS, TX 75284-8086

Date(s) debt was incurred __
Last 4 digits of account number  **430**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,096.01**

---

**3.308** | Nonpriority creditor's name and mailing address
MEDTRONIC USA
PO BOX 848086
DALLAS, TX 75284-8086

Date(s) debt was incurred __
Last 4 digits of account number  **1299**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$67,429.56**

---

**3.309** | Nonpriority creditor's name and mailing address
MEDTRONIC USA INC (PAIN & PACEMKR)
PO BOX 848086
DALLAS, TX 75284-8086

Date(s) debt was incurred __
Last 4 digits of account number  **735**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$332,377.77**

---

**3.310** | Nonpriority creditor's name and mailing address
MEDUSA GROUP
DOMINON PLAZA 17304 PRESTON ROAD SUITE 8
DALLAS, TX 75252

Date(s) debt was incurred __
Last 4 digits of account number  **2560**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,954.90**

---

**3.311** | Nonpriority creditor's name and mailing address
MedUSA Group, LLC
c/o William McLaughlin
1565 N. Central Expwy., Suite 200
Richardson, TX 75080

Date(s) debt was incurred  **04/24/2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Consumer Debt lawsuit (DC-19-05856)**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,275.90**

---

| Debtor | Pine Creek Medical Center, LLC | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,487.93**

MENTOR WORLDWIDE LLC
15600 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **1885**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,439.35**

MERGE HEALTHCARE
PO BOX 205824
DALLAS, TX 75320-5824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **217**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,104.23**

MERRY X-RAY CORPORATION
4909 MURPHY CANYON RD SUITE 120
SAN DIEGO, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **239**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$507.60**

MICHAEL BARBER
PO BOX 2424
DESOTO, TX 75123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **3434**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Michelle Bland
6837 Roberts Lane
Fort Worth, TX 76140

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **12/05/2017**

Last 4 digits of account number _____

Basis for the claim:  **Medical Malpractice lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,525.83**

MICROAIRE SURGICAL INSTRUMENTS, LLC
LOCKBOX 9656
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **123**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,353.63**

MICROPORT ORTHOPEDICS
PO BOX 842005
DALLAS, TX 75248-2005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **2618**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pine Creek Medical Center, LLC | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.319** | Nonpriority creditor's name and mailing address
**MIDAMERICAN ENERGY SERVICES,**
**PO BOX 8019**
**DANVENPORT, IA 52808-8019**

Date(s) debt was incurred _
Last 4 digits of account number **2175**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$19,090.49**

---

**3.320** | Nonpriority creditor's name and mailing address
**MIKE PAUP**
**624 BROWING DR**
**ARLINGTON, TX 76010**

Date(s) debt was incurred _
Last 4 digits of account number **3322**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.321** | Nonpriority creditor's name and mailing address
**MIRION TECHNOLOGIES (GDS) INC**
**PO BOX 101301**
**PASADENA, CA 91189-0005**

Date(s) debt was incurred _
Last 4 digits of account number **1557**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$351.90**

---

**3.322** | Nonpriority creditor's name and mailing address
**MIZUHO OSI**
**DEPT CH 16977**
**PALATINE, IL 60055-6977**

Date(s) debt was incurred _
Last 4 digits of account number **131**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

**3.323** | Nonpriority creditor's name and mailing address
**MOBILE MINI I, INC.**
**PO BOX 650882**
**DALLAS, TX 75265-0882**

Date(s) debt was incurred _
Last 4 digits of account number **608**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$3,094.67**

---

**3.324** | Nonpriority creditor's name and mailing address
**MOBILE SURGICAL TECHNOLOGIES**
**17817 DAVENPORT STE 315**
**DALLAS, TX 75252-5871**

Date(s) debt was incurred _
Last 4 digits of account number **1469**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$6,443.89**

---

**3.325** | Nonpriority creditor's name and mailing address
**MODERN BIOMEDICAL SERVICES, INC.**
**PO BOX 676165**
**DALLAS, TX 75267-6165**

Date(s) debt was incurred _
Last 4 digits of account number **3836**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$21,720.22**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$381.45** |
|---|---|---|---|

**MONTEREY ROCHESTER**
**6825 LARMANDA ST 135**
**DALLAS, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2112**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$136,218.40** |
|---|---|---|---|

**MORRISON HEALTHCARE**
**PO BOX 102289**
**ATLANTA, GA 30368-2289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **356**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,640.23** |
|---|---|---|---|

**MRS ORTHO LLC**
**6367 MCCOMMAS BLVD**
**DALLAS, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4166**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$123,650.79** |
|---|---|---|---|

**MUSCULOSKELETAL TRANSPLANT**
**FOUDATN**
**125 MAY STREET**
**EDISON, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **695**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,464.37** |
|---|---|---|---|

**MUTUAL OF OMAHA**
**14131 MIDWAY RD STE 1010**
**ADDISON, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4013**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$314.07** |
|---|---|---|---|

**MYRNA GODIER**
**1106 DEER RIDGE**
**DUNCANVILLE, TX 75137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3801**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**MYRON DARBEY**
**113 WHITEWATER TRAIL**
**DESOTO, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4587**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$86,239.69** |
|---|---|---|---|
| | **NATIONAL BILLING PARTNERS**<br>**PO BOX 202530**<br>**AUSTIN, TX 78720-2530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Merchandise/Services Purchased_ | |
| | Last 4 digits of account number **5096** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **National Billing Partners, LLC**<br>**c/o Nancy Moore**<br>**4515 Seton Center Parkway, Suite 240**<br>**Austin, TX 78759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/01/2018** | **Basis for the claim:** _Services Agreement_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,400.00** |
|---|---|---|---|
| | **NATIONAL NEUROMONITORING-DFW**<br>**1141 N LOOP 1604 E #105-612**<br>**SAN ANTONIO, TX 78232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Merchandise/Services Purchased_ | |
| | Last 4 digits of account number **2302** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,388.87** |
|---|---|---|---|
| | **NATUS MEDICAL, INC.**<br>**PO BOX 3604**<br>**CARL STREAM, IL 60132-3604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Merchandise/Services Purchased_ | |
| | Last 4 digits of account number **126** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66,110.79** |
|---|---|---|---|
| | **NAVIN, HAFFTY & ASSOCIATES**<br>**1900 WEST PARK DR SUITE 180**<br>**WESTBROUGH, MA 01581** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Merchandise/Services Purchased_ | |
| | Last 4 digits of account number **656** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$375.00** |
|---|---|---|---|
| | **NEUROPHYSIOLOGY ASSOCIATES, LLC**<br>**PO BOX 6766**<br>**ATHENS, GA 30604-6766** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Merchandise/Services Purchased_ | |
| | Last 4 digits of account number **2537** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$63,011.50** |
|---|---|---|---|
| | **NEVRO CORP.**<br>**1800 BRIDGE PKWY**<br>**REDWOOD CITY, CA 94065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Merchandise/Services Purchased_ | |
| | Last 4 digits of account number **4201** | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,962.48 |
|---|---|---|---|

**NEW PIG CORPORATION**
**ONE PORK AVE**
**TIPTON, PA 16684**

Date(s) debt was incurred __

Last 4 digits of account number **709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,111,345.17 |
|---|---|---|---|

**NOBILIS HEALTH**
**8080 PARK LANE SUITE 400**
**DALLAS, TX 75231**

Date(s) debt was incurred __

Last 4 digits of account number **3955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,745.30 |
|---|---|---|---|

**NUVASIVE CLINICAL SERVICES**
**PO BOX 50678**
**LOS ANGELAS, CA 90074-0678**

Date(s) debt was incurred __

Last 4 digits of account number **2418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,807.29 |
|---|---|---|---|

**NUVECTRA CORPORATION**
**PO BOX 123565**
**DALLAS, TX 75312**

Date(s) debt was incurred __

Last 4 digits of account number **4437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**OFFICE OF THE SECRETARY OF STATE**
**PO BOX 13697**
**AUSTIN, TX 78711-3697**

Date(s) debt was incurred __

Last 4 digits of account number **601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,778.05 |
|---|---|---|---|

**OLYMPUS AMERICA INC**
**DEPT 0600 PO BOX 120600**
**DALLAS, TX 75312-0600**

Date(s) debt was incurred __

Last 4 digits of account number **753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Olympus America Inc.**
**c/o John D. Parson, Vice President FS**
**3500 Corporate Parkway**
**Center Valley, PA 18034**

Date(s) debt was incurred **07/11/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Lease Agreement #0008922**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,047.14 |
|---|---|---|---|

**OMNICELL INC**
**PO BOX 204650**
**DALLAS, TX 75320-4650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **532**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,723.18 |
|---|---|---|---|

**ONX USA LLC**
**5900 LANDBROOK DR SUITE 100**
**MAYFIELD HEIGHTS, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5141**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Optumhealth Bank, Inc.**
**2525 Lake Park Blvd.**
**Salt Lake City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/14/2011; 07/26/2012**

Last 4 digits of account number _

Basis for the claim:  **Equipment leases**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.71 |
|---|---|---|---|

**ORASURE TECHNOLOGIES, INC.**
**PO BOX 780518**
**PHILADELPHIA, PA 19178-0518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1240**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,930.66 |
|---|---|---|---|

**ORTHALIGN, INC.**
**120 COLUMBIA SUITE 500**
**ALISO VIEJO, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5110**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,208.70 |
|---|---|---|---|

**OSTEOMED CORP**
**2241 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **133**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,793.44 |
|---|---|---|---|

**PALM HARBOR MEDICAL, INC.**
**3015 RIDGELINE BLVD BUILDING A**
**TRAPON SPRINGS, FL 34688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2068**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,725.00 |
|---|---|---|---|

**PARADIGM BIO DEVICES**
**PO BOX 518**
**NORWALL, MA 02061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **880**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,598.00 |
|---|---|---|---|

**PARAGON28**
**4B INVERNESS COURT EAST SUITE 280**
**ENGLEWOOD, CA 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **2712**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,852.00 |
|---|---|---|---|

**PARK AVENUE CAPITAL LLC**
**220 FLETCHER AVE STE 506**
**FORT LEE, NJ 07024-5063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **2754**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,969,346.91 |
|---|---|---|---|

**PARTNERS SURGICAL OF PINE CREEK**
**220 POST OAK BLVD SUITE 1525**
**HOUSTON, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **4872**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,318.56 |
|---|---|---|---|

**PARTS SOURCE, INC.**
**PO BOX 645186**
**CINCINNATI, OH 45264-5186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **3979**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,481.25 |
|---|---|---|---|

**PATIENTCO HOLDINGS, INC.**
**3333 PIEDMOND RD NE SUITE 600**
**ATLANTA, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **4896**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**PATSY TIMBS**
**3104 WALNUT HILL**
**DALLAS, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **3406**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.59** |
|---|---|---|---|

**PAULINE TAMEZ**
**1909 SURREY CIRCLE**
**GRAND PRAIRIE, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **3962**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peak, LLC, as Representative**
**170 West Shirley Avenue, Suite 207**
**Warrenton, VA 20186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/31/2017**
Last 4 digits of account number _

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,160.50** |
|---|---|---|---|

**PEOPLE 2.0 GLOBAL LP**
**PO BOX 536853**
**ATLANTA, GA 30353-6853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1560**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,064.44** |
|---|---|---|---|

**PHILIPS HEALTHCARE**
**PO BOX 100355**
**ATLANTA, GA 30384-0355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **912**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183,870.91** |
|---|---|---|---|

**PHYSICIAN SYNERGY GROUP, LLC**
**5605 N MacArthur Blvd, Suite 310**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1071**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320.59** |
|---|---|---|---|

**PINE CREEK SPV, LLC**
**9032 Harry Hines Blvd**
**Dallas, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2214**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|

**PINNACLE MEDICAL SUPPLY**
**6303 N WICKHAM RD STE 130-388**
**MELBOURNE, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **5170**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.368** Nonpriority creditor's name and mailing address
**PITNEY BOWES GLOBAL FINANCIAL**
PO BOX 371877
PITTSBURGH, PA 15250-7887

Date(s) debt was incurred

Last 4 digits of account number **1021**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$863.79**

---

**3.369** Nonpriority creditor's name and mailing address
**PMT CORPORATION**
PO BOX 371887
PITTSBURGH, PA 15250-7887

Date(s) debt was incurred

Last 4 digits of account number **2029**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$5,961.00**

---

**3.370** Nonpriority creditor's name and mailing address
**PNC EQUIPMENT FINANCE LLC**
PO BOX 51657
LOS ANGALAS, CA 90051-5957

Date(s) debt was incurred

Last 4 digits of account number **1269**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$2,932.92**

---

**3.371** Nonpriority creditor's name and mailing address
**PRECISION DYNAMICS CORPORATION,**
PO BOX 71549
CHICAGO, IL 60694-1995

Date(s) debt was incurred

Last 4 digits of account number **168**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$618.61**

---

**3.372** Nonpriority creditor's name and mailing address
**PRESTONWOOD ANESTHESIA**
2501 HERBRON PARKWAY SUITE 100C
CARROLLTON, TX 75010

Date(s) debt was incurred

Last 4 digits of account number **4886**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.373** Nonpriority creditor's name and mailing address
**Prime Alliance Bank**
1868 South 500 West
Woods Cross, UT 84087

Date(s) debt was incurred **Various**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment leases**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374** Nonpriority creditor's name and mailing address
**PROPATH Lab SERVICES, LLP**
DEPT 41074 PO BOX 660811
DALLAS, TX 75266-0811

Date(s) debt was incurred

Last 4 digits of account number **402**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$7,038.24**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.375** | Nonpriority creditor's name and mailing address
**PROVIDENCE MEDICAL TECHNOLOGY,INC.**
PO BOX 74008711
CHICAGO, IL 60674-7400

Date(s) debt was incurred _

Last 4 digits of account number **2595**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$13,540.00**

---

**3.376** | Nonpriority creditor's name and mailing address
**PSG-PINE CREEK MANAGEMENT, LLC**
BBVA Compass Plaza 2200 Post Oak Blvd, S
Houston, TX 77056

Date(s) debt was incurred _

Last 4 digits of account number **769**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$1,096,659.45**

---

**3.377** | Nonpriority creditor's name and mailing address
**QUEST DIAGNOSTICS**
PO BOX 841725
DALLAS, TX 75284-1725

Date(s) debt was incurred _

Last 4 digits of account number **831**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$575.20**

---

**3.378** | Nonpriority creditor's name and mailing address
**R&D SYSTEMS**
614 MCKINLEY PLACE NE
MINNEAPOLIS, MN 55413

Date(s) debt was incurred _

Last 4 digits of account number **4428**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$476.62**

---

**3.379** | Nonpriority creditor's name and mailing address
**RACKSPACE**
PO BOX 730759
DALLAS, TX 75373-0759

Date(s) debt was incurred _

Last 4 digits of account number **997**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$31.98**

---

**3.380** | Nonpriority creditor's name and mailing address
**RADIOLOGY ASSOCIATES OF**
816 W CANNON STREET
FORTH WORTH, TX 76104

Date(s) debt was incurred _

Last 4 digits of account number **2004**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.381** | Nonpriority creditor's name and mailing address
**RADNTX C/O**
816 W CANNON STREET
FORTH WORTH, TX 76104

Date(s) debt was incurred _

Last 4 digits of account number **4195**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83.14**
RAJANIKANTH ERRABELLY
1024 SAN JACINTO DR #1627
IRVING, TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **3460**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**
RAMON LOPEZ
5505 JANET LANE
COLLEYVILLE, TX 76034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **3865**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,555.00**
RAPID ORTHOPEDIC
3810 MELCER DR STE 103
ROWLETT, TX 75088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **1287**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$203.65**
REGINA NELSON
4791 W LEBETTER DR #1902
DALLAS, TX 75236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **3907**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$697.25**
RELAY HEALTH, INC.
PO BOX 98347
CHICAGO, IL 60693-8347

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **1165**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,100.00**
RICHARD ALEXANDER, MD
306 E. RANDOL MILL ROAD #136
ARLINGTON, TX 76011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Merchandise/Services Purchased

Last 4 digits of account number **4292**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
Ricoh USA, Inc.
70 Valley Stream Parkway
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** LEASE CONTRACT: 100-3190114-100; LEASE CONTRACT: 200-3171378-100; LEASE CONTRACT: 200-3171387-100; LEASE CONTRACT: 200-3171364-100; LEASE CONTRACT: 200-3171366-100; LEASE CONTRACT: 200-3171385-100; LEASE CONTRACT: 200-3110910-100; LEASE CON

Last 4 digits of account number **1495**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.389** | Nonpriority creditor's name and mailing address
**RICOH USA, INC.**
**PO BOX 660342**
**DALLAS, TX 75266-0342**

Date(s) debt was incurred _

Last 4 digits of account number **2542**

As of the petition filing date, the claim is: *Check all that apply.*  **$10,263.68**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address
**ROBERT HALF TECHNOLOGY**
**PO BOX 743295**
**LOS ANGELAS, CA 90074-3295**

Date(s) debt was incurred _

Last 4 digits of account number **2479**

As of the petition filing date, the claim is: *Check all that apply.*  **$4,411.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | Nonpriority creditor's name and mailing address
**ROCHE DIAGNOSTICS CORPORATION**
**PO BOX 660367**
**DALLAS, TX 75266-0367**

Date(s) debt was incurred _

Last 4 digits of account number **4277**

As of the petition filing date, the claim is: *Check all that apply.*  **$2,035.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address
**ROGER HAMILTON**
**2025 LAKEPOINTE DRIVE #3F**
**LEWISVILLE, TX 75057**

Date(s) debt was incurred _

Last 4 digits of account number **3856**

As of the petition filing date, the claim is: *Check all that apply.*  **$252.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address
**RONALD PATTERSON**
**316 FOREST GROVE DRIVE**
**RICHARDSON, TX 75083**

Date(s) debt was incurred _

Last 4 digits of account number **3668**

As of the petition filing date, the claim is: *Check all that apply.*  **$50.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address
**ROSA GOBEA**
**3315 NW 31ST STREET**
**FORTH WORTH, TX 76106**

Date(s) debt was incurred _

Last 4 digits of account number **3874**

As of the petition filing date, the claim is: *Check all that apply.*  **$25.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address
**SAINT CAMILLUS MEDICAL CENTER**
**1612 HURST TOWN CENTER DRIVE**
**HUST, TX 76054**

Date(s) debt was incurred _

Last 4 digits of account number **4397**

As of the petition filing date, the claim is: *Check all that apply.*  **$6,786.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.396** | Nonpriority creditor's name and mailing address

**SAMANTHA C GARRISON**
**103 W. WHITEWRIGHT ROAD**
**SAVOY, TX 75479**

Date(s) debt was incurred _

Last 4 digits of account number  **3115**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$72.90**

---

**3.397** | Nonpriority creditor's name and mailing address

**SAMANTHA SCAMARDO**
**6421 NIMTZ**
**FORTH WORTH, TX 76114**

Date(s) debt was incurred _

Last 4 digits of account number  **3876**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

**3.398** | Nonpriority creditor's name and mailing address

**SANGEA LOWE**
**11345 NEWKIRK STREET #1084**
**DALLAS, TX 75229**

Date(s) debt was incurred _

Last 4 digits of account number  **3581**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.399** | Nonpriority creditor's name and mailing address

**SBS ADMINISTRATIVE SERVICES**
**8502 HUEBNER STE 300**
**SAN ANTONIO, TX 78268**

Date(s) debt was incurred _

Last 4 digits of account number  **2073**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$323.20**

---

**3.400** | Nonpriority creditor's name and mailing address

**SCULPT MARKETING**
**7312 LOUETTA RD B118 #218**
**SPRING, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number  **4469**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,251.90**

---

**3.401** | Nonpriority creditor's name and mailing address

**SEAN HARRIS**
**4062 N BELTLINE ROAD # 201**
**IRVING, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number  **3718**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.402** | Nonpriority creditor's name and mailing address

**SEASPINE SALES LLC**
**PO BOX 207146**
**DALLAS, TX 75320-7146**

Date(s) debt was incurred _

Last 4 digits of account number  **781**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,800.00**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,184.00 |
|---|---|---|---|

**SENTINAL PLAN LIFE INS.**
PO BOX 981710
EL PASO, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **3049**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.29 |
|---|---|---|---|

**SHAHINA BEGUM**
8257 RANCH VIEW DR #3109
IRVING, TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **3224**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,082.50 |
|---|---|---|---|

**SHERWIN WILLIAMS**
3412 OAK LAWN AVENUE
DALLAS, TX 75219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **2036**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.29 |
|---|---|---|---|

**SIEMENS FINANCIAL SERVICES**
PO BOX 2083
CARL STREAM, IL 60132-2083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **607**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,963.16 |
|---|---|---|---|

**SIEMENS MEDICAL SOLUTIONS USA, INC.**
PO BOX 120001-DEPT 0733
DALLAS, TX 75312-0733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **1037**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,742.92 |
|---|---|---|---|

**SIGNATURE GARMENT CARE**
4830 LAKAWANA STREET
DALLAS, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **2737**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,999.00 |
|---|---|---|---|

**SILVERLEAF SURGICAL LLC**
1514 CARNATION STREET
PROSPER, TX 75078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number  **3947**

Is the claim subject to offset? ■ No  ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,969.05** |
|---|---|---|---|

**SKELETAL DYNAMICS LLC**
**LOCKBOX 9492 PO BOX 70280**
**PHILADELPHIA, PA 19176-0280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2753**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,295.00** |
|---|---|---|---|

**SLR MEDICAL CONSULTING**
**4100 HARRY HINES SUITE 300**
**DALLAS, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4219**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123.75** |
|---|---|---|---|

**SMART CARE EQUIPMENT SOLUTIONS**
**PO BOX 74008980**
**CHICAGO, IL 60674-8980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  5062**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smartsurg Medical Supply LLC**
**14665 Midway Road, Suite 140**
**Addison, TX 75001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **06/05/2019**

**Last 4 digits of account number  _**

Basis for the claim:  **Consumer Debt lawsuit (DC-19-08145)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170,261.00** |
|---|---|---|---|

**SMARTSURG MEDICAL SUPPLY LLC**
**14665 MIDWAY RD SUITE 140**
**ADDISON, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4136**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Smith & Nephew Capital**
**c/o Stephen V. Alpeter, COO**
**6500 City West Parkway, Suite 401**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/09/2016**

**Last 4 digits of account number  _**

Basis for the claim:  **Fixed Cost Equipment Agreement No. PIN030916**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,366.25** |
|---|---|---|---|

**SMITH & NEPHEW CAPITAL**
**6500 CITY PARKWAY STE 401**
**EDEN PRARIE, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1292**

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.417** | Nonpriority creditor's name and mailing address
**SMITH AND NEPHEW INC.**
**5600 CLEARFORK MAIN STREET SUITE 600**
**FORTH WORTH, TX 76109**

Date(s) debt was incurred _

Last 4 digits of account number **164**

As of the petition filing date, the claim is: *Check all that apply.*                    **$70,556.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address
**SMITH AND NEPHEW ORTHOPAEDICS**
**PO BOX 205651**
**DALLAS, TX 75320-5651**

Date(s) debt was incurred _

Last 4 digits of account number **165**

As of the petition filing date, the claim is: *Check all that apply.*                    **$166,472.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address
**SMITH AND NEPHEW, INC**
**PO BOX 951605**
**DALLAS, TX 75395-1605**

Date(s) debt was incurred _

Last 4 digits of account number **4954**

As of the petition filing date, the claim is: *Check all that apply.*                    **$39,465.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address
**SMITH MEDICAL ASD INC.**
**PO BOX 7247-7784**
**PHILADELPHIA, PA 19170-7784**

Date(s) debt was incurred _

Last 4 digits of account number **166**

As of the petition filing date, the claim is: *Check all that apply.*                    **$823.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.421** | Nonpriority creditor's name and mailing address
**Softchoice Corporation**
**314 W. Superior, Suite 301**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease #8079999**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address
**SPINAL  ELEMENTS**
**DEPT 3885 PO BOX 123885**
**DALLAS, TX 75312-3885**

Date(s) debt was incurred _

Last 4 digits of account number **1992**

As of the petition filing date, the claim is: *Check all that apply.*                    **$26,223.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.423** | Nonpriority creditor's name and mailing address
**SPINAL ELEMENT (AMENDIA)**
**DEPT 3885 PO BOX 123885**
**DALLAS, TX 75312-3885**

Date(s) debt was incurred _

Last 4 digits of account number **1260**

As of the petition filing date, the claim is: *Check all that apply.*                    **$176,041.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,670.00 |
|---|---|---|---|

**SPINE FRONTIER**
**350 MAIN STREET 3RD FLOOR**
**MALDEN, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1417**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576,155.50 |
|---|---|---|---|

**SPINE STAR, LLC**
**908 AUDELLIA RD STE 200 PMB 338**
**RICHARDSON, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2640**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,549.50 |
|---|---|---|---|

**SPINE WAVE, INC**
**PO BOX 347418**
**PITTSBURGH, PA 15251-4418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1222**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,000.00 |
|---|---|---|---|

**SPINEART USA INC**
**8583 IRVINE CENRTER DRIVE #205**
**IRVING, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2439**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,248,394.56 |
|---|---|---|---|

Spirit Master Funding II, LLC
2727 N. Harwood Street, Suite 300
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/2005**

Last 4 digits of account number _

Basis for the claim: **Property Lease for 9032**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,750.00 |
|---|---|---|---|

**STACY SYSTEMS INC**
**501 POST OAK DR**
**NEWARK, TX 76071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **795**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,789.02 |
|---|---|---|---|

**STAR DELIVERY**
**PO BOX 3613**
**HOUSTON, TX 77253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1235**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.431** | Nonpriority creditor's name and mailing address
**STATE FARM MUTUAL AUTOMOBILE**
PO BOX 339403
GREENLEY, CO 80633

Date(s) debt was incurred _
Last 4 digits of account number __4105__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

**$15.24**

---

**3.432** | Nonpriority creditor's name and mailing address
**STELKAST**
PO BOX 640773
PITTSBURGH, PA 15264-0773

Date(s) debt was incurred _
Last 4 digits of account number __2711__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

**$46,061.25**

---

**3.433** | Nonpriority creditor's name and mailing address
**STEPHEN SEXTON**
104 PALMINO ST
CRANDALL, TX 75114

Date(s) debt was incurred _
Last 4 digits of account number __3596__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

**$380.11**

---

**3.434** | Nonpriority creditor's name and mailing address
**STERICYCLE**
PO BOX 6575
CAROL STREAM, IL 60197-6575

Date(s) debt was incurred _
Last 4 digits of account number __1054__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

**$1,419.80**

---

**3.435** | Nonpriority creditor's name and mailing address
**STERIS INSTRUMENT MANAGEMENT**
PO BOX 531809
ATLANTA, GA 30353-1809

Date(s) debt was incurred _
Last 4 digits of account number __173__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

**$20,403.67**

---

**3.436** | Nonpriority creditor's name and mailing address
**STERIS Instrument Management Svcs.**
PO BOX 531809
ATLANTA, GA 30353-1809

Date(s) debt was incurred _
Last 4 digits of account number __731__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

**$53,376.62**

---

**3.437** | Nonpriority creditor's name and mailing address
**STEVE ALLEN**
3118 OVERLOOK CIRCLE
LEWISVILLE, TX 75077

Date(s) debt was incurred _
Last 4 digits of account number __3608__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Merchandise/Services Purchased__

Is the claim subject to offset? ■ No ☐ Yes

**$73.60**

---

| | |
|---|---|
| Debtor **Pine Creek Medical Center, LLC** | Case number (if known) 19-33079-11 |
| Name | |

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,407.31 |
|---|---|---|---|

**STRYKER COMMUNICATIONS**
**22491 NETWORK PLACE**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **46**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,407.31 |
|---|---|---|---|

**STRYKER COMMUNICATIONS**
**22491 NETWORK PLACE**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **694**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,152.03 |
|---|---|---|---|

**STRYKER ENDOSCOPY**
**PO BOX 93276**
**CHICAGO, IL 60673-3276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **176**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,209.44 |
|---|---|---|---|

**STRYKER FLEX FINANCIAL**
**25652 NETOWRK PLACE**
**CHICAGO, IL 60673-1256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **4610**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,775.03 |
|---|---|---|---|

**STRYKER INSTRUMENTS**
**PO BOX 70119**
**CHICAGO, IL 60673-0119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **178**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406,308.30 |
|---|---|---|---|

**STRYKER ORTHOPAEDICS**
**PO BOX 93213**
**CHICAGO, IL 60673-3213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Merchandise/Services Purchased**

Last 4 digits of account number **391**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stryker Sales Corporation**
**c/o Lucas Wilson**
**1901 Romence Road Parkway**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/29/2016**

Basis for the claim: **Equipment Lease #2210009538**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,283.94 |
|---|---|---|---|

**STRYKER SALES CORPORATION**
PO BOX 93276
CHICAGO, IL 60673-3276

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **180**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,559.82 |
|---|---|---|---|

**STRYKER SPINE**
21912 NETWORK PLACE
CHICAGO, IL 60673-1912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **875**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,507.84 |
|---|---|---|---|

**SUPERIOR VISION INSURANCE, INC.**
PO BOX 201389
DALLAS, TX 75320-1839

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **5145**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,024.00 |
|---|---|---|---|

**SURGENTEC, LLC**
7601 N. FEDERAL HIGHWAY SUITE 150A
BOCA RATON, FL 33487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **5100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,669.02 |
|---|---|---|---|

**SURGICAL NOTES, MDP, LP**
3100 MONTICELLO AVE SUITE 450
DALLAS, TX 75205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **329**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311,867.15 |
|---|---|---|---|

**SYNERGY SURGICAL**
701 E PLANO PKWY STE 506
PLANO, TX 75074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **2421**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,676.06 |
|---|---|---|---|

**SYNTER RESOURCE**
5935 Rivers Ave, Ste 102
Charleston, SC 29406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Merchandise/Services Purchased

Last 4 digits of account number  **4892**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.452** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,600.00**

Tatum
PO BOX 847872
DALLAS, TX 75284-7872

Date(s) debt was incurred _
Last 4 digits of account number **5105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,987.51**

TECH PLAN INC.
717 TAYLOR DRIVE
PLANO, TX 75074

Date(s) debt was incurred _
Last 4 digits of account number **878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Teresa West
c/o Bill  Liebbe
The Liebbe Firm
805 S. Broadway
Tyler, TX 75701

Date(s) debt was incurred **02/26/2018**
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Medical Malpractice lawsuit.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,547.97**

TEXAS TECH UNIVERSITY HEALTH
SCIENCE CENTER 3601 4TH STREET MS
7755
LUBBOX, TX 79430

Date(s) debt was incurred _
Last 4 digits of account number **2890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00**

THE DRS NO 1 FLP
5903 TWINS COVES
DALLAS, TX 75248

Date(s) debt was incurred _
Last 4 digits of account number **568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,209.29**

THE STAYWELL COMPANY,LLC
PO BOX 90477
CHICAGO, IL 60696-0477

Date(s) debt was incurred _
Last 4 digits of account number **2876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Theia Capital II, LLC
951 Yamato Road, Suite 160
Boca Raton, FL 33431

Date(s) debt was incurred **11/07/2016**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pine Creek Medical Center, LLC | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

**3.459** | Nonpriority creditor's name and mailing address

THYSSENKRUPP ELEVATOR CORP
PO BOX 933004
ATLANTA, GA 31193-3004

Date(s) debt was incurred _

Last 4 digits of account number **2452**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$2,089.35**

---

**3.460** | Nonpriority creditor's name and mailing address

TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074

Date(s) debt was incurred _

Last 4 digits of account number **4466**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$2,916.08**

---

**3.461** | Nonpriority creditor's name and mailing address

TIMOTHY THOMASON MD
4008 MARQUETTE STREET
DALLAS, TX 75225

Date(s) debt was incurred _

Last 4 digits of account number **420**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$3,374.56**

---

**3.462** | Nonpriority creditor's name and mailing address

TITAN ORTHOPAEDIC SALE
16175 ADDISON ROAD
ADDISON, TX 75001

Date(s) debt was incurred _

Last 4 digits of account number **2641**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$3,342.59**

---

**3.463** | Nonpriority creditor's name and mailing address

TITAN SPINE, INC.
6140 W. EXECUTIVE DRIVE SUITE A
MEQUON, WI 53092

Date(s) debt was incurred _

Last 4 digits of account number **1070**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$38,700.00**

---

**3.464** | Nonpriority creditor's name and mailing address

TITAN TECH, INC.
PO BIOX 822184
NORTH RICHLAND HILLS, TX 76182

Date(s) debt was incurred _

Last 4 digits of account number **1224**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$1,035.00**

---

**3.465** | Nonpriority creditor's name and mailing address

TONYA MOORE
919 VEDRAL
CEDAR HILL, TX 75104

Date(s) debt was incurred _

Last 4 digits of account number **3848**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$133.89**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,620.50** |
|---|---|---|---|

**TORNIER INC**
**PO BOX 4631**
**HOUSTON, TX 77210-4631**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1621**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112.67** |
|---|---|---|---|

**TRACY BARKER**
**6517 FALCON STREET**
**ROWLETT, TX 75089**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3872**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74.26** |
|---|---|---|---|

**TRACY HARRIS**
**415 THRUSH AVE**
**DUNCANVILLE, TX 75116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3244**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,820.13** |
|---|---|---|---|

**TRANSITION MEDICAL EQUIPMENT**
**15 MIRROR RIDGE DRIVE**
**THE WOODLANDS, TX 77382**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4504**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**TRANSPLANT SERVICES CENTER**
**5323 HARRY HINES BLVD**
**DALLAS, TX 75390-2609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **872**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,709.72** |
|---|---|---|---|

**TRICE MEDICAL**
**PO BOX 392743**
**PITTSBURGH, PA 15251-9747**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4798**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,661.00** |
|---|---|---|---|

**TRIMED**
**PO BOX 55189**
**VELENCIA, CA 91385-0189**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **825**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,040.00** |
|---|---|---|---|

**TRITIN MEDICAL DISTRIBUTION**
**112 N 8TH STREET SUITE A**
**MIDLOTHIAN, TX 75234**

Date(s) debt was incurred _
Last 4 digits of account number  **4644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$396.00** |
|---|---|---|---|

**TYPENEX MEDICAL, LLC**
**303 E WACKER DRIVE SUITE 1030**
**CHICAGO, IL 60601**

Date(s) debt was incurred _
Last 4 digits of account number  **1313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**U.S. Bank Equipment Finance**
**a Division of U.S. Bank National Assoc.**
**1310 Madrid Street**
**Marshall, MN 56258**

Date(s) debt was incurred  **02/23/2017**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**U.S. Infusion Inc.**
**4904 WILLIAMS RD**
**BENBROOK, TX 76116**

Date(s) debt was incurred _
Last 4 digits of account number  **858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,511.92** |
|---|---|---|---|

**ULRICH MEDICAL USA**
**18221 EDISON AVE**
**CHESTERFIELD, MO 63005**

Date(s) debt was incurred _
Last 4 digits of account number  **4643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115.74** |
|---|---|---|---|

**UNI FORMS AND SERVICES**
**816 RIDGEFIELD DR**
**PLANO, TX 75075-8717**

Date(s) debt was incurred _
Last 4 digits of account number  **192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$329.31** |
|---|---|---|---|

**UNITED LABORATORIES**
**PO BOX 410**
**ST CHARLES, IL 60174-0410**

Date(s) debt was incurred _
Last 4 digits of account number  **1370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.480** | Nonpriority creditor's name and mailing address
**UNUM LIFE INSURANCE COMPANY**
PO BOX 409548
ATLANTA, GA 30384-9548

Date(s) debt was incurred _
Last 4 digits of account number **5114**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$12,477.14**

---

**3.481** | Nonpriority creditor's name and mailing address
**UPS FREIGHT**
PO BOX 7247-0204
PHILADELPHIA, PA 19170-0001

Date(s) debt was incurred _
Last 4 digits of account number **1991**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$1,666.11**

---

**3.482** | Nonpriority creditor's name and mailing address
**VALERA MOON**
1722 SANTA CRUZ
GRAND PRAIRIE, TX 75051

Date(s) debt was incurred _
Last 4 digits of account number **3555**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$91.02**

---

**3.483** | Nonpriority creditor's name and mailing address
**VALLEY SURGICAL, INC**
633 S ANDREWS AVE SUITE 400
FORT LAUDERDALE, FL 33301

Date(s) debt was incurred _
Last 4 digits of account number **5160**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$3,752.00**

---

**3.484** | Nonpriority creditor's name and mailing address
**Varilease Finance, Inc.**
6340 South 3000 East, Suite 400
Salt Lake City, UT 84121

Date(s) debt was incurred **03/31/2017**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.485** | Nonpriority creditor's name and mailing address
**VAXSERVE, INC**
12566 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number **660**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$3,939.54**

---

**3.486** | Nonpriority creditor's name and mailing address
**VERATHON MEDICAL**
PO BOX 935117
ATLANTA, GA 31193-5117

Date(s) debt was incurred _
Last 4 digits of account number **879**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$3,769.43**

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

**3.487** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$532.60**
---|---|---|---

**VERSACOR**
PO BOX 93809
SOUTHLKAKE, TX 76092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2156**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$465.91**

**VERTIV SERVICES, INC**
PO BOX 70474
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **4436**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.489** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$857.37**

**VICTORIA GREGG-IRVING**
7434 SANDHURST LAND
NORTH RICHLAND HILLS, TX 76182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **4571**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.490** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,153.00**

**VILEX, INC.**
111 MOFFITT STREET
MCMINNVILLE, TN 37110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **972**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Vonetta Carter**
7290 Crosswater Drive
Tyler, TX 75703

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **02/04/2019**
Last 4 digits of account number _

Basis for the claim: **Personal injury lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,536.76**

**VYAIRE MEDICAL, INC**
26125 NORTH RIVERWOODS BLVD
METTAWA, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **4916**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.00**

**WALLACE BEAVERS**
130 GREER RD
POLLOCK, LA 71467

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **4189**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,578.60** |
|---|---|---|---|

**WASTE CONNECTIONS OF TEXAS**
PO BOX 742692
CINCINNATI, OH 45274-2695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number **2261**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,130.50** |
|---|---|---|---|

**WERFEN USA, LLC**
PO BOX 347934
PITTSBURGH, PA 15251-4934

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number **2389**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.64** |
|---|---|---|---|

**WHITNEY SAWYER**
627 WESTWOOD DRIVE
RICHARDSON, TX 75080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number **3877**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Winthrop Resources Corporation**
c/o David Laschenski, VP Workouts
TCF Capital Solutions
11100 Wayzata Boulevard, Suite 801
Hopkins, MN 55305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2018**

Basis for the claim:  **Equipment Lease Agreement PI110217**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,832.52** |
|---|---|---|---|

**WINTHROP RESOURCES CORPORATION**
11110 WAYZATA BOULVARD SUITE 800
MINETONKA, MN 55305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number **4871**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,116.99** |
|---|---|---|---|

**WOLTERS KLUWER HEALTH INC**
62526 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number **277**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,646.00** |
|---|---|---|---|

**WRIGHT MEDICAL**
PO BOX 503482
ST. LOUIS, MO 63150-3482

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchandise/Services Purchased**

Last 4 digits of account number **203**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,027.98** |
|---|---|---|---|

**XO COMMUNICATIONS -VERIZON**
**PO BOX 15043**
**ALBANY, NY 12212-5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **367**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.00** |
|---|---|---|---|

**XTANT MEDICAL**
**BACTERIN INTERNATIONAL,INC DEPT CH**
**16872**
**PALATINE, IL 60055-6872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4340**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$264.13** |
|---|---|---|---|

**YAO YAO KONG**
**600 ALABASTER PLACE**
**CEDAR HILL, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4057**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$665.84** |
|---|---|---|---|

**YONG LEE**
**3405 TIMBERWOOD CIRCLE #2121**
**ARLINGTON, TX 76015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3679**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$291.94** |
|---|---|---|---|

**YOSIEF ZEGGAI**
**3427 HIGH VISTA DR**
**DALLAS, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4072**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$237,865.16** |
|---|---|---|---|

**ZIMMER BIOMET**
**PO BOX 840166**
**DALLAS, TX 75284-0166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1211**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,365.00** |
|---|---|---|---|

**ZIMMER BIOMET (ETEX)**
**675 MASSACHUSETTS AVE 12 FIR.**
**CAMBRIDGE, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1174**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,850.50 |
|---|---|---|---|

**ZIMMER BIOMET SPINE**
**75 REMITTANCE DRIVE STE 6931**
**CHICAGO, IL 60675-6931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1249**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,300.00 |
|---|---|---|---|

**ZIMMER KNEE CREATIONS INC.**
**841 SPRINGDALE DRIVE**
**EXTON, PA 19241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3462**

Basis for the claim: **Merchandise/Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew P. Price**<br>**Norton Rose Fulbright US LLP**<br>**1301 McKinney, Suite 5100**<br>**Houston, TX 77010-3095** | Line **3.132**<br><br>☐ Not listed. Explain | _ |
| 4.2 | **Andrew P. Price**<br>**Norton Rose Fulbright US LLP**<br>**1301 McKinney, Suite 5100**<br>**Houston, TX 77010-3095** | Line **3.83**<br><br>☐ Not listed. Explain | _ |
| 4.3 | **Arnold Shokouhi**<br>**McCathern, PLLC**<br>**3710 Rawlins Street, Suite 1600**<br>**Dallas, TX 75219** | Line **3.299**<br><br>☐ Not listed. Explain | _ |
| 4.4 | **Bill Liebbe**<br>**The Liebbe Firm**<br>**805 S. Broadway**<br>**Tyler, TX 75701** | Line **3.454**<br><br>☐ Not listed. Explain | _ |
| 4.5 | **Brant S. Miller**<br>**Law Office of Brant S. Miller**<br>**17503 La Cantera Pkwy., Suite 104-610**<br>**San Antonio, TX 78257** | Line **3.454**<br><br>☐ Not listed. Explain | _ |
| 4.6 | **David C. McCue**<br>**McCue-Pauley & Associates, P.C.**<br>**15150 Preston Road, Suite 200**<br>**Dallas, TX 75248** | Line **3.316**<br><br>☐ Not listed. Explain | _ |
| 4.7 | **Dirk Rodriguez, M.D., P.A.**<br>**c/o Dirk Rodriguez**<br>**7515 Greenveille Avenue, Suite 1030**<br>**TX 75213** | Line **3.316**<br><br>☐ Not listed. Explain | _ |

---

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|

Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Elizabeth M. Fraley**<br>**The Fraley Firm**<br>**901 Main Street, Suite 6300**<br>**Dallas, TX 75202** | Line __**3.491**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Jeffrey W. Ryan**<br>**Chamblee Ryan, P.C.**<br>**2777 Stemmons Frwy., Suite 1157**<br>**Dallas, TX 75207** | Line __**3.454**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **John Alexander, M.D.**<br>**11970 North Central Expwy., Suite 600**<br>**Dallas, TX 75243** | Line __**3.454**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **John T. Cox III**<br>**Lynn Pinker Cox & Hurst, LLP**<br>**2100 Ross Avenue, Suite 2700**<br>**Dallas, TX 75201** | Line __**3.83**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **John T. Cox III**<br>**Lynn Pinker Cox & Hurst, LLP**<br>**2100 Ross Avenue, Suite 2700**<br>**Dallas, TX 75201** | Line __**3.84**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Mark A. Haney**<br>**Puls Haney, PLLC**<br>**301 Commerce Street, Suite 2900**<br>**Fort Worth, TX 76102** | Line __**3.316**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Mark E. Torian**<br>**Bradley Arant Boult Cummings LLP**<br>**4400 Renaissance Tower**<br>**1201 Elm Street**<br>**Dallas, TX 75270** | Line __**3.413**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Nathan Cox**<br>**Thiebaud Remington Thornton Bailey LLP**<br>**Two Energy Square**<br>**4849 Greenville Avenue, Suite 1150**<br>**Dallas, TX 75206** | Line __**3.491**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Roland Witherspoon**<br>**The Witherspoon Law Group, PLLC**<br>**7290 Crosswater Drive**<br>**Tyler, TX 75703** | Line __**3.491**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Ryan A. Starnes**<br>**Libby Sparks Willis Starnes PLLC**<br>**5950 Berkshire Lane, Suite 200**<br>**Dallas, TX 75225** | Line __**3.132**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Wendy H. Hermes**<br>**Thiebaud Remington Thornton Bailey LLP**<br>**4849 Greenville Avenue, Suite 1150**<br>**Dallas, TX 75202** | Line __**3.316**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **William M. Carter II, MD**<br>**7246 Beranger Drive**<br>**Irving, TX 75063** | Line __**3.491**__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Pine Creek Medical Center, LLC** | Case number (if known) | 19-33079-11 |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 20,480,925.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 20,480,925.26 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Pine Creek Medical Center, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-33079-11</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement #1853102** |
| State the term remaining — **0** | |
| List the contract number of any government contract | **Americorp Financial, LLC**<br>**c/o Kristiana A. Ickes, VP Operations**<br>**877 South Adams Road**<br>**Birmingham, MI 48009** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **CRO Employment Contract** |
| State the term remaining | |
| List the contract number of any government contract | **GlassRatner Advisory & Capital Group LLC**<br>**c/o Mark Shapiro**<br>**3500 Maple Avenue, Suite 350**<br>**Dallas, TX 75219** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement #9052 and Schedule Nos. 1, 2, and 3.** |
| State the term remaining | |
| List the contract number of any government contract | **Insight Investments, LLC**<br>**c/o Christopher M. Czaja, Exec. VP**<br>**611 Anton Boulevard, Suite 700**<br>**Costa Mesa, CA 92626** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **National Billing Partners, LLC**<br>**c/o Nancy Moore**<br>**4515 Seton Center Parkway, Suite 240**<br>**Austin, TX 78759** |

| Debtor 1 | **Pine Creek Medical Center, LLC** | Case number *(if known)* | 19-33079-11 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### ▮ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement #0008922** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Olympus America Inc.** |
| | List the contract number of any government contract | | **c/o John D. Parson, Vice President FS** |
| | | | **3500 Corporate Parkway** |
| | | | **Center Valley, PA 18034** |

| Debtor 1 | **Pine Creek Medical Center, LLC** | Case number (*if known*) | 19-33079-11 |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE CONTRACT: 100-3190114-100; LEASE CONTRACT: 200-3171378-100; LEASE CONTRACT: 200-3171387-100; LEASE CONTRACT: 200-3171364-100; LEASE CONTRACT: 200-3171366-100; LEASE CONTRACT: 200-3171385-100; LEASE CONTRACT: 200-3110910-100; LEASE CONTRACT: 200-3171484-100; LEASE CONTRACT: 200-3171389-100; LEASE CONTRACT: 200-3171377-100; LEASE CONTRACT: 200-3171363-100; LEASE CONTRACT: 200-3171381-100; LEASE CONTRACT: 200-3171368-100; LEASE CONTRACT: 200-3171375-100; LEASE CONTRACT: 200-3171379-100; LEASE CONTRACT: 200-3171380-100; LEASE CONTRACT: 200-3171369-100; LEASE CONTRACT: 200-3171374-100; LEASE CONTRACT: 200-3171376-100; LEASE CONTRACT: 200-3171370-100; LEASE CONTRACT: 200-3171371-100; LEASE CONTRACT: 200-3171386-100; LEASE CONTRACT: 200-3171382-100; LEASE CONTRACT: 200-3171365-100; LEASE CONTRACT: 200-3171367-100; LEASE CONTRACT: 200-3171373-100; LEASE CONTRACT: 200-3171390-100; LEASE CONTRACT: 200-3171384-100; LEASE CONTRACT:** | **Ricoh USA, Inc.<br>70 Valley Stream Parkway<br>Malvern, PA 19355** |

Debtor 1   **Pine Creek Medical Center, LLC**
           First Name          Middle Name          Last Name

Case number (*if known*)   19-33079-11

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | 200-3171483-100;<br>LEASE CONTRACT:<br>200-3171388-100;<br>LEASE CONTRACT:<br>200-3171372-100 |
| State the term remaining | |
| List the contract number of any government contract | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease #8079999** | |
|---|---|---|---|
| | State the term remaining | **7 months** | **Softchoice Corporation**<br>**314 W. Superior, Suite 301**<br>**Chicago, IL 60654** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease for 9032 Property** | |
|---|---|---|---|
| | State the term remaining | **13 years** | **Spirit Master Funding II, LLC**<br>**c/o Sarah A. Kubiak, Esq.**<br>**16767 North Perimeter Drive, Suite 210**<br>**Scottsdale, AZ 85260-1042** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease #2210009538** | |
|---|---|---|---|
| | State the term remaining | **14 months** | **Stryker Sales Corporation**<br>**c/o Devon Ivy**<br>**1901 Romence Road Parkway**<br>**Portage, MI 49002** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease #PI110217** | |
|---|---|---|---|
| | State the term remaining | **27 months** | **Winthrop Resources Corporation**<br>**c/o David Laschenski, VP Workouts**<br>**TCF Capital Solutions**<br>**11100 Wayzata Boulevard, Suite 801**<br>**Hopkins, MN 55305** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|

Debtor name  **Pine Creek Medical Center, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **19-33079-11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Physician Synergy Group, LLC** | **5605 North Macarthur Blvd. Irving, TX 75038** | **Peak, LLC, as Representative** | ☐ D _____<br>■ E/F __3.362__<br>☐ G _____ |
| 2.2 | **Physician Synergy Group, LLC** | **5605 North Macarthur Blvd. Irving, TX 75038** | **Varilease Finance, Inc.** | ☐ D _____<br>■ E/F __3.484__<br>☐ G _____ |
| 2.3 | **Physician Synergy Group, LLC** | **5605 North Macarthur Blvd. Irving, TX 75038**<br>**While Debtor's records do not reflect a co-debtor relationship, a UCC-1 financing statement was filed by Prime Alliance Bank listing this entity as a co-debtor.** | **Prime Alliance Bank** | ☐ D _____<br>■ E/F __3.373__<br>☐ G _____ |
| 2.4 | **PSG Mid-Cities Medical Center, LLC** | **5605 North Macarthur Blvd. Irving, TX 75038** | **Peak, LLC, as Representative** | ☐ D _____<br>■ E/F __3.362__<br>☐ G _____ |

| Debtor | **Pine Creek Medical Center, LLC** | Case number *(if known)* | 19-33079-11 |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.5 | **PSG Mid-Cities Medical Center, LLC** | 5605 North Macarthur Blvd.<br>Irving, TX 75038 | **Varilease Finance, Inc.** | ☐ D _____<br>■ E/F ___3.484___<br>☐ G _____ |
| 2.6 | **PSG Mid-Cities Medical Center, LLC** | 5605 North Macarthur Blvd.<br>Irving, TX 75038<br>While Debtor's records do not reflect a co-debtor relationship, a UCC-1 financing statement was filed by Prime Alliance Bank listing this entity as a co-debtor. | **Prime Alliance Bank** | ☐ D _____<br>■ E/F ___3.373___<br>☐ G _____ |
| 2.7 | **Saint Camillus Medical Center** | 5605 North Macarthur Blvd.<br>Irving, TX 75038 | **Peak, LLC, as Representative** | ☐ D _____<br>■ E/F ___3.362___<br>☐ G _____ |
| 2.8 | **Saint Camillus Medical Center** | 5605 North Macarthur Blvd.<br>Irving, TX 75038 | **Varilease Finance, Inc.** | ☐ D _____<br>■ E/F ___3.484___<br>☐ G _____ |
| 2.9 | **Saint Camillus Medical Center** | 5605 North Macarthur Blvd.<br>Irving, TX 75038<br>While Debtor's records do not reflect a co-debtor relationship, a UCC-1 financing statement was filed by Prime Alliance Bank listing this entity as a co-debtor. | **Prime Alliance Bank** | ☐ D _____<br>■ E/F ___3.373___<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy