```
Label Matrix for local noticing          Pine Creek Medical Center, LLC           1100 Commerce Street
0539-3                                   9032 Harry Hines Boulevard               Room 1254
Case 19-33079-hdh11                      Dallas, TX 75235-1720                    Dallas, TX 75242-1305
Northern District of Texas
Dallas
Mon Sep 16 07:52:17 CDT 2019

4-WEB, INC.                              4060 SPINE INC.                          7 SPINE GROUP
PO BOX 671718                            5706 E. MOCKINGBIIRD LANE SUITE 115-181  125 S MAIN STREET
DALLAS, TX 75267-1718                    DALLAS, TX 75206-5460                    FORT WORTH, TX 76104-1222


A.M. SURGICAL, INC                       AAF INTERNATIONAL                        ABBOTT LABORATORIES
222 MIDDLE COUNTRY RD STE 202            24828 NETWORK PLACE                      PO BOX 100997
SMITHTOWN, NY 11787-2814                 CHICAGO, IL 60673-1248                   ATLANTA, GA 30384-0997


ABBOTT LABORATORIES INC                  ABILITY NETWORK INC                      ACADIAN AMBULANCE
1380 SOUTH LOOP ROAD                     PO BOX 856015                            6505 WEST PARK BLVD #306-362
ALAMEDA, CA 94502-7000                   MINNEAPLOIS, MN 55485-6015               PLANO, TX 75093-6212


ACCENT INSURANCE RECOVERY SOLUTIONS      ACCESS PHYSICIANS                        ACCLARENT, INC
PO BOX 952366                            PO BOX 670347                            16888 COLLECTION CENTER DR
ST. LOUIS, MO 63195-2366                 DALLAS, TX 75267-0347                    CHICAGO, IL 60693-0168


ACIST MEDICAL SYSTEM INC.                ACUMED LLC                               ADAM HILL
7905 FULLER RDAD                         7995 COLLECTION CENTER DRIVE             6216 COPERHILL DRIVER
EDEN PRAIRE, MN 55344                    CHICAGO, IL 60693-0001                   DALLAS, TX 75248-6300


ADMINISTRATIVE CONSULTANT SVC, LLC       ADVANCE MEDICAL DESIGNS                  ADVANCED MEDICAL TRAINING
PO BOX 3368                              1241 ATLANTA INDUSTRIAL DR               2126 BLOSSOM LANE
SHAWNEE, OK 74802-3368                   MARIETTA, GA 30066-6606                  RICHARDSON, TX 75081-4702


ADVANCED ORTHO SOLUTIONS                 AESCULAP                                 AETNA, INC.
3203 KASHIWA ST                          PO BOX 780426                            PO BOX 14079
TORRANCE, CA 90505-4020                  PHILADELPHIA, PA 19178-0426              LEXINGTON, KY 40512-4079


AGILITI HEALTH, INC.                     (p)AIRGAS USA LLC                        ALEJANDRO SINGER MD
PO BOX 851313                            110 WEST 7TH STREET                      3611 SWISS AVE
MINNEAPOLIS, MN 55485-1313               SUITE 1300                               DALLAS, TX 75204-6245
                                         TULSA OK 74119-1106


ALIMED,INC.                              ALLEN FINES                              ALLEN MEDICAL SYSTEMS
PO BOX 206417                            137 GYPSUM VALLEY DRIVE                  100 DISCOVERY WAY
DALLAS, TX 75320-6417                    IDABEL, OK 74745-5141                    ACTON, MA 01720-4483
```

| | | |
|---|---|---|
| ALLERGAN USA, INC.<br>12975 COLLECTION CENTER DR<br>CHICAGO, IL 60693-0129 | ALLIANT STAFFING SERVICES<br>3 BETHESDA METRO CENTER STE 460<br>BETHESDA, MD 20814-6369 | AMELIA RAMIREZ<br>433 NW 20 STREET<br>GRAND PRAIRIE, TX 75050-3007 |
| AMERICAN MEDICAL ASSOCIATION<br>330 N. WABASH ABE STE 39300<br>CHICAGO, IL 60611-5885 | AMERICARE INFUSION CENTERS,LLC<br>2790 LAKE VISTA DRIVE<br>LEWISVILLE, TX 75067-3884 | AMERICORP FINANCIAL, LLC<br>PO BOX 633559<br>CINCINNATI, OH 45263-3559 |
| ANA MCDANIEL<br>PO BOX 1207<br>GRAPEVINE, TX 76099-1207 | ANESTHESIA ALLIANCE OF DALLAS<br>700 HIGHLANDER BLVD SUITE 415<br>ARLINGTON, TX 76015-4346 | ANESTHESIA ALLIANCE OF DALLAS,P.A<br>700 HIGHLANDER BLVD SUITE 415<br>ARLINGTON, TX 76015-4346 |
| ANESTHESIA ALLIANCE OF DALLAS,PA<br>700 HIGHLANDER BLVD SUITE 415<br>ARLINGTON, TX 76015-4346 | ANTHONY BERRY<br>420 PERSIMMON DR<br>GRAND PRAIRIE, TX 75052-2901 | ANTHONY BURCH<br>3000 MOOUNT CREEK PARKWAY<br>DALLAS, TX 75211-6700 |
| APRIL EATON<br>391 E LAS COLINAS BLVD #396<br>IRVING, TX 75039-6291 | APWU<br>PO BOX 1358<br>GLEN BURNIE, MD 21060-1358 | ARMSTRONG MEDICAL INDUSTRIES, INC.<br>575 KNIGHSBRIDE PKWY<br>LINCOLNSHIRE, IL 60069-3634 |
| ARTHREX INC.<br>PO BOX 403511<br>ATLANTA, GA 30384-3511 | ASCISTUS, LLC<br>3507 SCARSDALE ROAD<br>NASHVILLE, TN 37215-1813 | ASHLEIGH ABBOTT<br>1836 W DAVIS STREET<br>DALLAS, TX 75208-5411 |
| ASTURA MEDICAL<br>3186 LIONSHED AVE SUITE 100<br>CARLSBAD, CA 92010-4700 | (p)ATMOS ENERGY<br>P O BOX 650205<br>DALLAS TX 75265-0205 | ATT<br>PO BOX 277019<br>ATLANTA, GA 30384-7019 |
| ATT<br>PO BOX 5001<br>CARL STREAM, IL 60197-5001 | ATT<br>PO BOX 5019<br>CARL STREAM, IL 60197-5019 | ATT MOBILITY<br>PO BOX 650553<br>DALLAS, TX 75265-0553 |
| AUTOLOGOUS BLOOD TECHNOLOGY, LLC<br>906 W. MCDERMOTT DR SUITE 116-173<br>ALLEN, TX 75013-6510 | AXOGEN, INC.<br>13859 PROGERESS BLVD SUITE 100<br>ALACHUA, FL 32615-9403 | Americorp Financial, LLC<br>c/o Kristiana A. Ickes, VP Operations<br>877 South Adams Road<br>Birmingham, MI 48009-7026 |
| Andrew P. Price<br>Norton Rose Fulbright US LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095 | Arnold Shokouhi<br>McCathern, PLLC<br>3710 Rawlins Street, Suite 1600<br>Dallas, TX 75219-4258 | BALA GIRI, M.D.<br>2704 WELBORN UNIT G<br>DALLAS, TX 75219-4895 |

BARD ACCESS SYSTEM, INC.
PO BOX 75767
CHARLOTTE, NC 28275-0767

BASS SURGICAL, LLC
16206 MILL POINT
HOUTSON, TX 77059-5315

BAXTER CLEANCARE
114 E NIBLICK STREET
LONGVIEW, TX 75604-4120

BAXTER HEALTHCARE
ONE BAXTER PARKWAY
DEERFIELD, IL 60015-4633

BAXTER HEALTHCARE CORP
ONE BAXTER PARKWAY DF3-2E
DEERFIELD, IL 60015-4633

BAYER HEALTHCARE
1 BAYER DRIVE
INDIANOLA, PA 15051-9702

BEACON HILL STAFFING GROUP, LLC
PO BOX 846193
BOSTON, MA 02284-6193

BEACONMEDAES LLC
1059 PARAGON WAY
ROCK HILL, SC 29730-0121

BEATTY
9345 151ST AVE NW
REDMOND, WA 98052

BEAVER-VISITEC INTERNATIONAL,INC.
411 WEAVERLEY OAKS ROAD
WALTHAM, MA 02452-8422

BECKMAN COULTER, INC.
DEPT CH 10164
PALATINE, IL 60055-0164

(p)BEEKLEY CORPORATION
ONE PRESTIGE LANE
BRISTOL CT 06010-7454

BENITO DOMINGUEZ
3050 SERVER AVENUE
DALLAS, TX 75216

BETSY ROSS FLAG GIRLS, INC.
11005 GARLAND RD
DALLAS, TX 75218-2699

BIO-RAD LABORATORIES INC
PO BOX 849740
LOS ANGELAS, CA 90084-9740

BIOMET MICROFIXATION
75 REMITTANCE DRIVE SUTIE 3071
CHICAGO, IL 60675-3071

BIOTISSUE
8305 NW 27 STREET SUTIE 101
DORAL, FL 33122-1933

BONE FOAM, INC
20175 COUNTRY ROAD 50
CORNCORAN, MN 55340-9345

BONNIE HAYES
227 W LOUISIANA AVE
DALLAS, TX 75224-2224

BOSS INSTUMENTS LTD
104 SOMMERFIELD DRIVE
GORDONSVILLE, VA 22942-7009

BOSTON SCIENTIC NEUROMODULATION
PO BOX 952195
DALLAS, TX 75395-2195

BOSTON SCIENTIFIC CORPORATION
PO BOX 951653
DALLAS, TX 75395-1653

BRANDY FORD
701 PARTRIDGE LANE
WHITEHOUSE, TX 75791-5726

BRIAN STRAUS MD
400 W LBJ FREEWAY STE 330
IRVING, TX 75063-3717

BRUCE I PRAGER MD
1713 MESQUITE RD
SOUTHLAKE, TX 76092-5865

BURKS MEDICAL CONSULTING
2364 HWY287 N SUITE 119
MANSFIELD, TX 76063

BUSINESS INTERIRORS
1111 VALLEY VIEW LANE
DALLAS, TX 75240

Bill Liebbe
The Liebbe Firm
805 S. Broadway
Tyler, TX 75701-1609

Brant S. Miller
Law Office of Brant S. Miller
17503 La Cantera Pkwy., Suite 104-610
San Antonio, TX 78257-8207

C M R Partners, Ltd.
9080 Harry Hines Blvd., Suite 110
Dallas, TX 75235-1700

C M R Partners, Ltd.
c/o Echo Ridge, LLC
9080 Harry Hines Blvd., Suite 110
Dallas, TX 75235-1700

C.R. BARD INC.
PO BOX 75767
CHARLOTTE, NC 28275-0767

CALL MD
PO BOX 2487
HALLANDALE, FL 33008-2487

CANNEFAX CONSULTING
1066 OAK HOLLOW LANE
COMBINE, TX 75159-6265

CANTEEN REFRESHMENT SERVICES
PO BOX 417632
BOSTON, MA 02241-7932

CARDINAL
851 HENERIETTA CREEK RD
REANOKE, TX 76262-6309

CARDINAL HEALTH
3080 W-I20
GRAND PRAIRIE, TX 75052

CARDINAL HEALTH 108, INC
PO BOX 857384
DALLAS, TX 75284-7384

CAREFUSION 2200, INC.
25146 NETWORK PLACE
CHICAGO, IL 60673-1250

CARESTREAM HEALTH INC
DEPT CH 19286
PALATINE, IL 60055-9286

CARL ZEISS MEDITEC,INC.
PO BOX 100372
PASADENA, CA 91189-0372

CARTER BLOODCARE
PO BOX 916068
FORT WORTH, TX 76191-6068

CARTER BRYANT
600 ALABASTER PLACE
CEDAR HILL, TX 75104-1758

CASSANDRA LEWIS
153 BUSHEL LANE
DALLAS, TX 75241-5343

CDW GOVERNMENT LLC
230 N MILWAUKEE AVE
VERNON HILLS, IL 60061-4304

CEDRIC MAYS
7036 BETHLEHEM DRIVE
GRAND PRAIRIE, TX 75054-7258

CELIA GONZALEZ
7355 STONE PINE LN
HOUSTON, TX 77041-1724

CETERIX ORTHOPAEDICS
6500 KAISER DRIVER SUITE 120
FERMONT, CA 94555-3662

CHATONYA TATUM
6850 S COCKERELL HILL RD APT 1615
DALLAS, TX 75236-9612

CHEFWORKS
12325 KERRAN STREET
POWAY, CA 92064-6801

CHRIS GALLAGHER MD
5600 W. LOVERS LANE SUITE 116-289
DALLAS, TX 75209-4330

CHRIS MCNEIR
1209 VINCENT ST #306
FT WORTH, TX 76120-4112

CHRISTI HEARON
7290 ASH STREET
FRISCO, TX 75034-5305

CHRISTINA BARRYER
1306 PRESIDO AVE
DALLAS, TX 75216-5426

CHRISTOPHER WEBER
1313 GLENWOOD DR
AZLE, TX 76020-5156

CITY CAFE
5757 W Lovers Ln
Dallas, TX 75209-7113

(p)CITY OF DALLAS
C O CITY SECRETARYS OFFICE
DALLAS CITY HALL
1500 MARILLA STREET ROOM 5D SOUTH
DALLAS TX 75201-6390

CLEAVER BROOKS SALES & SERVICE
PO BOX 226865
DALLAS, TX 75222-6865

CLIA LABORATORY PROGRAM
11578 SORRENTO VALLEY RD
SAN DIEGO, CA 92121-1311

CLIA WAVIED,INC.
11578 SORRENTO VALLEY RD
SAN DIEGO, CA 92121-1311

| | | |
|---|---|---|
| CLIMATEC, LLC<br>PO BOX 51689<br>LOS ANGELAS, CA 90051-5989 | COKER GROUP HOLDINGS, LLC<br>2400 LAKEVIEW PARKWAY SUITE 400<br>ALPHARETTA, GA 30009-7938 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| CONFORMIS<br>PO BOX 392311<br>PITSSBURGH, PA 15251-9311 | CONMED LINVATEC<br>PO BOX 301231<br>DALLAS, TX 75303-1221 | COOK MEDICAL, LLC<br>22988 NETWORK PLACE<br>CHICAGO, IL 60673-1229 |
| COOK, INC.<br>22988 NETWORK PLACE<br>CHICAGO, IL 60673-1229 | COOPER SURGICAL<br>PO BOX 712280<br>CINCINNATI, OH 45271-2280 | CORA FRENCH<br>337 VALLEY PARK DR<br>GARLAND, TX 75043-2956 |
| CORAZON RAMIREZ<br>1935 MEDICAL DISTRICT DRIVE<br>DALLAS, TX 75235-7701 | CORIN USA LIMITED<br>12750 CITRUS PARK LANE SUITE 120<br>TEMPA, FL 33625-3784 | COVIDIEN<br>15 HAMPSHIRE STREET<br>MANSFIELD, MA 02048-1113 |
| COWBOY CAB COMPANY INC<br>PO BOX 150125<br>DALLAS, TX 75315-0125 | CPM MEDICAL CONSULTANTS, LLC<br>3004 NOTTINGHAM DRIVE<br>MCKINNEY, TX 75072-9087 | CPM Medical Consultants, LLC<br>c/o William McLaughlin<br>1565 N. Central Expwy., Suite 200<br>Richardson, TX 75080-3563 |
| CROWE HEALTHCARE RISK CONSULTING<br>PO BOX 74750<br>CHICAGO, IL 60694-4750 | CSA MEDICAL<br>91 HARTWELL AVENUE<br>LEXINGTON, MA 02421-3130 | CUSTOM GREENSCAPING INC<br>1780 HURD DR<br>IRVING, TX 75038-4324 |
| CYNTHIA THOMPSON<br>502 LONG RIDGE WAY<br>MURPHY, TX 75094-2619 | Cardinal Health<br>7000 Cardinal Place<br>Dublin, OH 43017-1091 | Compass Bank<br>132 Austin Avenue<br>Weatherford, TX 76086-3352 |
| Corporation Service Company<br>as Representative<br>PO Box 2576<br>UCCSPREP@CSCINFO.COM<br>Springfield, IL 62708-2576 | CrossFirst Bank<br>2021 McKinney Avenue, Suite 800<br>Dallas, TX 75201-3346 | DALLAS COUNTY HOSITAL DISTRICT LPPF<br>GOVERNMENT REIMBURSEMENT 8435 N. STEMMON<br>DALLAS, TX 75247-3900 |
| DALLAS MEDICAL CENTER<br>7 MEDICAL PARKWAY<br>FRAMERS BRANCH, TX 75234-7823 | DAMIEN MALLAT MD<br>11311 CONCEPT BLVD<br>LARGO, FL 33773-4908 | DANIELLE HALL<br>1802 RIDGEVIEW STREET<br>MESQUITE, TX 75149-1515 |
| DEBBIE AUSTIN<br>2006 CASSIDY LANE<br>CORINTH, TX 76210-6443 | DENA A PUCKETT<br>1908 SHADOW TRAIL<br>PLANO, TX 75075-7324 | DENTON REGIONAL MEDICAL CENTER<br>PO BOX 99400<br>LOUSIVILLE, KY 40269-0400 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICES CENTER<br>CINCINNATI, OH 45999-0009 | DEPUY MITEK<br>5972 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0059 | DEPUY SPINE SALES, L.P<br>5972 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0059 |
| DEPUY SYNTHES JOINT RECON, INC.<br>5972 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0059 | DEPUY SYNTHES SALES, INC<br>PO BOX 8538-662<br>PHILADELPHIA, PA 19171-0662 | DERIC GENTRY<br>4717 FLORIST<br>WICHITA FALLS, TX 76302-3305 |
| DEROYAL INDUSTRIES<br>MSC 30316 PO BOX 415000<br>NASHVILLE, TN 37241-0316 | DESIGNS FOR VISION<br>4000 VETERANS MEMEORIAL HWY<br>BOHENIA, NY 11716-1024 | DIGITAL AIR CONTROL, INC<br>11251 NORTHWEST FREEWAY SUITE 200<br>HOUSTON, TX 77092-6526 |
| DIRK RODRIGUEZ MD<br>7515 GREENVILE AVE SUITE 1030<br>DALLAS, TX 75231-3866 | DJO SURGICAL<br>9800 METRIC BLVD<br>AUSTIN, TX 78758-5445 | DORIS BENNETT<br>200 JELLISON BLVD # 705<br>DUNCANVILLE, TX 75116-5031 |
| DR SHIVANI PATEL<br>5323 Harry Hines Blvd<br>Dallas, TX 75390-7208 | DR. OLAYINKO OGUNRO<br>7989 W. VIRGINIA DR<br>DALLAS, TX 75237-3837 | DR. RICHARD ALEXANDER<br>306 E. RANDOL MILL ROAD #136<br>ARLINGTON, TX 76011-5841 |
| DSS DATA SHREDDING SERVICES<br>615 W 8TH STREET<br>HOUSTON, TX 77018 | DUTCH OPTHALMIC USA<br>10 CONTINENTAL DR BUILD 1<br>EXETER, NH 03833-7507 | Dallas County Tax Assessor-Collector<br>Attn:  John R. Ames<br>1201 Elm Street, Suite 2600<br>Dallas, TX 75270-2125 |
| David C. McCue<br>McCue-Pauley & Associates, P.C.<br>15150 Preston Road, Suite 200<br>Dallas, TX 75248-4878 | De Lage Landen Financial Services Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 | ECOLAB<br>PO BOX 32027<br>NEW YORK, NY 10087-2027 |
| ED McANALLEY M.D.<br>700 HIGHLANDER BLVD SUITE 415<br>ARLINGTON, TX 76015-4346 | ELITE DOCUMENT TECHNOLOGY<br>400 N PAUL ST 13TH FLOOR SUITE 1340<br>DALLAS, TX 75214-4528 | EMMA GRIGGS<br>210 MCMURRY AVE<br>DUNCANVILLE, TX 75116-3314 |
| ENDO CHOICE INC<br>PO BOX 200109<br>PITTSBURGH, PA 15251-0109 | ENTELLUS MEDICAL<br>3600 HOLLY LANE NORTH SUITE 40<br>PLYMOUTH, MN 55447-1286 | EPIMED INTERNATIONAL, INC<br>141 SAL LANDRIO DR CROSSROAD BUSINESS PA<br>JOHNSTON, NY 12095-3835 |
| EQUITABLE LIFE AND CASUALTY<br>PO BOX 2460<br>SALT LAKE CITY, UT 84110-2460 | ERBE USA, INCORPORATED<br>2225 NORTHWEST PARKWAY<br>MARIETTA, GA 30067-8764 | ERNEST FORSYTHE<br>7716 ROYAL LANE<br>DALLAS, TX 75230-3772 |

ERNST AND YOUNG
3712 SOLUTIONS CENTER
CHICAGO, IL 60677-3007

ESUTURES.COM
9645 WEST WILLOW LN
MOKENA, IL 60448-9394

EXACTECH
2320 NW 66TH COURT
GAINSVILLE, FL 32653-1630


EXCLUSION SCREENING, LLC
2121 WISCONSIN AVE NW SUITE C2E
WAHSINGTON, DC 20007-2264

EXTREMITY MEDICAL, LLC
300 INTERPACE PARKWAY SUITE 410
PARSIPPANY, NJ 07054-1148

Elizabeth M. Fraley
The Fraley Firm
901 Main Street, Suite 6300
Dallas, TX 75202-3721


Everbank Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054-7607

Everbank Commercial Finance, Inc.
10 Waterview Blvd., 2nd Floor
Parsippany, NJ 07054-7607

FEDERAL INSURANCE COMPANY
ATTN: LITIGATION MANAGEMENT UNIT CRUBB &
SIMSBURY, CT 06070


FEDEX
500 ROSS STREET LOCK BOX 360353 ROOM 154
PITTSBURGH, PA 15262-0001

FIRST CALL YOUR STAFFING SOURCE
PO BOX 819 LOCK BOX # 1
SPERRY, OK 74073-0819

FOLSOM METAL PRODUCTS, INC.
153 CAHABA VAKLEY PKWY
PELHAM, AL 35124-1144


FORESIGHT MEDICAL MANAGEMENT INC.
PO BOX 79
KITTERY PT, ME 03905-0079

(p)FORMFAST  LLC
13421 MANCHESTER RD SUITE 208
SAINT LOUIS MO 63131-1741

FORWARD ADVANTAGE
7255 N FIRST STREET SUITE 106
FRESNO, CA 93720-2972


FRANK FEIGENBAUM MD
9080 HARRY HINES BLVD SUITE 220
DALLAS, TX 75235-1700

FX SHOULDER USA
13465 MIDWAY ROAD SUITE 310
DALLAS, TX 75244-5183

First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5519


GARRATT CALLAHAN
50 INGLOLD ROAD
BURLINGAME, CA 94010-2206

(p)GE HEALTHCARE
3000 N GRANDVIEW BLVD
WAUKESHA WI 53188-1615

GENERAL HOSPITAL SUPPLY
2844 GRAY FOX ROAD
MONROE, NC 28110-8422


GERALDINE CHARLEBOIS
1721 E. BELTINE RD # 1323
COPPELL, TX 75019-9618

GI SUPPLY
PO BOX 45730
BALTIMORE, MS 21297-5730

GINNIE PRUITT
4809 HAYWOOD PKWY
DALLAS, TX 75232-1345


GLENN FRANK
312 RILEY CREEK PLACE
FORTH WORTH, TX 76115

GLENNA BGOSCHERT
4526 CRANST ST
GRAND PRAIRIE, TX 75052

GLOBUS MEDICAL
PO BOX 203329
DALLAS, TX 75320-3329


GODAT EQUITY LTD
10427 Lennox Lane
Dallas, TX 75229-6513

GOLDMAN, EVANS & TRAMELL LLC
10323 CROSS CREEK BLVD F
TEMPA, FL 33647-2988

GRAINGER
DEPT 865762843 PO BOX 419267
KANSAS CITY, MO 64141-6267

GRAY, REED & MCGRAW
1300 POST OAK BLVD SUITE 2000
HOUSTON, TX 77056-8000

GROUP ONE SERVICES
250 DECKER DRIVE
IRVING, TX 75062-2899

GULRUKH HOZRI
956 DUNKIRK LANE
ARLINGTON, TX 76017-6559

General Electric Capital Corporation
83 Wooster Heights Road
Danbury, CT 06810-7548

GlassRatner Advisory & Capital Group LLC
c/o Mark Shapiro
3500 Maple Avenue, Suite 350
Dallas, TX 75219-3970

HALYARD SALES,LLC
PO BOX 732583
DALLAS, TX 75373-2583

HANNAH MARSHALL
104 NW 6TH STREET
HUBBARD, TX 76648-2013

HEAD & SPINE INSTITUTE OF TEXAS, LL
PO BOX 731767
DALLAS, TX 75373-1767

HEALTHMARK GROUP
325 N SAINT PAUL STE 1650
DALLAS, TX 75201-3812

HEATHER SWIMM
2606 CEDAR ELM LANE
GARLAND, TX 75043-6025

HEMOSTATIX MEDICAL
8400 WOLF LAKE DRIVE #109
BARTLETT, TN 38133-4189

HIRED HANDS INC
PO BOX 55275
HUST, TX 76054-5275

HOLOGIC INC
24506 NETWORK PLACE
CHICAGO, IL 60673-1245

HUDSON ENERGY SERVICES LLC
PO BOX 142109
IRVING, TX 75014-2109

HUMANA MILITARY
PO BOX 7397
MADISON, WI 53707-7937

HYDROCISION
267 BOSTON ROAD STE 28
NORTH BILLERICA, MA 01862-2310

I.T.S. USA
1778 PARK AVENUE, NORTH SUITE 200
MAITLAND, FL 32751-6504

ICU MEDICAL SALES
PO BOX 848908
LOS ANGELAS, CA 90084-8908

IMP INNOVATIVE MEDICAL PRODUCTS,
87 SPRING LANE PO BOX 8028
PLAINVILLE, CT 06062-8028

IMPLANTCAST AMERICA LLC
13465 MIDWAY ROAD SUITE 310
DALLAS, TX 75244-5183

IN2BONES USA
6000 POPILAR AVE SUITE 115
MEMPHIS, TN 38119-0928

INDEMAND INTERPRETING
555 ANDOVER PARK W SUITE 201
TUKWILA, WA 98188-3346

INHUNG SONG
1501 RAHLING ROAD
LITTLE ROCK, AR 72223-4697

INNOVATION NEUROMONITORING
5000 ELDORADO PKWY STE 150-327
FRISCO, TX 75033-8695

INSIGHT INVESTMENTS LLC
260 N. CHARLES LINBERGH DR ATTN: INSIGHT
SALT LAKE CITY, UT 84116-2812

INSPERITY EMPLOYMENT SCREENING, LLC
PO BOX 841585
DALLAS, TX 75284-1585

INTEGRA LIFE SCIENCES CORP
PO BOX 404129
ATLANTA, GA 30384-4129

INTEGRATED ULTRASOUND CONSULTANTS,
PO BOX 34811
FORTH WORTH, TX 76162-4811

INTERFACE PEOPLE LP
2274 ROCKBROOK DR
LEWISVILLE, TX 75067-3894

INTERSECT ENT
1555 ADAM DRIVE
MENLO PARK, CA 94025-1439

| | | |
|---|---|---|
| INVUITY, INC<br>DEPT CH 19705<br>PALATINE, IL 60055-9705 | IPS ADVISORS<br>10000 N CENTRAL EXPWY STE 1100<br>DALLAS, TX 75231-2313 | IRMA MUNOZ<br>1829 AVENUE E<br>GRAND PRAIRIE, TX 75051-4524 |
| IRMA PEREZ<br>5383 SOUTHERN BLVD APT 237<br>DALLAS, TX 75240-4336 | Insight Investments, LLC<br>c/o Christopher M. Czaja, Exec. VP<br>611 Anton Boulevard, Suite 700<br>Costa Mesa, CA 92626-7050 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JAMES WILSON<br>3402 UNIVERSITY DR<br>ROWLETT, TX 75088-5644 | JAMIE JENNINGS<br>340 PARK BROOK DRIVE<br>DALLAS, TX 75218-1152 | JANEY BOSWOOD<br>10951 STONE CANYON<br>DALLAS, TX 75230-6206 |
| JANI KING<br>4535 SUNBELT DRIVE<br>ADDISON, TX 75001-5205 | JILL STOLL<br>1409 S LAMAR ST #956<br>DALLAS, TX 75215-6856 | JODY BLAYLOCK<br>6204 GETTYSBURG DR<br>ARLINGTON, TX 76002-2750 |
| JOHN SANDERS<br>515 AVENUE G<br>DALLAS, TX 75203-3524 | JOHNSON & JOHNSON HEALTHCARE<br>5972 COLLECTINS SIR<br>CHICAGO, IL 60693-0001 | JOHNSON & ROUNDTREE<br>PO BOX 2625<br>DEL MAR, CA 92014-5625 |
| JOHNSON & ROUNDTREE<br>PO BOX 301599<br>DALLAS, TX 75303-1599 | JOHNSON & ROUNTREE<br>LBOX #1007 PO BOX 4829<br>HOUSTON, TX 77210-4829 | JOIMAX,INC<br>14 GOODYEAR SUITE 145<br>IRVING, CA 92618-3759 |
| JOINT RESTORATION FOUNDATION<br>JFR ORTHO 6746 S REVERE PKW STE B-125<br>CENTENNIAL, CO 80112-6754 | JORDAN MOORE<br>2707 COLE AVE #210<br>DALLAS, TX 75204-1036 | JOSE DUQUE<br>3104 W NORTHGATE DRIVE #1030<br>IRVING, TX 75062-9361 |
| JOSEPH VIROSLAV, MD<br>10100 N CENTRAL EXPWY SUITE 560<br>DALLAS, TX 75231-4114 | JUAN CARRASCO-OROZCO<br>1628 ROSSON ROAD<br>LITTLE ELM, TX 75068-8530 | JUSTIN PERRY<br>6467 MELODY LN APT 2059<br>DALLAS, TX 75231-7778 |
| Jeffrey W. Ryan<br>Chamblee Ryan, P.C.<br>2777 Stemmons Frwy., Suite 1157<br>Dallas, TX 75207-2506 | John Alexander, M.D.<br>11970 North Central Expwy., Suite 600<br>Dallas, TX 75243-3787 | John T. Cox III<br>Lynn Pinker Cox & Hurst, LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, TX 75201-7919 |
| K2 Capital Group LLC<br>6500 City West Parkway, Suite 401<br>Eden Prairie, MN 55344-7732 | KARL STORZ ENDOSCOPY-AMERICA, INC.<br>2151 E GRAND AVE<br>EL SEGUNDO, CA 90245-5017 | KCI USA Inc.<br>PO BOX 301557<br>DALLAS, TX 75303-1557 |

KEY SURGICAL
PO BOX 74809
CHICAGO, IL 60694-4809

KIMBERLY BENGTSON
2502 LIVE OAK ST #327
DALLAS, TX 75204-5609

KRISTI TROPP
1510 WINTERBROOK CT
ALLEN, TX 75002-2645

KRISTY HENDRICKS
227 COLD DRIVE
WAXAHACHIE, TX 75165-5358

Key Equipment Finance,
a Division of Keybank National Assoc.
1000 S. McCaslin Blvd.
Louisville, CO 80027-9441

LABCORP
PO BOX 12140
BURLINGTON, NC 27216-2140

LANAIR GROUP LLC
620 N BRAND BLVD 6TH FLOOW
GLENDALE, CA 91203-3216

LARRY MACY
134 OAK BRANCH TRAIL
WAXAHACHIE, TX 75167

LARRY ONEAL
502 FREEMAN ST
MESQUITE, TX 75149-4713

LCA Bank Corporation
1375 Deer Valley Drive, Suite 218
Park City, UT 84060-5236

LEBANON HOLDINGS LLC
6988 LEBANON ROAD STE 102
FRISCO, TX 75034-6743

LIFE NET HEALTH
PO BOX 79636
BALTIMORE, MD 21279-0636

LILLIAN OCHS
4111 BROOKPORT DRIVE
GRAND PRAIRIE, TX 75229-5354

LIMA, USA, INC.
2001 NORTH GREEN OAKS BLVD SUITE 100
ARLINGTON, TX 76006-2601

LINDA FENNELL
1320 COLUMBINE CT
ARLINGTON, TX 76013-5002

LIQUIDAGENTS HEALTHCARE, LLC
PO BOX 206831
DALLAS, TX 75320-6831

LONDON HOOKER
650 LEORA LN APT 1717
THE COLONY, TX 75056-3975

LONE STAR COMMUNICATIONS, INC
1414 POST&PADDOCK SUITE 200
GRAND PRARIE, TX 75050-1296

LUMIN MEDICAL
9809 S. FRANKLIN DR SUITE 301
FRANKLIN, WI 53132-8885

LUZ GONZALEZ
409 GRAYWOOD CT
COPPELL, TX 75019-7551

LYNNE ARMSTRONG
501 W SHORE DR
RICHARDSON, TX 75080-5008

MABLE JONES
1022 SUFFOLK LANE
CEDAR HILL, TX 75104-4112

MAINE STANDARDS
221 US ROUTE 1
CUMBERLAND FORESIDE, ME 04110-1345

MARILYN SALVADOR
1602 JOHN SMITH DRIVE
FORTH WORTH, TX 76114

MARJORIE MARTIN
1432 GRAND TETON DR
DALLAS, TX 75115-2937

MARK HAWKINS
806 W MAIN ST
MARLOW, OK 73055-2452

MARK MURPHY
3033 BARDIN ROAD #201
GRAND PRAIRIE, TX 75052-3861

MARK YEATTS
1308 CATES STREET
BRIDGPORT, TX 76426-3139

MARKETLAB, INC
DEPT 2506 PO BOX 11407
BIRINGHAM, AL 35246-2506

MARTHA MADRIGAL
5032 BRITTON RIDGE LANE
FORTH WORTH, TX 76179-4293

| | | |
|---|---|---|
| MARY CARROL<br>1206 GLENWICK LANE<br>IRVING, TX 75060-5040 | MCCONNELL ORTHOPEDIC MFG.<br>PO BOX 8306<br>GREENVILLE, TX 75404-8306 | MED SHOP TOTAL CARE PHARMACY INC.<br>470 E LOOP 281<br>LONGVIEW, TX 75605-7939 |
| MEDACTA USA<br>PO BOX 848515<br>LOS ANGELAS, CA 90084-8515 | MEDADVANTAGE- ADVANTUM HEALTH<br>500 WEST JEFFERSON STREET SUITE 2310<br>LOUISVILLE, KY 40202-2881 | MEDICAL DISCS<br>4775 MOUNT DURBAN DRIVE<br>SAN DIEGO, CA 92117-4838 |
| MEDICAL MANAGEMENT SOLUTION, LLC<br>PO BOX 25232<br>DALLAS, TX 75225-1232 | MEDICAL PRODUCTS RESOURCE<br>917 LONE OAK ROAD SUITE 1000<br>EAGAN, MN 55121-2266 | MEDISOLV<br>10440 LITTLE PATUXENT PARKWAY SUTE 1000<br>COLUMBIA, MD 21044-3630 |
| (p)MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060-4486 | MEDSTAR HOLDINGS, LLC<br>2300 W MCDERMOTT STE 200-199<br>PLANO, TX 75025-7016 | MEDTRONIC<br>PO BOX 848086<br>DALLAS, TX 75284-8086 |
| MEDTRONIC (AQUAMANTIS)<br>PO BOX 848086<br>DALLAS, TX 75284-8086 | MEDTRONIC CARDIO-VASCULAR SERVICE<br>7611 NORTHLAND DRIVE NORT<br>BROOKLYN PARK, MN 55428-1088 | MEDTRONIC SPINE<br>PO BOX 848086<br>DALLAS, TX 75284-8086 |
| MEDTRONIC USA<br>PO BOX 848086<br>DALLAS, TX 75284-8086 | MEDTRONIC USA INC (PAIN & PACEMKR)<br>PO BOX 848086<br>DALLAS, TX 75284-8086 | MEDUSA GROUP<br>DOMINON PLAZA 17304 PRESTON ROAD SUITE 8<br>DALLAS, TX 75252-5618 |
| MENTOR WORLDWIDE LLC<br>15600 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0001 | MERGE HEALTHCARE<br>PO BOX 205824<br>DALLAS, TX 75320-5824 | MERRY X-RAY CORPORATION<br>4909 MURPHY CANYON RD SUITE 120<br>SAN DIEGO, CA 92123-4300 |
| MICHAEL BARBER<br>PO BOX 2424<br>DESOTO, TX 75123-2424 | MICROAIRE SURGICAL INSTRUMENTS, LLC<br>LOCKBOX 9656<br>CHICAGO, IL 60693-0001 | MICROPORT ORTHOPEDICS<br>PO BOX 842005<br>DALLAS, TX 75284-2005 |
| MIDAMERICAN ENERGY SERVICES,<br>PO BOX 8019<br>DANVENPORT, IA 52808-9900 | MIKE PAUP<br>624 BROWING DR<br>ARLINGTON, TX 76010-7510 | MIRION TECHNOLOGIES (GDS) INC<br>PO BOX 101301<br>PASADENA, CA 91189-0005 |
| MIZUHO OSI<br>DEPT CH 16977<br>PALATINE, IL 60055-6977 | MOBILE MINI I, INC.<br>PO BOX 650882<br>DALLAS, TX 75265-0882 | MOBILE SURGICAL TECHNOLOGIES<br>17817 DAVENPORT STE 315<br>DALLAS, TX 75252-5965 |

| | | |
|---|---|---|
| MODERN BIOMEDICAL SERVICES, INC.<br>PO BOX 676165<br>DALLAS, TX 75267-6165 | MONTEREY ROCHESTER<br>6825 LARMANDA ST 135<br>DALLAS, TX 75231-7147 | MORRISON HEALTHCARE<br>PO BOX 102289<br>ATLANTA, GA 30368-2289 |
| MRS ORTHO LLC<br>6367 MCCOMMAS BLVD<br>DALLAS, TX 75214-3035 | MUSCULOSKELETAL TRANSPLANT FOUDATN<br>125 MAY STREET<br>EDISON, NJ 08837-3264 | MUTUAL OF OMAHA<br>14131 MIDWAY RD STE 1010<br>ADDISON, TX 75001-3646 |
| MYRNA GODIER<br>1106 DEER RIDGE<br>DUNCANVILLE, TX 75137-3640 | MYRON DARBEY<br>113 WHITEWATER TRAIL<br>DESOTO, TX 75115-5451 | Mark A. Haney<br>Puls Haney, PLLC<br>301 Commerce Street, Suite 2900<br>Fort Worth, TX 76102-4152 |
| Mark E. Torian<br>Bradley Arant Boult Cummings LLP<br>4400 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX 75270-2102 | McKesson MEDICAL SURGICAL<br>PO BOX 933027<br>ATLANTA, GA 31193-3027 | Med One Capital Funding - Texas L.P.<br>10712 S. 1300 East<br>Sandy, UT 84094-5094 |
| Med One Capital Funding, LLC<br>10712 S. 1300 East<br>Sandy, UT 84094-5094 | MedUSA Group, LLC<br>c/o William McLaughlin<br>1565 N. Central Expwy., Suite 200<br>Richardson, TX 75080-3563 | Medical Management Solutions, LLC<br>408 Black Castle Drive<br>The Colony, TX 75056-5605 |
| Michelle Bland<br>6837 Roberts Lane<br>Fort Worth, TX 76140-8441 | NATIONAL BILLING PARTNERS<br>PO BOX 202530<br>AUSTIN, TX 78720-2530 | NATIONAL NEUROMONITORING-DFW<br>1141 N LOOP 1604 E #105-612<br>SAN ANTONIO, TX 78232-1339 |
| NATUS MEDICAL, INC.<br>PO BOX 3604<br>CARL STREAM, IL 60132-3604 | NAVIN, HAFFTY & ASSOCIATES<br>1900 WEST PARK DR SUITE 180<br>WESTBROUGH, MA 01581-3919 | NEUROPHYSIOLOGY ASSOCIATES, LLC<br>PO BOX 6766<br>ATHENS, GA 30604-6766 |
| NEVRO CORP.<br>1800 BRIDGE PKWY<br>REDWOOD CITY, CA 94065-1164 | NEW PIG CORPORATION<br>ONE PORK AVE<br>TIPTON, PA 16684 | NOBILIS HEALTH<br>8080 PARK LANE SUITE 400<br>DALLAS, TX 75231-5926 |
| NUVASIVE CLINICAL SERVICES<br>PO BOX 50678<br>LOS ANGELAS, CA 90074-0678 | NUVECTRA CORPORATION<br>PO BOX 123565<br>DALLAS, TX 75312-3565 | Nathan Cox<br>Thiebaud Remington Thornton Bailey LLP<br>Two Energy Square<br>4849 Greenville Avenue, Suite 1150<br>Dallas, TX 75206-4192 |
| National Billing Partners, LLC<br>c/o Nancy Moore<br>4515 Seton Center Parkway, Suite 240<br>Austin, TX 78759-5784 | OFFICE OF THE SECRETARY OF STATE<br>PO BOX 13697<br>AUSTIN, TX 78711-3697 | OLYMPUS AMERICA INC<br>DEPT 0600 PO BOX 120600<br>DALLAS, TX 75312-0600 |

| | | |
|---|---|---|
| OMNICELL INC<br>PO BOX 204650<br>DALLAS, TX 75320-4650 | ONX USA LLC<br>5900 LANDBROOK DR SUITE 100<br>MAYFIELD HEIGHTS, OH 44124-4085 | ORASURE TECHNOLOGIES, INC.<br>PO BOX 780518<br>PHILADELPHIA, PA 19178-0518 |
| ORTHALIGN, INC.<br>120 COLUMBIA SUITE 500<br>ALISO VIEJO, CA 92656-4107 | OSTEOMED CORP<br>2241 COLLECTION CENTER DR<br>CHICAGO, IL 60693-0001 | Olympus America Inc.<br>c/o John D. Parson, Vice President FS<br>3500 Corporate Parkway<br>Center Valley, PA 18034-8229 |
| Optumhealth Bank, Inc.<br>2525 Lake Park Blvd.<br>Salt Lake City, UT 84120-8230 | PALM HARBOR MEDICAL, INC.<br>3015 RIDGELINE BLVD BUILDING A<br>TRAPON SPRINGS, FL 34688-9105 | PARADIGM BIO DEVICES<br>PO BOX 518<br>NORWALL, MA 02061-0518 |
| PARAGON28<br>4B INVERNESS COURT EAST SUITE 280<br>ENGLEWOOD, CA 80112-5329 | PARK AVENUE CAPITAL LLC<br>220 FLETCHER AVE STE 506<br>FORT LEE, NJ 07024-5063 | PARTNERS SURGICAL OF PINE CREEK<br>220 POST OAK BLVD SUITE 1525<br>HOUSTON, TX 77056 |
| PARTS SOURCE, INC.<br>PO BOX 645186<br>CINCINNATI, OH 45264-5186 | PATIENTCO HOLDINGS, INC.<br>3333 PIEDMOND RD NE SUITE 600<br>ATLANTA, GA 30305-1714 | PATSY TIMBS<br>3104 WALNUT HILL<br>DALLAS, TX 75229-5810 |
| PAULINE TAMEZ<br>1909 SURREY CIRCLE<br>GRAND PRAIRIE, TX 75050-6330 | PEOPLE 2.0 GLOBAL LP<br>PO BOX 536853<br>ATLANTA, GA 30353-6853 | PHILIPS HEALTHCARE<br>PO BOX 100355<br>ATLANTA, GA 30384-0355 |
| PHYSICIAN SYNERGY GROUP, LLC<br>5605 N MacArthur Blvd, Suite 310<br>Irving, TX 75038-2651 | PINE CREEK SPV, LLC<br>9032 Harry Hines Blvd<br>Dallas, TX 75235-1720 | PINNACLE MEDICAL SUPPLY<br>6303 N WICKHAM RD STE 130-388<br>MELBOURNE, FL 32940 |
| PITNEY BOWES GLOBAL FINANCIAL<br>PO BOX 371877<br>PITTSBURGH, PA 15250-7887 | PMT CORPORATION<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 | PNC EQUIPMENT FINANCE LLC<br>PO BOX 51657<br>LOS ANGELAS, CA 90051-5957 |
| PRECISION DYNAMICS CORPORATION,<br>PO BOX 71549<br>CHICAGO, IL 60694-1995 | PRESTONWOOD ANESTHESIA<br>2501 HERBRON PARKWAY SUITE 100C<br>CARROLLTON, TX 75010-4468 | PROPATH Lab SERVICES, LLP<br>DEPT 41074 PO BOX 660811<br>DALLAS, TX 75266-0811 |
| PROVIDENCE MEDICAL TECHNOLOGY,INC.<br>PO BOX 74008711<br>CHICAGO, IL 60674-7400 | PSG Mid-Cities Medical Center, LLC<br>5605 North Macarthur Blvd.<br>Irving, TX 75038-2617 | PSG-PINE CREEK MANAGEMENT, LLC<br>BBVA Compass Plaza 2200 Post Oak Blvd, S<br>Houston, TX 77056 |

| | | |
|---|---|---|
| Peak, LLC, as Representative<br>170 West Shirley Avenue, Suite 207<br>Warrenton, VA 20186-3083 | Physician Synergy Group, LLC<br>5605 North Macarthur Blvd.<br>Irving, TX 75038-2651 | Prime Alliance Bank<br>1868 South 500 West<br>Woods Cross, UT 84010-7453 |
| QUEST DIAGNOSTICS<br>PO BOX 841725<br>DALLAS, TX 75284-1725 | R&D SYSTEMS<br>614 MCKINLEY PLACE NE<br>MINNEAPOLIS, MN 55413-2647 | RACKSPACE<br>PO BOX 730759<br>DALLAS, TX 75373-0759 |
| RADIOLOGY ASSOCIATES OF<br>816 W CANNON STREET<br>FORTH WORTH, TX 76104-3194 | RADNTX C/O<br>816 W CANNON STREET<br>FORTH WORTH, TX 76104-3146 | RAJANIKANTH ERRABELLY<br>1024 SAN JACINTO DR #1627<br>IRVING, TX 75063-8331 |
| RAMON LOPEZ<br>5505 JANET LANE<br>COLLEYVILLE, TX 76034-5590 | RAPID ORTHOPEDIC<br>3810 MELCER DR STE 103<br>ROWLETT, TX 75088-4039 | REGINA NELSON<br>4791 W LEBETTER DR #1902<br>DALLAS, TX 75236-1537 |
| RELAY HEALTH, INC.<br>PO BOX 98347<br>CHICAGO, IL 60693-8347 | RICHARD ALEXANDER, MD<br>306 E. RANDOL MILL ROAD #136<br>ARLINGTON, TX 76011-5841 | RICOH USA, INC.<br>PO BOX 660342<br>DALLAS, TX 75266-0342 |
| ROBERT HALF TECHNOLOGY<br>PO BOX 743295<br>LOS ANGELAS, CA 90074-3295 | ROCHE DIAGNOSTICS CORPORATION<br>PO BOX 660367<br>DALLAS, TX 75266-0367 | ROGER HAMILTON<br>2025 LAKEPOINTE DRIVE #3F<br>LEWISVILLE, TX 75057-6416 |
| RONALD PATTERSON<br>316 FOREST GROVE DRIVE<br>RICHARDSON, TX 75080-1936 | ROSA GOBEA<br>3315 NW 31ST STREET<br>FORTH WORTH, TX 76106-3417 | Ricoh USA, Inc.<br>70 Valley Stream Parkway<br>Malvern, PA 19355-1407 |
| Roland Witherspoon<br>The Witherspoon Law Group, PLLC<br>7290 Crosswater Drive<br>Tyler, TX 75703-0659 | Ryan A. Starnes<br>Libby Sparks Willis Starnes PLLC<br>5950 Berkshire Lane, Suite 200<br>Dallas, TX 75225-5865 | SAINT CAMILLUS MEDICAL CENTER<br>1612 HURST TOWN CENTER DRIVE<br>HUST, TX 76054-6236 |
| SAMANTHA C GARRISON<br>103 W. WHITEWRIGHT ROAD<br>SAVOY, TX 75479 | SAMANTHA SCAMARDO<br>6421 NIMTZ<br>FORTH WORTH, TX 76114-3501 | SANGEA LOWE<br>11345 NEWKIRK STREET #1084<br>DALLAS, TX 75229-3215 |
| SBS ADMINISTRATIVE SERVICES<br>8502 HUEBNER STE 300<br>SAN ANTONIO, TX 78240-2466 | SCULPT MARKETING<br>7312 LOUETTA RD B118 #218<br>SPRING, TX 77379-6175 | SEAN HARRIS<br>4062 N BELTLINE ROAD # 201<br>IRVING, TX 75038-8505 |

| | | |
|---|---|---|
| SEASPINE SALES LLC<br>PO BOX 207146<br>DALLAS, TX 75320-7146 | SENTINAL PLAN LIFE INS.<br>PO BOX 981710<br>EL PASO, TX 79998-1710 | SHAHINA BEGUM<br>8257 RANCH VIEW DR #3109<br>IRVING, TX 75063-9309 |
| SHERWIN WILLIAMS<br>3412 OAK LAWN AVENUE<br>DALLAS, TX 75219-4214 | SIEMENS FINANCIAL SERVICES<br>PO BOX 2083<br>CARL STREAM, IL 60132-2083 | SIEMENS MEDICAL SOLUTIONS USA, INC.<br>PO BOX 120001-DEPT 0733<br>DALLAS, TX 75312-0733 |
| SIGNATURE GARMENT CARE<br>4830 LAKAWANA STREET<br>DALLAS, TX 75247-6724 | SILVERLEAF SURGICAL LLC<br>1514 CARNATION STREET<br>PROSPER, TX 75078-9778 | SKELETAL DYNAMICS LLC<br>LOCKBOX 9492 PO BOX 70280<br>PHILADELPHIA, PA 19139-9492 |
| SLR MEDICAL CONSULTING<br>4100 HARRY HINES SUITE 300<br>DALLAS, TX 75219-3207 | SMART CARE EQUIPMENT SOLUTIONS<br>PO BOX 74008980<br>CHICAGO, IL 60674-8980 | SMARTSURG MEDICAL SUPPLY LLC<br>14665 MIDWAY RD SUITE 140<br>ADDISON, TX 75001-3937 |
| SMITH & NEPHEW CAPITAL<br>6500 CITY PARKWAY STE 401<br>EDEN PRARIE, MN 55344 | SMITH AND NEPHEW INC.<br>5600 CLEARFORK MAIN STREET SUITE 600<br>FORTH WORTH, TX 76109-3558 | SMITH AND NEPHEW ORTHOPAEDICS<br>PO BOX 205651<br>DALLAS, TX 75320-5651 |
| SMITH AND NEPHEW, INC<br>PO BOX 951605<br>DALLAS, TX 75395-1605 | SMITH MEDICAL ASD INC.<br>PO BOX 7247-7784<br>PHILADELPHIA, PA 19170-7784 | SPINAL ELEMENTS<br>DEPT 3885 PO BOX 123885<br>DALLAS, TX 75312-3885 |
| SPINAL ELEMENT (AMENDIA)<br>DEPT 3885 PO BOX 123885<br>DALLAS, TX 75312-3885 | SPINE FRONTIER<br>350 MAIN STREET 3RD FLOOR<br>MALDEN, MA 02148-5089 | SPINE STAR, LLC<br>908 AUDELLIA RD STE 200 PMB 338<br>RICHARDSON, TX 75081-5150 |
| SPINE WAVE, INC<br>PO BOX 347418<br>PITTSBURGH, PA 15251-4418 | SPINEART USA INC<br>8583 IRVINE CENRTER DRIVE #205<br>IRVING, CA 92618-4298 | STACY SYSTEMS INC<br>501 POST OAK DR<br>NEWARK, TX 76071-3140 |
| STAR DELIVERY<br>PO BOX 3613<br>HOUSTON, TX 77253-3613 | STATE FARM MUTUAL AUTOMOBILE<br>PO BOX 339403<br>GREENLEY, CO 80633-9403 | STELKAST<br>PO BOX 640773<br>PITTSBURGH, PA 15264-0773 |
| STEPHEN SEXTON<br>104 PALMINO ST<br>CRANDALL, TX 75114-2310 | STERICYCLE<br>PO BOX 6575<br>CAROL STREAM, IL 60197-6575 | STERIS INSTRUMENT MANAGEMENT<br>PO BOX 531809<br>ATLANTA, GA 30353-1809 |

| | | |
|---|---|---|
| STERIS Instrument Management Svcs.<br>PO BOX 531809<br>ATLANTA, GA 30353-1809 | STEVE ALLEN<br>3118 OVERLOOK CIRCLE<br>LEWISVILLE, TX 75077-1839 | STRYKER COMMUNICATIONS<br>22491 NETWORK PLACE<br>CHICAGO, IL 60673-1224 |
| STRYKER ENDOSCOPY<br>PO BOX 93276<br>CHICAGO, IL 60673-3276 | STRYKER FLEX FINANCIAL<br>25652 NETOWRK PLACE<br>CHICAGO, IL 60673-1256 | STRYKER INSTRUMENTS<br>PO BOX 70119<br>CHICAGO, IL 60673-0119 |
| STRYKER ORTHOPAEDICS<br>PO BOX 93213<br>CHICAGO, IL 60673-3213 | STRYKER SALES CORPORATION<br>PO BOX 93276<br>CHICAGO, IL 60673-3276 | STRYKER SPINE<br>21912 NETWORK PLACE<br>CHICAGO, IL 60673-1912 |
| SUPERIOR VISION INSURANCE, INC.<br>PO BOX 201389<br>DALLAS, TX 75320-1839 | SURGENTEC, LLC<br>7601 N. FEDERAL HIGHWAY SUITE 150A<br>BOCA RATON, FL 33487-1663 | SURGICAL NOTES, MDP, LP<br>3100 MONTICELLO AVE SUITE 450<br>DALLAS, TX 75205-3406 |
| SYNERGY SURGICAL<br>701 E PLANO PKWY STE 506<br>PLANO, TX 75074-6758 | SYNTER RESOURCE<br>5935 Rivers Ave, Ste 102<br>Charleston, SC 29406-6071 | Saint Camillus Medical Center<br>5605 North Macarthur Blvd.<br>Irving, TX 75038-2617 |
| Smith & Nephew Capital<br>c/o Stephen V. Alpeter, COO<br>6500 City West Parkway, Suite 401<br>Eden Prairie, MN 55344-7732 | Softchoice Corporation<br>314 W. Superior, Suite 301<br>Chicago, IL 60654-3538 | Spirit Master Funding II, LLC<br>2727 N. Harwood Street, Suite 300<br>Dallas, TX 75201-2407 |
| Spirit Master Funding II, LLC<br>c/o Sarah A. Kubiak, Esq.<br>16767 North Perimeter Drive, Suite 210<br>Scottsdale, AZ 85260-1062 | Stryker Sales Corporation<br>c/o Devon Ivy<br>1901 Romence Road Parkway<br>Portage, MI 49002-3672 | Stryker Sales Corporation<br>c/o Lucas Wilson<br>1901 Romence Road Parkway<br>Portage, MI 49002-3672 |
| TECH PLAN INC.<br>717 TAYLOR DRIVE<br>PLANO, TX 75074-6778 | TEXAS TECH UNIVERSITY HEALTH<br>SCIENCE CENTER 3601 4TH STREET MS 7755<br>LUBBOX, TX 79430 | THE DRS NO 1 FLP<br>5903 TWINS COVES<br>DALLAS, TX 75248-3856 |
| THE STAYWELL COMPANY,LLC<br>PO BOX 90477<br>CHICAGO, IL 60696-0477 | THYSSENKRUPP ELEVATOR CORP<br>PO BOX 933004<br>ATLANTA, GA 31193-3004 | TIME WARNER CABLE<br>PO BOX 60074<br>CITY OF INDUSTRY, CA 91716-0074 |
| TIMOTHY THOMASON MD<br>4008 MARQUETTE STREET<br>DALLAS, TX 75225-5433 | TITAN ORTHOPAEDIC SALE<br>16175 ADDISON ROAD<br>ADDISON, TX 75001-3252 | TITAN SPINE, INC.<br>6140 W. EXECUTIVE DRIVE SUITE A<br>MEQUON, WI 53092-4499 |

| | | |
|---|---|---|
| TITAN TECH, INC.<br>PO BIOX 822184<br>NORTH RICHLAND HILLS, TX 76182-2184 | TONYA MOORE<br>919 VEDRAL<br>CEDAR HILL, TX 75104-4762 | TORNIER INC<br>PO BOX 4631<br>HOUSTON, TX 77210-4631 |
| TRACY BARKER<br>6517 FALCON STREET<br>ROWLETT, TX 75089-8299 | TRACY HARRIS<br>415 THRUSH AVE<br>DUNCANVILLE, TX 75116-2743 | TRANSITION MEDICAL EQUIPMENT<br>15 MIRROR RIDGE DRIVE<br>THE WOODLANDS, TX 77382-2507 |
| TRANSPLANT SERVICES CENTER<br>5323 HARRY HINES BLVD<br>DALLAS, TX 75390-2609 | TRICE MEDICAL<br>PO BOX 392743<br>PITTSBURGH, PA 15251-9747 | TRIMED<br>PO BOX 55189<br>VELENCIA, CA 91385-0189 |
| TRITIN MEDICAL DISTRIBUTION<br>112 N 8TH STREET SUITE A<br>MIDLOTHIAN, TX 76065-2976 | TYPENEX MEDICAL, LLC<br>303 E WACKER DRIVE SUITE 1030<br>CHICAGO, IL 60601-5216 | Tatum<br>PO BOX 847872<br>DALLAS, TX 75284-7872 |
| Teresa West<br>c/o Bill Liebbe<br>The Liebbe Firm<br>805 S. Broadway<br>Tyler, TX 75701-1609 | Texas Workforce Commission<br>Tax-Collections<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Theia Capital II, LLC<br>951 Yamato Road, Suite 160<br>Boca Raton, FL 33431-4432 |
| U.S. Bank Equipment Finance<br>a Division of U.S. Bank National Assoc.<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | U.S. Infusion Inc.<br>4904 WILLIAMS RD<br>BENBROOK, TX 76116-8816 | ULRICH MEDICAL USA<br>18221 EDISON AVE<br>CHESTERFIELD, MO 63005-3703 |
| UNI FORMS AND SERVICES<br>816 RIDGEFIELD DR<br>PLANO, TX 75075-8717 | UNITED LABORATORIES<br>PO BOX 410<br>ST CHARLES, IL 60174-0410 | UNUM LIFE INSURANCE COMPANY<br>PO BOX 409548<br>ATLANTA, GA 30384-9548 |
| UPS FREIGHT<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | VALERA MOON<br>1722 SANTA CRUZ<br>GRAND PRAIRIE, TX 75051-4433 |
| VALLEY SURGICAL, INC<br>633 S ANDREWS AVE SUITE 400<br>FORT LAUDERDALE, FL 33301-2825 | VAXSERVE, INC<br>12566 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0001 | VERATHON MEDICAL<br>PO BOX 935117<br>ATLANTA, GA 31193-5117 |
| VERSACOR<br>PO BOX 93809<br>SOUTHLKAKE, TX 76092-0117 | VERTIV SERVICES, INC<br>PO BOX 70474<br>CHICAGO, IL 60673-0474 | VICTORIA GREGG-IRVING<br>7434 SANDHURST LAND<br>NORTH RICHLAND HILLS, TX 76182-4523 |

| | | |
|---|---|---|
| VILEX, INC.<br>111 MOFFITT STREET<br>MCMINNVILLE, TN 37110-2235 | VYAIRE MEDICAL, INC<br>26125 NORTH RIVERWOODS BLVD<br>METTAWA, IL 60045-3422 | Varilease Finance, Inc.<br>6340 South 3000 East, Suite 400<br>Salt Lake City, UT 84121-5572 |
| Vonetta Carter<br>7290 Crosswater Drive<br>Tyler, TX 75703-0659 | WALLACE BEAVERS<br>130 GREER RD<br>POLLOCK, LA 71467-4145 | WASTE CONNECTIONS OF TEXAS<br>PO BOX 742692<br>CINCINNATI, OH 45274-2695 |
| WERFEN USA, LLC<br>PO BOX 347934<br>PITTSBURGH, PA 15251-4934 | WHITNEY SAWYER<br>627 WESTWOOD DRIVE<br>RICHARDSON, TX 75080-5619 | WINTHROP RESOURCES CORPORATION<br>11110 WAYZATA BOULVARD SUITE 800<br>MINETONKA, MN 55305 |
| WOLTERS KLUWER HEALTH INC<br>62526 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0625 | WRIGHT MEDICAL<br>PO BOX 503482<br>ST. LOUIS, MO 63150-3482 | Wendy H. Hermes<br>Thiebaud Remington Thornton Bailey LLP<br>4849 Greenville Avenue, Suite 1150<br>Dallas, TX 75206-4192 |
| William M. Carter II, MD<br>7246 Beranger Drive<br>Irving, TX 75063-3519 | Winthrop Resources Corporation<br>c/o David Laschenski, VP Workouts<br>TCF Capital Solutions<br>11100 Wayzata Boulevard, Suite 801<br>Hopkins, MN 55305-5503 | XO COMMUNICATIONS -VERIZON<br>PO BOX 15043<br>ALBANY, NY 12212-5043 |
| XTANT MEDICAL<br>BACTERIN INTERNATIONAL,INC DEPT CH 16872<br>PALATINE, IL 60055-6872 | YAO YAO KONG<br>600 ALABASTER PLACE<br>CEDAR HILL, TX 75104-1758 | YONG LEE<br>3405 TIMBERWOOD CIRCLE #2121<br>ARLINGTON, TX 76015-3322 |
| YOSIEF ZEGGAI<br>3427 HIGH VISTA DR<br>DALLAS, TX 75234-7923 | ZIMMER BIOMET<br>PO BOX 840166<br>DALLAS, TX 75284-0166 | ZIMMER BIOMET (ETEX)<br>675 MASSACHUSETTS AVE 12 FlR.<br>CAMBRIDGE, MA 02139-3309 |
| ZIMMER BIOMET SPINE<br>75 REMITTANCE DRIVE STE 6931<br>CHICAGO, IL 60675-6931 | ZIMMER KNEE CREATIONS INC.<br>841 SPRINGDALE DRIVE<br>EXTON, PA 19341-2843 | Buffey E. Klein<br>Husch Blackwell, LLP<br>1900 N. Pearl Street<br>Suite 1800<br>Dallas, TX 75201-2467 |
| Jameson J Watts<br>Husch BlackwellLLP<br>111 Congress<br>Suite 1400<br>Austin, TX 78701-4093 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AIRGAS USA, LLC<br>PO BOX 676015<br>DALLAS, TX 75267-6015 | ATMOS ENERGY<br>PO BOX 78108<br>PHOENIX, AZ 85062-8108 | BEEKLEY CORPORATION<br>ONE PRESTIGE LANE<br>BRISTOL, CT 06010 |
| CITY OF DALLAS<br>CITY HALL 2D SOUTH<br>DALLAS, TX 75277 | (d)CITY OF DALLAS<br>PO BOX 180819<br>DALLAS, TX 75218 | COMPTROLLER OF PUBLIC ACCTS<br>PO BOX 149355<br>AUSTIN, TX 78714-9355 |
| FORMFAST LLC<br>13421 MANCHESTER RD SUITE 208<br>ST LOUIS, MO 63131 | GE HEALTHCARE<br>PO BOX 641936<br>PITTSBURGH, PA 15264-1936 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 |
| MEDLINE INDUSTRIES, INC<br>DEPT 1080 PO BOX 121080<br>DALLAS, TX 75312-1080 | (d)Texas Comptroller of Public Accounts<br>Revenue Acctg Div - Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX 78711-3528 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)DEPUY SYNTHES SALES, INC.<br>PO BOX 8538-662<br>PHILADELPHIA, PA 19171-0662 | (u)Dirk Rodriguez, M.D., P.A.<br>c/o Dirk Rodriguez<br>7515 Greenveille Avenue, Suite 1030<br>TX 75213 | (d)INTEGRA LIFE SCIENCES CORP.<br>PO BOX 404129<br>ATLANTA, GA 30384-4129 |
| (d)Smartsurg Medical Supply LLC<br>14665 Midway Road, Suite 140<br>Addison, TX 75001-3937 | End of Label Matrix<br>Mailable recipients   534<br>Bypassed recipients     4<br>Total                 538 | |